ORIGINAL

FORM 2
COVER SHEET

RECEIVED
JUL 11 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Superior Helicopter, LLC & Rainier Heli-Lift, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Gilbert J. Ginsburg

Firm Name: Gilbert J. Ginsburg Attorney & Counselor-At-Law

Post Office Box: ______ 07-518 C

Street Address: 1250 24th Street, NW Suite 350

City-State-Zip: Washington, DC 20037

Telephone & Facsimile Numbers: (p) (202) 776-7772 (f) (202) 7767773

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☑ No, has not yet been assigned.
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three-digit codes.

Amount Claimed: $______
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ Over $1,000,000
Is plaintiff a small business? ☑ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No, but I have been told that Erickson Air
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2. Crane intends to file a similar action on July 10, 2007