ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JUL 1 1 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Superior Helicopter LLC<br>2794 Foothill Blvd.<br>Grants Pass, Oregon 97526<br><br>and<br><br>Rainier Heli-Lift, Inc.<br>12515 Willows Road NE, Suite 125<br>Kirkland, Washington 98034,<br><br>Plaintiffs<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-518 C |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65 of the Rules of the United States Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction, and in the accompanying Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, both incorporated herein by reference, Plaintiffs Superior Helicopter LLC and Rainier Heli-Lift, Inc. respectfully request that this Motion for a Temporary Restraining Order be granted and that the Court issue an order enjoining the Defendant from overriding the Competition in Contracting Act automatic stay of contract performance, invoked as a result of Plaintiffs' timely GAO protests, until such time as the Court has an opportunity to issue a preliminary or permanent injunction or until such time as the Government Accountability Office issues rulings in both of the underlying bid protests.

Respectfully submitted,

Gilbert J. Ginsburg
Attorney & Counselor-At-Law
1250 24th Street, NW
Suite 350
Washington, DC 20037
Phone: (202) 776-7772
Fax: (202) 776-7773
Email: gilgins@aol.com

Attorney of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Of Counsel:

Timothy Sullivan

Katherine S. Nucci

Thompson Coburn LLP
1909 K Street, N.W. Suite 600
Washington, D.C. 20006-1167
www.thompsoncoburn.com
P: 202.585.6930
F: 202.508.1028
M: 703.508.1156

Dated this 10th day of July, 2007