ORIGINAL

FILED
JUL 11 2007
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Superior Helicopter LLC<br>2794 Foothill Blvd.<br>Grants Pass, Oregon 97526<br><br>and<br><br>Rainier Heli-Lift, Inc.<br>12515 Willows Road NE, Suite 125<br>Kirkland, Washington 98034,<br><br>Plaintiffs<br>v.<br><br>United States of America,<br><br>Defendant. | 07-518 C<br>No. ______ |

**DISCLOSURE STATEMENT**

Pursuant to Court of Federal Claims Rule 7.1, counsel for the Plaintiffs, Superior Helicopter LLC and Rainer Heli-Lift, Inc., certifies the following:

1. The full names of the parties represented by me are Superior Helicopter LLC and Rainier Heli-Lift, Inc.

2. The names of the real parties in interest are Superior Helicopter LLC and Rainier Heli-Lift, Inc.

3. The parent companies and/or corporations and any publicly held corporation that owns 10% or more of the stock of the parties represented by me are: None as to Rainier

Heli-Lift, Inc. Superior Helicopter, LLC has a parent company. The Swanson Group, a non-public, family owned company, is the parent of Superior Helicopter, LLC.

Respectfully submitted,

Gilbert J. Ginsburg
Attorney & Counselor-At-Law
1250 24th Street, NW
Suite 350
Washington, DC 20037
Phone: (202) 776-7772
Fax: (202) 776-7773
Email: gilgins@aol.com

Attorney of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Of Counsel:

Timothy Sullivan

Katherine S. Nucci

Thompson Coburn LLP
1909 K Street, N.W. Suite 600
Washington, D.C. 20006-1167
www.thompsoncoburn.com
P: 202.585.6930
F: 202.508.1028
M: 703.508.1156

Dated this 10th day of July, 2007