IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SUPERIOR HELICOPTER, LLC., and RAINER HELI-LIFT, INC., Plaintiffs, | |
| v. | No. 07-518C (Judge Charles F. Lettow) |
| THE UNITED STATES, Defendant. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John J. Todor as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/JOHN J. TODOR

JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-2382
Facsimile: (202) 514-8640

July 11, 2007

CERTIFICATE OF FILING

I hereby certify that on July 11, 2007 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John J. Todor