USDA United States Department of Agriculture | Forest Service | National Interagency Fire Center | 3833 S. Development Ave. Boise, ID 83705

**File Code:** 5100 **Date:** June 22, 2007

**Subject:** Continuing Helicopter Operations

**To:** Frank Gomez

Due to the demands of the current fire season occurring nationwide, I am requesting you to continue operations of helicopters awarded on this year's national exclusive use solicitation. Several areas are currently experiencing "red flag" conditions and are forecast to continue through the weekend. On-going drought and high temperatures continue to maintain a high risk for the foreseeable future. Removal of this initial attack tool would present grave consequences to our capability to safely and effectively manage wildland fires.

*/s/ Karyn L. Wood*
KARYN L. WOOD
Assistant Director, Wildland Fire Operations,
WO-F&AM-NIFC

cc: Neal Hitchcock
Erin Newman