Resource Ordering and Status System Reports


Run Date: 07/09/2007 1537 CST 1430
Report ID: R108 Ver: 2.4.1-12
Session ID: 2032957

# UTF Count Report

**Filter Criteria:**

Catalog = Aircraft
Catalog Item = Helicopter, Type 2 Limited; Helicopter, Type 2 Standard; Helicopter, Type 1 Standard; Helicopter, Type 3 Standard; Helicopter, Type 3 Limited; Helicopter, Type 1 Limited
Category = Helicopter

| Catalog Name | Count |
|---|---|
| Helicopter, Type 1 Limited | 13 |
| Helicopter, Type 1 Standard | 2 |
| Helicopter, Type 2 Limited | 11 |
| Helicopter, Type 2 Standard | 5 |
| Helicopter, Type 3 Standard | 28 |