USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9213

UNIT
Arapaho and Roosevelt National Forest - #1, Jeffco

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
**HELICOPTER TRANSPORT SERVICES INC**
**5806 SW PLUMLEY ST**
**CORVALLIS OR 97333-9602**

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#1, Jeffco**
**If not on current fire assignment, A/C to report to Cody, WY airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N715HT

USDA – Forest Service FS-6300-8 (3/80)

| NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER (Reference FSH 6309.31) | | CONTRACT NUMBER<br>AG-024B-C-07-9213 |
|---|---|---|
| | | UNIT<br>Prescott National Forest - #2, Prescott |
| | | PROJECT<br>National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER<br>1 | DATE ISSUED<br>July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR<br>HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #2, Prescott
If not on current fire assignment, A/C to report to Prescott, AZ airport
.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/10/07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

N719HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Cibola National Forest - #3, Albuquerque |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #3, Albuquerque
If not on current fire assignment, A/C to report to Payson, AZ airport.

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N720HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Coronado National Forest - #4, Sierra Vista |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: #4, Sierra Vista If not on current fire assignment, A/C to report to Sierra Vista, AZ airport.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N722HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Dixie National Forest - #5, Cedar City |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#5, Cedar City**
**If not on current fire assignment, A/C to report to Cedar City, UT. airport**

The time on this contract will start at the beginning of business on July 10, 2007.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N718HT

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9213 |
| UNIT | Sierra National Forest - #22, Mariposa |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | HELICOPTER TRANSPORT SERVICES INC<br>5806 SW PLUMLEY ST<br>CORVALLIS OR 97333-96022 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#22, Mariposa**
**If not on current fire assignment, A/C to report to Mariposa, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N724HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9213

UNIT
White River National Forest - #34, Rifle

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
HELICOPTER TRANSPORT SERVICES INC
5808 SW PLUMLEY ST
CORVALLIS OR 97333-96022

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#34, Rifle.**
**If not on current fire assignment, A/C to report to Rifle, CO airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | DOM | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

N725HT

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER: AG-024B-C-07-9215

UNIT: Los Padres National Forest - #11, Casitas

PROJECT: National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR:
CARSON HELICOPTERS INC
828 BROOKSIDE BLVD
GRANTS PASS OR 97526-7211

ORDER NUMBER: 1 | DATE ISSUED: July 10, 2007

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#11, Casitas**
**If not on current fire assignment, A/C to report to Casitas, CA. airport**

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER: AG-024B-C-07-9215 |
| | UNIT: Angeles National Forest - #12, Van Nuys |
| | PROJECT: National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER: 1 / DATE ISSUED: July 10, 2007 | NAME AND ADDRESS OF CONTRACTOR: CARSON HELICOPTERS INC, 828 BROOKSIDE BLVD, GRANTS PASS OR 97526-7211 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#12, Van Nuys**
**If not on current fire assignment, A/C to report to Van Nuys, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Arapaho and Roosevelt National Forest - #15, Jeffco |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#15, Jeffco**
**If not on current fire assignment, A/C to report to Jeffco, CO, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Tonto National Forest - #16, Phoenix |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#16, Phoenix**
**If not on current fire assignment, A/C to report to Phoenix, AZ (IWA) airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER<br>AG-024B-C-07-9215 |
| | UNIT<br>Payette National Forest - #17, McCall |
| | PROJECT<br>National, Exclusive-Use, Type I Helicopter Services |
| ORDER NUMBER<br>1 | DATE ISSUED<br>July 10, 2007 |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: <u>#17, McCall</u>
<u>If not on current fire assignment, A/C to report to McCall, ID, airport</u>

The time on this contract will start at the beginning of business on <u>July 10, 2007</u>.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

**INSTRUCTIONS:**

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

FS-6300-8 (3/80)

USDA – Forest Service

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9215 |
| UNIT | Salmon-Challis National Forest - #18, Salmon |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CARSON HELICOPTERS INC<br>828 BROOKSIDE BLVD<br>GRANTS PASS OR 97526-7211 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #18, Salmon If not on current fire assignment, A/C to report to Salmon, ID. airport

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice President | 7-9-07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-5 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER: AG-024B-C-07-9215

UNIT: El Dorado National Forest - #19, Pollock Pines

PROJECT: National, Exclusive-Use, Type 1 Helicopter Services

NAME AND ADDRESS OF CONTRACTOR:
CARSON HELICOPTERS INC
828 BROOKSIDE BLVD
GRANTS PASS OR 97526-7211

ORDER NUMBER: 1

DATE ISSUED: July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#19, Pollock Pines**
**If not on current fire assignment, A/C to report to Pollock Pines Ranger Station Helibase**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial
☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | CO | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| for [signature] Steve Metheny | Vice President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA -- Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9216 |
| UNIT | Humboldt-Tolyabe National Forest - #25, Reno/Stead |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | COLUMBIA HELICOPTERS INC<br>PO BOX 3500<br>PORTLAND OR 97208-3500 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#25, Reno/Stead**
**If not on current fire assignment, A/C to report to Reno/Stead, NV. airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/5/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail -- Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER

UNIT: Lassen National Forest - #30, Chester

PROJECT: National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR:
COLUMBIA HELICOPTERS INC
PO BOX 3500
PORTLAND OR 97208-3500

ORDER NUMBER: 1

DATE ISSUED: July 10, 2007

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: **#30, Chester If not on current fire assignment, A/C to report to Chester, CA. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Executive VP | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9217 |
| UNIT | Gila National Forest - #33, Silver City |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | CONSTRUCTION HELICOPTERS INC<br>807 WILLOW RUN AIRPORT<br>YPSILANTI MI 48198-0899 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#33, Silver City**
**If not on current fire assignment, A/C to report to Prescott, AZ, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | President | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

CONTRACT NUMBER
AG-024B-C-07-9218

UNIT
Santa Fe National Forest - #32, Santa Fe

PROJECT
National, Exclusive-Use, Type I Helicopter Services

NAME AND ADDRESS OF CONTRACTOR
CROMAN CORPORATION
801 AVENUE C
WHITE CITY OR 97503-1082

| ORDER NUMBER | DATE ISSUED |
|---|---|
| 1 | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

## ☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #32, Santa Fe
**If not on current fire assignment, A/C to report to Santa Fe, NM. airport**

The time on this contract will start at the beginning of business on July 10, 2007.

## ☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

## ☐ RESUMPTION OF WORK

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | Pres | 7/9/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9219 |
| UNIT | Cleveland National Forest - #10, Hemet |
| PROJECT | National, Exclusive-Use, Type I Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | GEO-SEIS HELICOPTERS INC<br>116 N RAQUETTE DR<br>FORT COLLINS CO 80524-2757 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#10, Hemet**
**If not on current fire assignment, A/C to report to Hemet, CA, airport.**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] William T. Browder | CEO/President | 7-9-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/80)

| | | |
|---|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | | CONTRACT NUMBER<br>**AG-024B-C-07-9220**<br>UNIT<br>**Lassen National Forest - #14, Chester**<br>PROJECT<br>**National, Exclusive-Use, Type I Helicopter Services** |
| ORDER NUMBER<br>**1** | DATE ISSUED<br>**July 10, 2007** | NAME AND ADDRESS OF CONTRACTOR<br>**HELIQWEST INTERNATIONAL INC<br>1 CREATIVE PL<br>MONTROSE CO 81401-6330** |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#14, Chester**
**If not on current fire assignment, A/C to report to Chester, CA, airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business _____. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] R. Simonneau | Director of Operations | 7.10.07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

Thank you

USDA – Forest Service FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** *(Reference FSH 6309.31)* | CONTRACT NUMBER<br>**AG-024B-C-07-9222**<br>UNIT<br>**Los Padres National Forest - #9, Chuchupate**<br>PROJECT<br>**National, Exclusive-Use, Type II Helicopter Services** |
| ORDER NUMBER: **1** / DATE ISSUED: **July 02, 2007** | NAME AND ADDRESS OF CONTRACTOR<br>**SAN JOAQUIN HELICOPTERS INC**<br>**1407 S LEXINGTON ST**<br>**DELANO CA 93215-9700** |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#9, Chuchupate**.

The time on this contract will start at the beginning of business on **July 03, 2007 (Revised MAP July 3-Dec 3)**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | **Contracting Officer** | **July 2, 2007** |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Pres | 7-5-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

FS-6300-8 (3/80)

USDA – Forest Service

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

(Reference FSH 6309.31)

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9223 |
| UNIT | Custer National Forest - #13, Custer |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | MINUTEMAN AVIATION INC<br>5225 HWY 10W, AIRPORT BOX 16<br>MISSOULA MT 59808 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.

☒ NOTICE TO PROCEED

This is your notice to proceed with the work on the above contract for the following items: #13, Custer
If not on current fire assignment, A/C to report to Custer, SD. airport

.

The time on this contract will start at the beginning of business on July 10, 2007.

☐ SUSPENSION OF WORK

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING

☐ RESUMPTION OF WORK

Item Numbers ______ Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE
National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | Vice-President | 7/10/07 |

INSTRUCTIONS:

If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.

If delivered in person, have Contractor sign the acknowledgement and retain the original.

USDA – Forest Service

FS-6300-8 (3/80)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9224 |
| UNIT | Wenatchee National Forest - #21, Wenatchee |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | ARCHER AVIATION INC<br>347 SHEA RD<br>WAITSBURG WA 99361-9645 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#21, Wenatchee**
**If not on current fire assignment, A/C to report to Wenatchee airport**

The time on this contract will start at the beginning of business on **July 11, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ____.

Effective close of business ____. Item Numbers ____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers ____. Effective Beginning of Business ____.

Time charged during period of partial suspension ____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/10/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| Tom Archer | Pres. | 7/10/07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service FS-6300-8 (3/90)

# NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER

*(Reference FSH 6309.31)*

| | |
|---|---|
| CONTRACT NUMBER | AG-024B-C-07-9225 |
| UNIT | Helena National Forest - #23, Helena |
| PROJECT | National, Exclusive-Use, Type II Helicopter Services |
| NAME AND ADDRESS OF CONTRACTOR | SKY AVIATION CORPORATION<br>PO BOX 51<br>WORLAND WY 82401-0051 |
| ORDER NUMBER | 1 |
| DATE ISSUED | July 10, 2007 |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED:**

**☒ NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#23, Helena**
**If not on current fire assignment, A/C to report to Helena, MT airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

**☐ SUSPENSION OF WORK**

You are to suspend work for the following reason(s): ______.

Effective close of business ______. Item Numbers ______.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.
☐ Full count of contract time will continue.
☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

**☐ RESUMPTION OF WORK**

Item Numbers ______. Effective Beginning of Business ______.

Time charged during period of partial suspension ______ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | GENERAL MANAGER | 7-10-07 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**
**If delivered in person, have Contractor sign the acknowledgement and retain the original.**

USDA – Forest Service

FS-6300-8 (3/80)

| | |
|---|---|
| **NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ORDER** (*Reference FSH 6309.31*) | CONTRACT NUMBER<br>**AG-024B-C-07-9226** |
| | UNIT<br>**Willamette National Forest - #26, Oakridge** |
| | PROJECT<br>**National, Exclusive-Use, Type II Helicopter Services** |
| ORDER NUMBER: 1 — DATE ISSUED: **July 10, 2007** | NAME AND ADDRESS OF CONTRACTOR<br>**HELI-FLITE INC**<br>**dba ARIS HELICOPTERS**<br>**6873 FLIGHT RD**<br>**RIVERSIDE CA 92504-1932** |

**THIS IS YOUR NOTICE TO PROCEED, SUSPEND, OR RESUME WORK ON THE CONTRACT AS NOTED.**

☒ **NOTICE TO PROCEED**

This is your notice to proceed with the work on the above contract for the following items: **#28, Oakridge**
**If not on current fire assignment, A/C to report to Klamath Falls, OR. airport**

The time on this contract will start at the beginning of business on **July 10, 2007**.

☐ **SUSPENSION OF WORK**

You are to suspend work for the following reason(s): _____.

Effective close of business _____. Item Numbers _____.

Type of Suspension ☐ Total ☐ Partial

☐ No charge will be made against contract time for period of suspension.

☐ Full count of contract time will continue.

☐ An equitable adjustment of contract time will be made for period of partial suspension upon resumption of work.

**DO NOT RESUME WORK UNTIL YOU ARE NOTIFIED TO DO SO IN WRITING**

☐ **RESUMPTION OF WORK**

Item Numbers _____. Effective Beginning of Business _____.

Time charged during period of partial suspension _____ calendar days.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | C.O. | 7/9/07 |

**PLEASE ACKNOWLEDGE RECEIPT BY RETURNING 1 COPY(S) TO USDA, FOREST SERVICE**
**National Interagency Fire Center, FS Contracting, 3833 S Development Ave, Boise, ID 83705**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| [signature] | GENERAL MANAGER | 7-9-2007 |

**INSTRUCTIONS:**

**If mailed to Contractor, send original by Certified Mail – Return Receipt Requested.**

**If delivered in person, have Contractor sign the acknowledgement and retain the original.**