# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 192 |
| 2. AMENDMENT/MODIFICATION NO. **Amendment NIFC-02** | 3. EFFECTIVE DATE **April 26, 2007** | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |

6. ISSUED BY CODE

**US Forest Service**
**National Interagency Fire Center - Contracting**
**Jack Wilson Bldg., 3833 S. Development Ave**
**Boise, ID 83705**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

CODE FACILITY CODE

☒ 9A. AMENDMENT OF SOLICITATION NO. **RFP AG-024B-S-07-0008**

9B. DATED *(SEE ITEM 11)* **April 6, 2007**

☐ 10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA:

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE INTHE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor ☒ is, ☐ is not required to sign this document and return __1__ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

PURPOSE OF THIS AMENDMENT:

Replace solicitation in it's entirety with the attached solicitation. Amendment NIFC-02 on the upper left corner indicates changes to solicitation.

See Summary of Changes on next page.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print) **Frank Gomez** Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>/s/ Frank Gomez<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED **April 26, 2007** |

NSN 7540-01-152-8070
Previous edition unusable

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Amendment NIFC-02 SUMMARY OF CHANGES AG-024B-S-07-0008

| | |
|---|---|
| Amendment NIFC-01 | Pre-Proposal Conference Information |
| Amendment NIFC-02 | Replace solicitation in it's entirety with the attached solicitation |
| Table of Contents | Page numbers have changed |
| Section B | New language page 2 |
| | Page 3 deleted Year in Optional Period |
| | Added Page 3-a |
| | Page 5 deleted Year in Optional Period |
| | Page 6 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 7 removed year in Optional Period |
| | Page 8 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 9 removed year in Optional Period |
| | Page 10 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 11 removed year in Optional Period |
| | Page 12 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 13 removed year in Optional Period |
| | Page 14 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 15 removed year in Optional Period |
| | Page 16 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 17 removed year in Optional Period |
| | Page 18 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Page 19 changed to fixed tank or bucket Standard Category Only and changed Designated Base to Chuchupate** |
| | Page 20 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Added Pages 20-a through 20-d specific requirements and Contractor furnished special equipment** |
| | **Page 20d changed language for moving map display** |
| | Page 22 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 24 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 26 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 27 removed year in Optional Period |
| | Page 28 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 29 removed year in Optional Period |
| | Page 30 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 31 removed year in Optional Period |
| | Page 32 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 33 Changed Designated Base, removed year in Optional Period |
| | Page 34 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 35 Changed Designated Base and removed year in Optional Period |

| | |
|---|---|
| Amendment NIFC-02(cont) | Page 36 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 37 changed Designated Base |
| | Page 38 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 39 changed Designated Base |
| | Page 40 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 41 changed Designated Base |
| | Page 42 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 44 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 46 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 48 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 49 changed Designated Base |
| | Page 50 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 52 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 54 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 55 changed Designated Base |
| | Page 56 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 58 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 60 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 62 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Page 63 changed Designated Base to John Day** |
| | Page 64 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 65 changed Designated Base and removed year in Optional Period |
| | Page 66 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 67 changed Designated Base and removed year in Optional Period |
| | Page 68 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 69 changed Designated Base |
| | Page 70 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | Page 72 changed language for Contracted Helicopter Equipped Weight and Relief Crew Costs |
| | **Page 73 changed payload to 2300 pounds for all bases except Item 9 Chuchupate** |
| | **Page 75 changed B.11 added requirement for Suppressant/Retardant Mixing Equipment** |
| | **Page 76 changed B.11 Kit for disposal of fuel during start-up/shut down; added if commercially available** |
| | **Page 76 changed language for moving map display** |
| Section C | **Page 78 changed language in C.1 A.** |
| | **Page 83 C.4 D. 28. Applicable to Item p Chuchupate only** |
| | **Page 91 changed language in C.8 G. 1.** |
| | **Page 97 changed language in C.12 C. 9.** |
| | **Page 116 changed language in equipped weight** |
| | **Page 128 changed language in Exhibit 5 A.** |
| | **Page 129 changed language in Exhibit 5 B. 3. and deleted B.4.** |
| | **Page 132 changed language in D. 1 Notes b.** |

**Page 151 thru page 156 Change to wage Determinations**

Section E **Page 169 changed language in E.2 Part I (a) (1)**

**Page 170 changed language in E.2 Sub Part I (a) (1)**

**TABLE OF CONTENTS**

**OFFEROR'S COPY**

**(Ref. 48 CFR 1)**

**Issuing Office:**
US Forest Service
National Interagency Fire Center – Contracting
Jack Wilson Building
3833 S. Development Avenue
Boise, ID 83705-5354

This solicitation can be downloaded from the following Internet site: **www.fedbizopps.gov**

**Offers Are Solicited For**:

Heavy or Medium Exclusive Use Helicopters

| **Solicitation No:** | **Issued Date:** |
|---|---|
| RFP AG-024B-S-07-0008 | April 6, 2007 |

**IMPORTANT – NOTICE TO OFFEROR**

**PRE-PROPOSAL CONFERENCE IS SCHEDULED AS FOLLOWS:**

**Date: April 18, 2007 Time: 0900-1500**

**Location: Oxford Suites**
**1426 S. Entertainment Ave.**
**Boise, Idaho 83709 Phone (208) 322-8000**

Information and instructions for submission of offers are contained in the attached Solicitation as indicated below:

- [X] SF-1449, Solicitation for Commercial Items
- [X] Section E, Instructions to Offeror - Commercial Items (FAR 52.212-1) (Tailored/Addenda)
- [X] Section E, Offeror Representations and Certifications - Commercial Items (FAR 52.212-3)

Before mailing your offer, please recheck the following:

- Does your offer set forth full, accurate, and complete information as required by this solicitation including Exhibits and acknowledgement of any amendments that were issued?
- Have you rechecked your figures, including calculations on your worksheet?
- Have you completed Exhibit 13, Interagency Helicopter Load Calculation?
- Have you completed the Offeror's Past Performance and Organizational Experience Questionnaire? (See Section E)
- Have you received your Data Universal Numbering System (DUNS) Number and complied with the Central Contractor Registration requirements of FAR 52.212-1?
- Have you completed the annual representations and certifications via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov ?
- Have you completed, signed, and enclosed all required documents?

Offerors may call Frank Gomez for information about this solicitation at (208) 387-5347 or Chuck Taylor at (208) 387-5623 for technical questions about the specifications in this solicitation.

**TABLE OF CONTENTS**

**"The policy of the United States Department of Agriculture Forest Service prohibits discrimination on the basis of race, color, national origin, age, religion, sex, disability, family status, and/or political affiliation." Persons believing they have been discriminated against in any Forest Service related activity should write to: Chief, Forest Service, USDA, P. O. Box 96090, Washington, DC 20090-6090**.

---


**SECTION A – SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**

Standard Form 1449 ....................1

**SECTION B – SUPPLIES OR SERVICES AND PRICES**

B-1 Schedule of Items ....................2

**SECTION C – DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

C-1 Scope of Contract....................78

C-2 Certifications....................78

C-3 Government Furnished Property ....................79

C-4 Aircraft Requirements ....................80

C-5 Aircraft Maintenance ....................84

C-6 Aircraft and Equipment Security....................86

C-7 Avionics Requirements ....................86

C-8 Contractor Furnished Avionics Systems ....................87

C-9 Avionics Installation and Maintenance Standards....................92

C-10 Operations ....................92

C-11 Contractor's Environmental Responsibilities ....................95

C-12 Personnel ....................96

C-13 Conduct and Replacement of Personnel....................99

C-14 Suspension and Revocation of Personnel ....................100

C-15 Substitution of Personnel, Aircraft, and Equipment ....................100

C-16 Flight Hour and Duty Limitations ....................100

C-17 Accident Prevention and Safety ....................102

C-18 Mishaps....................103

**TABLE OF CONTENTS**

C-19 Personal Protective Equipment ....................................................................104

C-20 Inspection and Acceptance ............................................................................105

C-21 Pre-Use Inspection Expenses ........................................................................107

C-22 Re-Inspection Expenses ................................................................................107

C-23 Inspections During Use ..................................................................................107

C-24 Contract Period and Renewal Options ...........................................................107

C-25 Designated Base(s) and Mandatory Availability Period (including Extended Use)...108

C-26 Daily Availability Requirements .....................................................................108

C-27 Unavailability ...................................................................................................109

C-28 Payment Procedures........................................................................................109

C-29 Payment for Flight ...........................................................................................110

C-30 Payment for Availability....................................................................................110

C-31 Payment for Extended Standby.........................................................................110

C-32 Payment for Service in the Optional-Use Period ...............................................110

C-33 Payment for Additional Helicopter and Personnel..............................................111

C-34 Reimbursement for Mobilization and Demobilization Costs ................................111

C-35 Payment for Substitute/Replacement Aircraft ....................................................111

C-36 Meals...............................................................................................................111

C-37 Payment for Fuel Servicing Vehicle Mileage......................................................112

C-38 Payment for Fuel Transportation ......................................................................112

C-39 Payment for Foam Concentrate .......................................................................112

C-40 Payment for Costs Away from the Designated Base .........................................113

C-41 Payment for Overnight Allowance .....................................................................113

C-42 Miscellaneous Costs to the Contractor..............................................................114

C-43 Definitions........................................................................................................115

C-44 Abbreviations....................................................................................................121

TABLE OF CONTENTS

## EXHIBITS

EXHIBIT 1 First Aid Kit Aeronautical....122

EXHIBIT 2 Survival Kit Aeronautical (Lower-48)....123

EXHIBIT 3 Alaska Supplement....124

EXHIBIT 4 Restraint Systems Condition Inspection Guidelines....127

EXHIBIT 5 Additional Suppression/Prescribed Fire Equipment....128

EXHIBIT 6 High Visibility Markings on Main Rotor Blades....134

EXHIBIT 7 Additional Avionics Equipment....135

EXHIBIT 8 Fuel Servicing Equipment Requirements....136

EXHIBIT 9 Pilot Operations Briefing Certificate....141

EXHIBIT10 Interagency Guidelines for Vertical Reference-External Load/Snorkel Training Standards....142

EXHIBIT 11 Helicopter Make/Model/Series Lists....144

EXHIBIT 12 Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart....145

EXHIBIT 13 Interagency Helicopter Load Calculation....146

EXHIBIT 14 Helicopter and Fuel Service Vehicle Pre-Use Checklist....149

EXHIBIT 15 Performance Report....150

EXHIBIT 16 Department of Labor Wage Determinations....151

EXHIBIT 17 Rappel Requirements....157

EXHIBIT 18 Contractors Verification of Individual Pilot's Requirements and Experience For Initial Agency Approval....161

**TABLE OF CONTENTS**

**SECTION D – CONTRACT CLAUSES**

D-1 Contract Terms and Conditions and Conditions Required to Implement Statutes or Executive Orders (Commercial Items) (FAR 52.212-5) .......................... 162

D-2 Economic Price Adjustment Specified Flight Rate Contracts .................................. 164

D-3 Property and Personal Damage ................................................................... 166

D-4 Option to Extend the Term of the Contract (FAR 52.217-9) .................................... 166

D-5 Optional-Use Period ................................................................................... 166

D-6 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) ........................ 166

**SECTION E – SOLICITATION PROVISIONS**

E-1 Instructions to Offerors-Commercial Items (FAR 52.212-1) (JAN 2004) (Tailored/Addenda) ............................................................................... 168

E-2 Instructions for the Preparation Of Business And Technical Proposals .................. 169

E-3 Evaluation – Commercial Items (FAR 52.212-2) (JAN 1999) (Tailored/Addenda) ... 172

E-4 Contract Award ........................................................................................ 173

E-5 Offeror Representations and Certifications – Commercial Items (FAR 52.212-3) ..... 173

E-6 Offeror's Past Performance and Organizational Experience Questionnaire ............ 183

E-7 Synopsis Of Safety Program ....................................................................... 184

E-8 Best Value Formula .................................................................................... 185

| | | | | | |
|---|---|---|---|---|---|
| **SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | | 1. REQUISITION NO. | PAGE 1 OF 186 | |
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NO. | 5. SOLICITATION NO.<br>AG-024B-S-07-0008 | 6. SOLICITATION ISSUE DATE April 6, 2007 | |
| 7. FOR SOLICITATION INFORMATION CALL | a. NAME<br>Frank Gomez | | b. TELEPHONE NO. *(No collect calls)*<br>208-387-5347 | 8. OFFER DUE DATE/LOCAL TIME<br>5/7/2007 Close of Business | |
| 9. ISSUED BY CODE<br>US Forest Service<br>National Interagency Fire Center – Contracting<br>Jack Wilson Building<br>3833 S. Development Avenue<br>Boise, ID 83705-5354 | 10. THIS ACQUISITION IS<br>☐ UNRESTRICTED<br>☒ SET ASIDE: 100 % FOR<br>☒ SMALL BUSINESS<br>☐ 8(A)<br>NAICS: 481212<br>SIZE STD:1500 Employees | | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED<br>SEE SCHEDULE | 12. DISCOUNT TERMS | |
| | | | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | |
| | | | 13b. RATING | | |
| | | | 14. METHOD OF SOLICITATION<br>RFP | | |
| 15. DELIVER TO CODE<br>US Forest Service<br>National Interagency Fire Center – Contracting<br>Jack Wilson Building<br>3833 S. Development Avenue<br>Boise, ID 83705-5354 | 16. ADMINISTERED BY CODE<br>See Block 9 | | | | |
| 17a. CONTRACTOR/OFFEROR CODE FACILITY CODE<br>TELEPHONE NO.<br>FACSIMILE NO.<br>DUNS NO. | 18a. PAYMENT WILL BE MADE BY CODE<br>US FOREST SERVICE<br>ALBUQUERQUE SERVICE CENTER<br>INCIDENT FINANCE-CONTRACTING<br>101B SUN AVE NE<br>ALBUQUERQUE, NM 87109<br>Phone: 877-372-7248 | | | | |
| 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED SEE ADDENDUM | | | | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTI | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SECTION B (ATTACHED)<br>Heavy or Medium Helicopters-Tanked or Bucket | | | | |

| | |
|---|---|
| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* |
| 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED. (***See www.arnet.gov for FAR Clauses in full text)*** | |
| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE ______________ OFFER DATED _________________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |

| | | | |
|---|---|---|---|
| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER<br>*Frank Gomez* | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
(REV 4/2002)PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449**
Prescribed by GSA - FAR (48 CFR) 53.212

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**One to thirty five (35) Standard and Restricted Heavy (tank or bucket) or Limited Use and Restricted Medium Helicopters (bucket only)** fully operated, meeting the requirements of this Schedule and the specifications for operation at the designated base, and during the periods shown below: Award of helicopters make and model will be based on best value to the Government. The performance requirements are a minimum and the A/C will be evaluated for overall best value including price. The Government will determine best value.

**Item 9 Chuchupate requires a Standard Category helicopter**

**The Government reserves the right to award any combination of items and or number of items.**

**Pre-work Meeting/Aircraft Inspections-all equipment needing to be inspected will be at the inspection point.**

Location--South Zone-San Bernardino Tanker Base, time and date to be scheduled. Pre-work meeting/Inspections will be conducted at San Bernardino for the following designated base locations:

San Bernardino, Hemet, Casitas and Van Nuys.

All other designated bases for Pre-work meetings and Inspections will be conducted at the designated base or location to be determined by the Government, time and dated to be scheduled.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B-1 Schedule of Items

**ITEM NO. 1** **Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Cadillac, Michigan** National Forest: **Huron/Manistee**
Location: **Cadillac, Michigan Airport**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
April 1, 2007 – May 15, 2007

**OPTION YEARS**
April 1 – May 15, 7 45 Days
Mandatory Availability Period

Name: **Ely, MN** National Forest: **Superior National Forest**
Location: **Ely, MN**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
May 17, 2007 – June 15, 2007
Mandatory Availability Period

**OPTION YEARS**
May 17 – June 15, 30 Days
Mandatory Availability Period

Name: **Jeffco, CO** National Forest: **Arapaho and Roosevelt National Forest**
Location: **Bloomfield, CO**

Mandatory Availability Period and Net Days

June 19, 2007 – October 1, 2007 105 Days
Mandatory Availability Period

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 1**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## ITEM No 1

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **105 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.
**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 2 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Prescott, AZ** National Forest: **Prescott**
Location: **Prescott, AZ. Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Couer d' Alene, ID** National Forest: **Couer d' Alene,**
Location: **Couer d' Alene Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **135 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 2**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 3 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Albuquerque, NM** National Forest: **Cibola**
Location: **Albuquerque, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Helena, MT** National Forest: **Helena**
Location: **Helena, MT Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **135 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 3**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 4 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Sierra Vista** National Forest: **Coronado**
Location: **Sierra Vista, AZ Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – July 29, 2007 45 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

Name: **Grangeville, ID** National Forest: **Clearwater/Nez Perce**
Location: **Grangeville, ID Airport**

Mandatory Availability Period and Net Days

August 2, 2007 – October 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **135 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 4**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight)__________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 5 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Cedar City** National Forest: **Dixie**
Location: **Cedar City, UT Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 27, 2007 135 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – October 27 180 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **135 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **180 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **350 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 5**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 6 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Lucky Peak** National Forest: **Boise**
Location: **Lucky Peak-Helibase, Boise, ID**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **136 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 6**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 7 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **San Bernardino** National Forest: **San Bernardino**
Location: **San Bernardino, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 7**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $_________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 8 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **San Bernardino** National Forest: **San Bernardino**
Location: **San Bernardino, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ _____________** | **$ _____________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ _____________** | **$ _____________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ _____________** | **$ _____________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _____________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _____________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _____________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 8**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 9 Helicopter equipped with a fixed tank or bucket Standard Category only.**

**Designated Base(s)**

Name: **Chuchupate Helibase** National Forest: **Los Padres**
Location: **Chuchupate Helibase**

Mandatory Availability Period and Net Days

June 15, 2007 November 11, 2007 154 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **154DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **154DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **154DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 9**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight)__________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.2 Bidders May Qualify Their Bids.** Bidders shall indicate below the maximum number of items willing to accept

| |
|---|
| |
| |
| |
| |
| |

**B.3 Aircraft Performance Specifications (Minimum)**

Performance shall be based on minimum engine specification. Aircraft performance capabilities shall be determined by using the Standard Interagency Helicopter Load Calculation Method. (Exhibit 13, Interagency Helicopter Load Calculation)

Use (Exhibit 13, Interagency Helicopter Load Calculation) and (Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart) per aircraft type and the appropriate Hover Ceiling Charts (HOGE) and (HIGE) from the approved Rotorcraft Flight Manual.

**1. CAPABILITY OF**

☐ Hovering in ground effect (HIGE)
Or
☒ Hovering out of ground effect (HOGE)

At _5,000_ feet pressure altitude and _30_ °C with ☐ non-jettisonable ☒ jettisonable Payload of _1200_ pounds, as determined by Exhibit 13, Standard Interagency Load Calculation form, using a standard pilot weight of 200 pounds and fuel for one hour and 30 minutes (01+30) as determined by Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart.

☒ 14 CFR Part 135 Operation Specifications and CFR 14 Part 133 approval for left seat operation, passenger and external load. Note: Applicable only if operator intends to operate helicopter from left seat.

Weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.4 Engine Requirements (Shown by an X in the Block)**

☒ Single turbine engine
☒ Twin turbine engine

**B.5** CREW **Coverage**

☒ One Pilot Crew ☒ Two Pilot crew ☐ Three Pilot crew

**And**

☒ With Relief Pilot(s) ☐ Without Relief Pilot(s)

☐ SIX-DAY COVERAGE (SEE BELOW CHART)
☒ SEVEN-DAY COVERAGE ☐ A. ☒ B OR ☐ C. BELOW

| COVERAGE | FUEL SERVICING VEHICLE DRIVER | MECHANIC |
|---|---|---|
| 6-Day | 6-Day Coverage<br><br>No Relief Required | 3-Hour Call-up |
| 7-Day<br>A. | FSVD Required<br><br>Relief FSVD Required | 3-Hour Call-up |
| B. | FSVD Required<br><br>Relief FSVD Required | Full Time Mechanic Required at Designated Base/Alternate Base **(May serve as FSVD)**<br><br>Relief Mechanic – 3-Hour Call-up |
| C. | FSVD Required<br><br>Mechanic can Serve as Relief FSVD | Full Time Mechanic Required at Designated Base/Alternate Base<br><br>Relief Mechanic – 3-Hour Call-up |

**B.6 Maximum Complement of Personnel by Aircraft Type**
**(Minimum is number required to staff and support the aircraft)**

List the number of persons, by position, being offered to staff and support the helicopter.

Type I (Heavy) Helicopter- A maximum of 12-personnel may be paid as per the payment clause.
Type II (Medium) Helicopter- A maximum of 4-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot(s): | |
| Co-pilot(s): | |
| Maintenance Crew Chief | |
| Mechanic(s): | |
| Fuel Service Driver(s): | |

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B7 Standby Hours Per Day

9 Hours Standby per day

## B.8 Extended Standby Hourly Rate

$41.00 per hour

## B.9 Overnight Allowance (Specified)

DAY $____*_______

*Rates as published in Federal Travel Regulations See Section C

## B.10 Standard Per Diem Rate (Specified)

DAY____*______

*Rates as published in Federal Travel Regulations See Section C.

## B.11 Contractor Furnished Special Equipment Requirements (*Note: CO check those that apply)*

**APPLIES ONLY TO ITEM 9 CHUCHUPATE**

- ☐ Rappel Capability (Exhibit 17)
- ☐ Litter Kit with Litter(s)
- ☒ Wire Cutters (Exhibit 5)
- ☐ FAA Overwater Kit (in accordance with 14 CFR Part 91.33 Part b (11))
- ☒ OVER WATER SPECIALIZED EQUIPMENT REQUIREMENTS DESCRIBED BELOW: Per 14 CFR Part 91.509(b) to include: Life raft(s) capable of transporting all occupants (Maximum seating capability). Personal Flotation Device (MAE WEST) for all occupants. Life raft (s) and personal flotation devices must meet all applicable Federal Aviation Regulations for certification and recertification. This equipment is not considered part of the helicopter equipped weight for bid purposes as it is over water mission specific.
- ☐ Fixed Suppressant/Retardant Delivery Tank (Exhibit 5)
- ☒ Fixed Suppressant/Retardant Tank with Self-Filling Capability (Exhibit 5). For Type I helicopters if no fixed tank is available for the helicopter offered, then the two water buckets specifications apply.
- ☒ Extended Height landing gear, e.g. cross tubes, similar to DART extended height 39 inch Landing Gear Kit, part number D205-594-011, that insures a minimum of 12 inches clearance between the attached delivery tank and level ground. Dart Extended Height Access Step or equivalent must be provided with minimum of one step half the distance to the skid.
- ☒ Suppressant/Retardant Mixing Equipment (Exhibit 5)
- ☒ Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
- ☒ Additional Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket) <u>(Applicable to Type I helicopters not equipped with a fixed tank.)</u>
- ☐ Digital P25 VHF-FM (FM-1) Transceiver in lieu of Analog VHF-FM (FM-1) Transceiver (Only transceivers specified in Section C-8.A.3.g are acceptable)

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

☒ Additional VHF-FM (FM-2) Transceiver (In accordance with requirements for a VHF-FM Transceiver in Section C.)

☒ AFT Cabin audio control system (Use Exhibit 17 for third audio control system specifications)
☒ External PA with Siren capability
☐ VHF Navigation receiver with indicator (VOR)
☐ GPS Data connector (Exhibit 7)
☐ Additional GPS Antenna (Exhibit 7)
☐ External antenna for Trimble Survey grade GPS unit.
☒ Interphone – All passenger positions
☒ Additional 760-Channel VHF-AM Radio
☐ Active Traffic Advisory System (TAS), such as the BF Goodrich Skywatch (SKY497) or equivalent
☒ VHF-FM Portable Radio (for fuel servicing vehicle driver)
☒ Fuel Servicing Vehicle Radio (Exhibit 7)
☐ Automatic engine re-ignition system
☒ Engine air intake filtration system
☒ Closed circuit fueling system if commercially available for the helicopter offered (See Exhibit 8).
☒ Kit for disposal of fuel during start-up/shut down; i.e., EPA Bell Kit if commercially available.
☐ Wiring to accommodate Government-Furnished carousel
☒ Remote cargo hook for long-line (Exhibit 5)
☒ Contractor-furnished long-line
☒ Long-line (vertical reference) qualified pilot
☒ Certification for left seat long-line
☒ FAA approved high visibility, pulsating, forward facing conspicuity lighting. (System or alteration of the current system shall be FAA approved.)
☒ Operations in countries boarding contiguous United States maybe required.
☒ Other – Additional Special Requirements

☒ a. Global Positioning Satellite (GPS) Capability with moving map display

b. One moving map display. The moving map display shall be permanently mounted in the aircraft, have a display of at least three inches wide, and located where both the pilot and the copilot/observer can clearly view the display. The display's base map shall show the aircraft's present position relative to user selected waypoints and geographical information (i.e. coastlines, cities, railroads, roads, lakes, rivers, etc.). The moving map display shall be integrated into the above GPS unit or it can be a separate unit. If a separate unit, the moving map display shall utilize GPS data from the above GPS unit or (if utilizing an internal GPS receiver) shall adhere to the GPS data requirements for the above GPS unit.

☒ Minimum fuel for 2.0 hour range without reserve
☐ Touch down footprint of aircraft shall not exceed 20x20 feet
☒ Aircraft marked "H-530" and "FIRE" in high visibility color on underside, letter size minimum 8 inches, maximum 12 inches.

## B.12 Additional Information

Additional information required to be submitted with your Proposal is contained in Section E, Instructions to Offerors-Commercial Items (Far 52.212-1) (Tailored).

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 10 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Hemet** National Forest: **Cleveland**
Location: **Hemet, CA. Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 10**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 11 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Casitas** National Forest: **Los Padres**
Location: **Casitas, CA Helibase**

Mandatory Availability Period and Net Days

July 1, 2007 – November 27, 2007 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 150 DAYS | $ _______________ | $ _______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 150 DAYS | $ _______________ | $ _______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 150 DAYS | $ _______________ | $ _______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 300 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ _______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ _______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 11**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 12</u> Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Van Nuys** National Forest: **Angeles**
Location: **Van Nuys National Guard Base, CA.**

Mandatory Availability Period and Net Days

<u>July 1, 2007 – November 27, 2007</u> <u>150 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **150 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 12**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 13 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Custer** National Forest: **Custer**
Location: **Billings, MT Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **136 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **150 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **300 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 13**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 14 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Chester** National Forest: **Lassen**
Location: **Chester, CA Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – October 28, 2007 136 Days
Mandatory Availability Period

**OPTION YEARS**
June 1 – October 28 150 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 136 DAYS | $ ______________ | $ ______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 150 DAYS | $ ______________ | $ ______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 150 DAYS | $ ______________ | $ ______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 300 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 14**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 15 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Ely, MN** National Forest: **Superior National Forest**
Location: **Ely, MN**

Mandatory Availability Period and Net Days

**BASE YEAR** **Not Applicable**
May 17, 2007 – June 15, 2007
Mandatory Availability Period

**OPTION YEARS**
May 17 – June 15 30 Days
Mandatory Availability Period

Name: **Jeffco, CO** National Forest: **Arapaho and Roosevelt National Forest**
Location: **Bloomfield, CO**

Mandatory Availability Period and Net Days

June 19, 2007 – August 17, 2007 60 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 60 DAYS | $ ______________ | $ ______________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 90 DAYS | $ ______________ | $ ______________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 90 DAYS | $ ______________ | $ ______________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 200 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ ______________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ ______________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ ______________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 15**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 16 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Phoenix** National Forest: **Tonto**
Location: **Williams Gateway , AZ Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 16**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 17 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **McCall** National Forest: **Payette**
Location: **McCall Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability**<br>**Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability**<br>**Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability**<br>**Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 ***<br>**Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate****<br>**Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate****<br>**Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate****<br>**Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 17**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 18 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Salmon** National Forest: **Salmon-Challis**
Location: **Salmon Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 18**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 19 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Westover** National Forest: **Stanislaus**
Location: **Westover, CA Airport**

Mandatory Availability Period and Net Days

July 15 – October 12 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 19**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 20 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Orland** National Forest: **Mendocino**
Location: **Orland, CA Airport**

Mandatory Availability Period and Net Days

July 15, 2007 – October 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 90 DAYS | $ _______________ | $ _______________ | *BASE 2007* |
| Daily Availability Option Year 1 2008 | 90 DAYS | $ _______________ | $ _______________ | *Option 1 2008* |
| Daily Availability Option Year 2 2009 | 90 DAYS | $ _______________ | $ _______________ | *Option 2 2009* |
| | | | | |
| Specified Hourly Flight Rate | 200 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _______________ | N/A | *BASE 2007* |
| Optional Use Rate** Option Year 1 2008 | HR | $ _______________ | N/A | *Option 1 2008* |
| Optional Use Rate** Option Year 2 2009 | HR | $ _______________ | N/A | *Option 2 2009* |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 20**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 21 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Wenatchee** National Forest: **Wenatchee**
Location: **Wenatchee, WA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| Daily Availability Base Year 2007 | 90 DAYS | $ _____________ | $ _____________ | BASE 2007 |
| Daily Availability Option Year 1 2008 | 90 DAYS | $ _____________ | $ _____________ | Option 1 2008 |
| Daily Availability Option Year 2 2009 | 90 DAYS | $ _____________ | $ _____________ | Option 2 2009 |
| | | | | |
| Specified Hourly Flight Rate | 200 * Hours | See Exhibit 12 | $ | |
| | | | | |
| Optional Use Rate** Base Year 2007 | HR | $ _____________ | N/A | BASE 2007 |
| Optional Use Rate** Option Year 1 2008 | HR | $ _____________ | N/A | Option 1 2008 |
| Optional Use Rate** Option Year 2 2009 | HR | $ _____________ | N/A | Option 2 2009 |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 21**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 22 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Mariposa** National Forest: **Sierra**
Location: **Mariposa, CA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 22**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $_________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 23 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Helena** National Forest: **Helena**
Location: **Helena, MT Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 23**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 24 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Santa Maria** National Forest: **Los Padres**
Location: **Santa Maria, CA Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**ITEM NO. 24**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 25 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Reno/Stead** National Forest: **Humboldt-Toiyabe**
Location: **Reno/Stead, NV Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

SECTION B
SUPPLIES OR SERVICES AND PRICES

**ITEM NO. 25**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 26</u> Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Oakridge** National Forest: **Willamette**
Location: **Oakridge, OR Airport**

Mandatory Availability Period and Net Days

<u>July 1, 2007 – September 28, 2007</u> <u>90 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 26**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 27 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Montague** National Forest: **Klamath**
Location: **Siskiyou County , CA Airport**

Mandatory Availability Period and Net Days

July 15, 2007 – October 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## ITEM NO. 27

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

## Contracted Helicopter Equipped Weight

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

## Approved HOGE Performance Data

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

## Relief Crew Costs Per Person

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 28 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Coeur d' Alene** National Forest: **Idaho Panhandle**
Location: **Coeur d' Alene, ID Airport**

Mandatory Availability Period and Net Days

July 3, 2007 – September 30, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 28**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**<u>ITEM NO. 29</u> Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **La Grande** National Forest: **Wallowa Whitman**
Location: **La Grande, OR Airport**

Mandatory Availability Period and Net Days

<u>July 3, 2007 – September 30, 2007</u> <u>90 Days</u>
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 29**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 30 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Chester** National Forest: **Lassen**
Location: **Chester, CA Airport**

Mandatory Availability Period and Net Days

July 1, 2007 – September 28, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 30**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 31 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **John Day** National Forest: **Malheur**
Location: **John Day Airbase**

Mandatory Availability Period and Net Days

June 16, 2007 – September 13, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 31**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 32 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Santa Fe** National Forest: **Santa Fe**
Location: **Santa Fe, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 32**

Make: ___________________
Model: ___________________
Series: ___________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 33 Helicopter equipped with a fixed tank.**

**Designated Base(s)**

Name: **Silver City** National Forest: **Gila**
Location: **Silver City, NM Airport**

Mandatory Availability Period and Net Days

**BASE YEAR**
June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**OPTION YEARS**
May 1 – July 29 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| ***SERVICES*** | ***QUANTITY*** | ***UNIT PRICE*** | ***TOTAL*** | ***YEAR*** |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ _______________** | **$ _______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ _______________** | **$ _______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ _______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ _______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ _______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 33**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) ________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 34 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Rifle** National Forest: **White River**
Location: **Rifle, CO Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| *SERVICES* | *QUANTITY* | *UNIT PRICE* | *TOTAL* | *YEAR* |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 34**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $_________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 35 Helicopter equipped with a fixed tank or bucket.**

**Designated Base(s)**

Name: **Grangeville** National Forest: **Nez Perce**
Location: **Grangeville, ID Airport**

Mandatory Availability Period and Net Days

June 15, 2007 – September 12, 2007 90 Days
Mandatory Availability Period

**Daily Availability Offer Rate**

| SERVICES | QUANTITY | UNIT PRICE | TOTAL | YEAR |
|---|---|---|---|---|
| | | | | |
| **Daily Availability Base Year 2007** | **90 DAYS** | **$ ______________** | **$ ______________** | ***BASE 2007*** |
| **Daily Availability Option Year 1 2008** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 1 2008*** |
| **Daily Availability Option Year 2 2009** | **90 DAYS** | **$ ______________** | **$ ______________** | ***Option 2 2009*** |
| | | | | |
| **Specified Hourly Flight Rate** | **200 * Hours** | **See Exhibit 12** | **$** | |
| | | | | |
| **Optional Use Rate** Base Year 2007** | **HR** | **$ ______________** | **N/A** | ***BASE 2007*** |
| **Optional Use Rate** Option Year 1 2008** | **HR** | **$ ______________** | **N/A** | ***Option 1 2008*** |
| **Optional Use Rate** Option Year 2 2009** | **HR** | **$ ______________** | **N/A** | ***Option 2 2009*** |

*Estimated number of flight hours is for estimation use only, the Government does not guarantee any flight hours under this contract.

**Optional Use Rate will not be used in the evaluation of quotes.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**ITEM NO. 35**

Make: ____________________
Model: ____________________
Series: ____________________
N Number: ______

**Contracted Helicopter Equipped Weight**

Equipped Weight = _____ lbs

Equipped Weight includes the weight of a fixed tank or the weight of the empty bucket and any associated suspension hardware (cables, connectors, etc.). See clause C 4 D.21 for reference.

Helicopter(s) awarded contract(s) under this solicitation shall remain at or below contracted helicopter equipped weight and will be allowed plus 1% above the awarded contracted helicopter equipped weight during the contract period. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**Approved HOGE Performance Data**

HOGE = (enter weight) _________

Note: Only approved Basic Flight Manual HOGE Performance Charts, Flight Manual Supplement HOGE Performance Charts, or Supplement Type Certificate (STC) HOGE Performance Data approved for the aircraft by serial number shall be used to compute the Interagency Helicopter Load Calculation during the contract period.

**Relief Crew Costs Per Person**

Cost from Contractors Home Base to Designated Base for contract relief costs per person $________________ (see C.34). The relief costs will be reviewed prior to award and prior to each renewal option period.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

**B.2 Bidders May Qualify Their Bids.** Bidders shall indicate below the maximum number of items willing to accept

| |
|---|
| |
| |
| |
| |
| |

**B.3 Aircraft Performance Specifications (Minimum)**

Performance shall be based on minimum engine specification. Aircraft performance capabilities shall be determined by using the Standard Interagency Helicopter Load Calculation Method. (Exhibit 13, Interagency Helicopter Load Calculation)

Use (Exhibit 13, Interagency Helicopter Load Calculation) and (Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart) per aircraft type and the appropriate Hover Ceiling Charts (HOGE) and (HIGE) from the approved Rotorcraft Flight Manual.

**CAPABILITY OF**

**1.**

☐ Hovering in ground effect (HIGE)

Or

☒ Hovering out of ground effect (HOGE)

At _5,000_ feet pressure altitude and _30 °C with ☐ non-jettisonable ☒ jettisonable Payload of _**2300**_ pounds **for all bases except Chuchupate**, as determined by Exhibit 13, Standard Interagency Load Calculation form, using a standard pilot weight of 200 pounds and fuel for one hour and 30 minutes (01+30) as determined by Exhibit 12, Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart.

☐ 14 CFR Part 135 Operation Specifications and CFR 14 Part 133 approval for left seat operation, passenger and external load. Note: Applicable only if operator intends to operate helicopter from left seat.

Weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option or following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft. If the government requires additional equipment after contract award no penalty will be assessed.

**B.4 Engine Requirements (Shown by an X in the Block)**

☒ Single turbine engine
☒ Twin turbine engine

**B.5** CREW **Coverage**

☒ One Pilot Crew ☒ Two Pilot crew ☐ Three Pilot crew

**And**

☒ With Relief Pilot(s) ☐ Without Relief Pilot(s)

☐ SIX-DAY COVERAGE (SEE BELOW CHART)
☒ SEVEN-DAY COVERAGE ☐ A. ☒ B OR ☐ C. BELOW

| COVERAGE | FUEL SERVICING VEHICLE DRIVER | MECHANIC |
|---|---|---|
| 6-Day | 6-Day Coverage<br><br>No Relief Required | 3-Hour Call-up |
| 7-Day<br>A. | FSVD Required<br><br>Relief FSVD Required | 3-Hour Call-up |
| B. | FSVD Required<br><br>Relief FSVD Required | Full Time Mechanic Required at Designated Base/Alternate Base **(May serve as FSVD)**<br><br>Relief Mechanic – 3-Hour Call-up |
| C. | FSVD Required<br><br>Mechanic can Serve as Relief FSVD | Full Time Mechanic Required at Designated Base/Alternate Base<br><br>Relief Mechanic – 3-Hour Call-up |

**B.6 Maximum Complement of Personnel by Aircraft Type (Minimum is number required to staff and support the aircraft)**

List the number of persons, by position, being offered to staff and support the helicopter.

Type I (Heavy) Helicopter- A maximum of 12-personnel may be paid as per the payment clause.
Type II (Medium) Helicopter- A maximum of 4-personnel may be paid as per the payment clause.

| Personnel | Number |
|---|---|
| Pilot(s): | |
| Co-pilot(s): | |
| Maintenance Crew Chief | |
| Mechanic(s): | |
| Fuel Service Driver(s): | |

**B7 Standby Hours Per Day**

9 Hours Standby per day

**B.8 Extended Standby Hourly Rate**

$41.00 per hour

**B.9 Overnight Allowance (Specified)**

DAY $____*_______

*Rates as published in Federal Travel Regulations See Section C

**B.10 Standard Per Diem Rate (Specified)**

DAY____*______

*Rates as published in Federal Travel Regulations See Section C.

**B-11 Contractor Furnished Special Equipment Requirements** (*Note: CO check those that apply)*

**APPLIES TO ALL ITEMS <u>EXCEPT</u> ITEM 9 CHUCHUPATE**

☐ Rappel Capability (Exhibit 17)
☐ Litter Kit with Litter(s)
☒ Wire Cutters if available (Exhibit 5)
☐ FAA Overwater Kit (in accordance with 14 CFR Part 91.33 Part b (11))
OVER WATER SPECIALIZED EQUIPMENT REQUIREMENTS DESCRIBED BELOW: Per 14 CFR Part 91.509(b) to include: Life raft(s) capable of transporting all occupants (Maximum seating capability). Personal Flotation Device (MAE WEST) for all occupants. Life raft (s) and personal flotation devices must meet all applicable Federal Aviation Regulations for certification and recertification.
☐ Fixed Suppressant/Retardant Delivery Tank (Exhibit 5)
☒ Fixed Suppressant/Retardant Tank with Self-Filling Capability (Exhibit 5)

**Or**

Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
☐ Extended Height landing gear cross tubes, similar to DART extended height 39 inch Landing Gear Kit, part number D205-594-011, that insures a minimum of 12 inches clearance between the attached delivery tank and level ground. Dart Extended Height Access Step or equivalent must be provided with minimum of one step half the distance to the skid.
☒ Suppressant/Retardant Mixing Equipment (Exhibit 5)
☒ Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

☐ Additional Variable Capacity Collapsible Bucket (Capable of being transported in cabin or baggage compartment or external basket)
☐ Digital P25 VHF-FM (FM-1) Transceiver in lieu of Analog VHF-FM (FM-1) Transceiver (Only transceivers specified in Section C-8.A.3.g are acceptable)
☐ Additional VHF-FM (FM-2) Transceiver (In accordance with requirements for a VHF-FM Transceiver in Section C.)
☐ AFT Cabin audio control system (Use Exhibit 17 for third audio control system specifications)
☐ External PA
☐ VHF Navigation receiver with indicator (VOR)
☐ GPS Data connector (Exhibit 7)
☐ Additional GPS Antenna (Exhibit 7)
☐ External antenna for Trimble Survey grade GPS unit.
☐ Interphone – All passenger positions
☐ Additional 760 Channel VHF-AM Radio
☒ VHF-FM Portable Radio (for fuel servicing vehicle driver)
☒ Fuel Servicing Vehicle Radio (Exhibit 7)
☐ Automatic engine re-ignition system
☐ Engine air intake filtration system
☒ Closed circuit fueling system if commercially available for the helicopter offered (See Exhibit 8).
☒ Kit for disposal of fuel during start-up/shut down; i.e., EPA Bell Kit if **commercially available**
☐ Wiring to accommodate Government-Furnished carousel
☒ Remote cargo hook for long-line (Exhibit 5) (for bucket equipped helicopters)
☒ Contractor-furnished long-line (for bucket equipped helicopters)
☒ Vertical reference qualified pilot
☒ Certification for left seat long-line (for bucket equipped helicopters)
☒ Operations in countries boarding contiguous United States maybe required.

☐ Other – Additional Special Requirements

☐ a. Global Positioning Satellite (GPS) Capability with moving map display

b. One moving map display. The moving map display shall be permanently mounted in the aircraft, have a display of at least three inches wide, and located where both the pilot and the copilot/observer can clearly view the display. The display's base map shall show the aircraft's present position relative to user selected waypoints and geographical information (i.e. coastlines, cities, railroads, roads, lakes, rivers, etc.). The moving map display shall be integrated into the above GPS unit or it can be a separate unit. If a separate unit, the moving map display shall utilize GPS data from the above GPS unit or (if utilizing an internal GPS receiver) shall adhere to the GPS data requirements for the above GPS unit.

**SECTION B**
**SUPPLIES OR SERVICES AND PRICES**

## B-12 Additional Information

Additional information required to be submitted with your Proposal is contained in Section E, Instructions to Offerors-Commercial Items (Far 52.212-1) (Tailored).

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

## C-1 Scope of Contract

A. The intent of this solicitation and any resultant Contract is to obtain (limited use) Standard or Restricted category helicopter services **for all items except Item 9 (Chuchupate), Item 9 will require a Standard Category helicopter,** fully operated by qualified and proficient personnel and equipped to meet specifications contained herein for offered aircraft used in the administration and protection of Public Lands.

B. Contract personnel shall conduct themselves in a professional and cooperative manner in fulfilling this Contract

C. During the Mandatory Availability Period (MAP) and any extensions thereof, the aircraft shall be made available for the exclusive use of the Government.

D. The helicopter furnished will be used for incident support and may also be used for project work.

E. The Government has Interagency and cooperative agreements with Federal and State Agencies and private landholders. Aircraft may be dispatched under this contract for such use.

F. The Contracting Officer (CO) may, with the Contractor's agreement, release the Contractor from the contract for short periods of time to perform outside work such as search and rescue for other Federal, State, or local agencies or private parties. During the period of such release, the U.S. Forest Service (USFS) is not responsible for any payment or liability.

G. The Government may elect to utilize individual limited (Standard) aircraft for passenger transport and will initiate a contract modification accordingly.

## C-2 Certifications

A. <u>General</u>

1. Contractors shall be currently certificated to meet 14 Code of Federal Regulations (CFR), 133 (External Load Operations), 135 (Air Taxi Operators and Commercial Operations), and 137 (Agricultural Aircraft Operations), as applicable. Any helicopter offered shall be listed by make, model, series, and registration number on the Operators Certificates.

2. Helicopters shall conform to the approved type design (normal or restricted), be maintained and operated in accordance with type certificate requirements not withstanding the aviation regulations of the State in which the helicopter may be operated except those requirements specifically waived by the CO. If an operator has a 135 certificate, the aircraft will be maintained in accordance with their FAA approved maintenance program. 14 CFR Part 133 and 137 aircraft will be maintained in accordance with the type certificate and applicable supplement type certificates (STC).

3. When ordered by the Government, helicopter(s) shall carry its fully rated capacity of passengers and/or cargo allowable as determined by the Interagency Helicopter Load Calculation method irrespective of the minimum requirements stated in the Schedule of Items. Load calculations shall be computed and completed by the pilot using Form FS 5700-17 or Form OAS-67.

4. Each helicopter shall operate in accordance with an approved 14 CFR Part 133, Rotorcraft Load Combination Flight Manual (RLCFM), unless the requirement is specifically waived by the CO. A copy of the RLCFM shall be kept with the aircraft at all times.

B. Standard Category Helicopters

1. All passenger-carrying flights, regardless of the number of passengers carried, shall be conducted in accordance with the Contractor's operations specifications.

2 Helicopters shall be certificated in Normal or Transport Category.

3. The Government may elect not to utilize individual Standard Category aircraft for passenger transport.

4. The following applies for Standard Category helicopters offered that do not transport passengers:

   a. The helicopter will be inspected to the type certificate.

   b. The contractor will submit FAR Part 133 and 137 certificates.

   c. Helicopters shall carry their fully rated capacity of cargo for suppressant/retardant as determined by use of the approved weight and balance performance data.

   d. All internal passenger seats shall be removed during performance under this contract except seats for contractor's personnel/authorized Government Helicopter Manager and/or crew members.

C. Restricted Category Helicopters

1. Helicopter(s) certificated in Restricted Category shall have been issued a Special Airworthiness Certificate.

2. Helicopter(s) configured from aircraft types that have FAA Type Certificates obtained by the aircraft manufacturer shall incorporate the manufacture's designated changes to bring the aircraft into conformity with their type design, excluding passenger configuration requirements. All applicable Airworthiness Directives and manufacturer Service Bulletins shall be accomplished.

3. Helicopter(s), which are configured from former military aircraft, which have FAA Type Certificates based upon military operation in lieu of a manufacturer's Type Certificate, shall have all applicable Time Compliance Technical Orders (TCTO's), military Service Bulletins, and Safety-of-Flight Messages accomplished. This includes any directives, which refer to later models of the same type, which were issued after the earlier models had left the military inventory. When FAA approvals establish more restrictive limits, such limits will prevail.

**C-3 Government Furnished Property**

A. If Government Furnished Property (GFP) is provided; the Contractor shall be required to sign a property receipt document. Upon Government request, GFP shall be returned to the Government in accordance with GFP (Short Form) FAR Clause 52.245-4 (JUN 2003).

B. The Government will deliver the following items to the Contractor upon arrival at the Designated Base.

1. Interagency Aviation Transport of Hazardous Materials Handbook/Guide with any applicable Department of Transportation (DOT) Exemption Letters and Emergency Response Guide.
2. Personal fire shelter, as applicable.

C. Foam Concentrate will be provided by the Government as needed in accordance with the most current Qualified Product List as specified at www.fs.fed.us/rm/fire

**C-4 Aircraft Requirements**

A. General

1. Aircraft shall be maintained in accordance with all applicable 14 CFR requirements, mandatory manufacturers' bulletins as required or identified by the FS and or DOI, and all applicable FAA Airworthiness Directives (AD).

2. All required documents needed to verify the data in Form FS-5700-21a or OAS 36b; Helicopter Data Record (including airframe logs, engine logs, compliance with mandatory manufacturer's bulletins, FAA AD's compliance, and aircraft status record, etc.) shall be made available to FS or DOI inspector(s).

3. Unless authorized by an approved Minimum Equipment List (MEL), aircraft shall not be approved or used if any accessory or instrument listed on the aircraft type certificate data sheet is inoperative.

4. Aircraft shall not be approved if any component time in service exceeds the manufacturers' recommended Time Between Overhaul (TBO) or FAA-approved extension. All inspection times and intervals shall comply with the Contractor's FAA approved maintenance program.

B. Condition of Equipment

1. Contractor-furnished aircraft and equipment shall be operable, free of damage, and in good repair. Aircraft systems and components shall be free of leaks except within limitations specified by the manufacturer.

2. All windows and windshields shall be clean and free of scratches, cracks, crazing, distortion, or repairs, which hinder visibility. Repairs such as safety wire lacing and stop drilling of cracks are not acceptable permanent repairs. Prior to acceptance, all temporarily repaired windows and windshields shall have permanent repairs completed or shall be replaced.

3. The aircraft interior shall be clean and neat. There shall be no un-repaired tears, rips, cracks, or other damage to the interior. The exterior finish, including the paint, shall be clean, neat, and in good condition (i.e. no severe fading or large areas of flaking or missing paint and etc.). Military or other low visibility paint schemes are unacceptable. Any corrosion shall be within manufacturer or FAA acceptable limits.

C. Center of Gravity

1. All aircraft shall be configured so that the center of gravity will remain within the FAA approved Flight Manual published limits for all load requirements and full range of fuel conditions, including ferry with minimum crew without subtraction or addition of ballast.

2. All aircraft shall be loaded such that the center of gravity will remain within allowed limit during the flight. Actual weights will be used for flight calculation.

3. If the equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items changes, the Contractor shall notify the CO of the change and submit a new weight and balance as required by the Contract.

D. General Equipment (as applicable)

Helicopters shall be configured with the equipment required by 14 CFR and approved for make and model furnished. In addition, the following will be required:

1. A copy of the Awarded Contract and modification(s) shall remain in the helicopter during the Contract period(s).

2. Instrumentation required by the Type Certificate and 14 CFR for use with the make and model furnished.

3. Free air temperature gauge.

4. Approved aircraft lighting for night operation in accordance with 14 CFR 91.209, plus instrument lights.

5. First Aid Kit Aeronautical (Exhibit 1, First Aid Kit Aeronautical)

6. Survival Kit Aeronautical (Exhibit 2, Survival Kit Aeronautical, Lower 48)

7. Additional Suppression/Prescribed Fire Equipment (Exhibit 5, Additional Suppression/Prescribed Fire Equipment) as applicable.

8. Seat belts for all seats. One set of individual lap belts for each occupant.

9. FAA-approved double-strap shoulder harness with automatic locking inertia reels for each front seat occupant. Shoulder straps and lap belts shall fasten with one single-point, metal-to-metal, and quick-release mechanism. Standard factory shoulder harnesses are acceptable for Aerospatiale and Bell transport category helicopters. Military style harnesses are acceptable. (Exhibit 4, Restraint Systems Condition Inspection Guidelines).

10. FAA approved single diagonal shoulder harness with inertia reel integrated with the lap seat belt with one single point metal to metal quick release mechanism for each passenger position. For aircraft equipped with airline type seats, a single or double FAA approved shoulder harness integrated with seat belt with one single point metal-to-metal quick release mechanism for each passenger position.

11. One flight hour meter (Hobbs) installed in a location observable by the pilot and front seat observer while seated. The meter shall be wired in series with a switch on the collective control, and a switch activated by engine or transmission oil pressure or equivalent system, to record flight time (in hours and tenths of hours) only.

12. External load operations from other than the manufacturers designated pilot station are allowed only with approved operations specifications, applicable STCs, and appropriate designation on the aircraft Interagency Data Card. The pilot shall occupy the manufacturer's designated pilot station unless authorized by an STC to conduct external load operations from the left seat.

13. Convex mirror for observation of external loads and landing gear (not required for aircraft equipped ONLY for vertical reference operations).

14. The Fire extinguisher(s) shall be a hand-held bottle, fully charged, with a minimum of 1.5 pounds capacity and 2-B:C rating, maintained in accordance with NFPA 10 and mounted with a quick release attachment accessible to the flight crew while seated.

15. Standard Category helicopters with a floor height greater than 18-inches shall have an approved personnel access step to assure safe entrance and exit from each door of the helicopter. A section of external cargo rack may be utilized as a step by providing a clear space covered with non-skid material.

16. Complete set of current aeronautical charts covering area of operation. The Contractor shall be responsible for providing navigation publications.

17. Dual controls are required for pilot evaluations.

18. One or more independently switched white or white and red strobe light(s) mounted on top of the helicopter or otherwise visible from above.

    In accordance with 14 CFR 27.1401, Anti-collision Light System (d) Color. Each anti-collision light shall be aviation red and shall meet the applicable requirements of 14 CFR 27.1397. In order to meet contract specifications, Contractors shall obtain FAA approval (FAA Form 337) to alter the aircraft, if applicable.

19. High visibility markings on main rotor blades (Exhibit 6, High Visibility Markings on Main Rotor Blades).

20. Cargo Hook

    a. One cargo hook that may be loaded and locked in a single motion with one hand, and is rated at the maximum lifting capacity of the aircraft.

    b. As a minimum, the cargo hook shall be completely disassembled and inspected with repairs made as required, lubricated, and a full-load operational check in accordance with manufacturers recommendations.

21. Variable capacity collapsible bucket(s) (For bucket equipped helicopters)

    a. One (1) collapsible, variable capacity water/retardant buckets shall be furnished under this Contract.

    b. The bucket, at 100 percent of manufactures rated capacity (+/ -5%) shall be commensurate with the maximum OGE lifting capability of the helicopter at 5000 PA and 30 degrees C with a 200 pound pilot(s) and 1 1/2 hours of total fuel. The bucket shall be capable of being operated with all increments of the long-line. No partial dips allowed.

    c. Environmental operating conditions may dictate the need for more than one size bucket.

    d. Helicopters equipped with electronic helicopter hook load measuring system (load cells) that provide a cockpit readout of the actual external load and a bucket that is equipped with a gating system that allows part of the load to be dispensed while retaining the remainder of the load are approved.

e. Capacity of each position or adjustment level shall be marked on the bucket. Collapsible buckets with cinch straps shall only be adjusted to the marked graduations (i.e., 90%, 80%, 70%). Attempts to establish intermediate graduations or capacities below the manufacturer's minimum graduation (by tying knots, etc.) is prohibited.

f. An Operations Manual for the type bucket(s) provided will be carried aboard the aircraft.

g. Either the weight of the bucket or capacity at each adjustment level shall be marked on the bucket or the operator shall have a written statement of the maximum capacity (weight) at each adjustment point.

h. The jettison-arming switch, if applicable, shall be in the armed position during external load operations.

i. When a bucket is attached directly to the cargo hook, it is critical to measure the maximum length of the extended bucket from the shackle on the control head to the extended dump valve/fire sock, making sure that it is at least 6-inches less than the distance from the belly hook to the closest possible point on the tail rotor. Lines attached between the cargo hook and the bucket shall extend the bucket past the outside arc of the tail rotor, the line shall be no shorter than 50 feet.

22. The bucket gate open/close switch(es) shall be clearly marked for "open" and "closed," spring-loaded to the "OFF" position, and mounted on the collective pitch lever to avoid confusion with the cargo hook release. The switch shall be of a different design and shall be mounted in such a way as to not easily be confused with the RPM Control (Beep) switch.

23. (NOT APPLICABLE) Standard category Heavy or Medium helicopters. An auxiliary power connector (MS3112E12-3S) protected by a 5-amp circuit breaker connected to the avionics or main aircraft power buss shall be permanently mounted in a location convenient to the passenger compartment. Pin A shall be +24 VDC in 24-volt aircraft; Pin B shall be aircraft ground. Pin C shall be + 12 volts VDC in 12 volt aircraft. Never apply power to both Pin A and Pin C simultaneously.

24. Fuel Servicing Vehicle (Exhibit 7 Additional Avionics Equipment and Exhibit 8 Fuel Servicing Equipment Requirements). (Not required for Alaska).

25. FAA Approved Extended Height /High Skid Landing Gear (if available by STC or aircraft manufacturer).

26. FAA approved high visibility, pulsating, forward facing, conspicuity lighting.

27. FAA-approved locking cap(s) on all fuel filler ports. Single point refueling port dust caps need not have an FAA approved locking device.

28. **(APPLICABLE TO ITEM 9 CHUCHUPATE ONLY)** Internal baggage compartment/external cargo racks. Fifteen (15) cubic feet of cargo space with isolated internal baggage compartment(s) capable of accommodating 58-inch long shovels, rakes, and other fire fighting tools (requires rear bulkhead modification of baggage compartment of some models). External cargo basket(s)/rack(s) with a closing mechanical latching lid may be provided in lieu of baggage compartments, which cannot be modified to accept fire tools. The lid shall cover the entire basket/rack. Cargo basket/rack shall be at least 4-inches deep. The devices shall be simple in

function and have the capacity of being installed quickly. If lid is not manufactured for make and model then cargo shall be secured with tie down nets, straps, or bungee.

If heavy aircraft is offered, storage provision for crew packs and hand tools such as a 5'x2'x3' box and a 4'x4'x4' storage compartment.

## C-5 Aircraft Maintenance

A. <u>General</u>

1. The Contractor shall be capable of providing field maintenance support to each helicopter for extended periods during heavy use.

2. Helicopters shall be operated and maintained in accordance with 14 CFR requirements and manufacturers' recommendations. Special equipment and/or modification of the helicopter to meet requirements of this contract shall be inspected, repaired, and altered in accordance with 14 CFR requirements and manufacturer's recommendations or engineered data and, if required, be FAA approved. All "time change" components, including engines, shall be replaced upon reaching the factory recommended time, or FAA approved extension if applicable. Aircraft operated with components and accessories on approved TBO extension programs are acceptable, provided the Contractor who provides the aircraft is the holder of the approved extension authorization (not the owner if the aircraft is leased), and shall operate in accordance with the extension.

3. Compliance with mandatory manufacturers' service bulletins, FAA ADs, and the correction of maintenance deficiencies shall be accomplished prior to the start and during the period of Contract performance.

4. Contract performance may subject the aircraft engine to frequent smoke, sand and dust ingestion. All aircraft shall comply with the erosion inspection procedures at the recommended intervals in accordance with the engine operation and maintenance manual for the Contracted aircraft.

5. All maintenance performed shall be recorded in accordance with 14 CFR 43 and 91 including helicopter time-in-service and hour meter reading.

6 A copy of the current maintenance record required by 14 CFR 91 shall be kept with the aircraft.

7. Maintenance of aircraft records shall be in accordance with the FAA Advisory Circular (AC) No. 43-9C as revised.

8. The Contractor shall immediately notify the CO of any change of an engine, power train, control, or major airframe component and circumstances inducing the change.

9. Routine maintenance shall be performed before or after the daily standby or as approved by the CO.

10. All inspection times and intervals shall comply with the Contractor's FAA Approved Maintenance Program.

11. Inspections shall be performed in a maintenance facility, or in the best field conditions available.

12. 100 –Hour Maintenance Inspection. If at the beginning of the Mandatory Availability Period there are 50 or more hours remaining prior to a 100-hour inspection, that and subsequent 100-hour or, equivalent portion of phase inspections, may be performed without loss of availability, subject to the following limitations:

    a. Aircraft may be released for performing maintenance at the end of the required standby during a duty day, if needed, until 1200 hours the following day without assessment of unavailability. The flight crew shall be available by the beginning of the scheduled duty day, or when the aircraft is ready for service.

    b. Inspections shall be performed in either

        (a) Maintenance facility,
        (b) Designated or alternate base, or
        (c) Best Field conditions available.

    c. Contractor shall notify the Contracting Officer at least 16 flight hours prior to initiation of the 100-hour inspection.

    d. When the aircraft is available for service, it is the Contractor's responsibility to insure that the flight crew is also available.

    e. If the aircraft and/or flight crew are not available by 1200 hours, or when aircraft is returned to service, unavailability will be assessed from that time until such time that they do become available.

    f. When less than 50 hours remain before the initial 100-hour inspection, the first inspection shall be performed before or after the daily standby, or as approved by the Contracting Officer.

13. The aircraft's equipped weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and renewal option and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

14. All weighing of aircraft shall be performed on scales that have been certified as accurate within the preceding 24-months. The certifying agency may be any accredited weights and measures laboratory.

15. Helicopter Contracted Equipped weight shall not exceed 1% above the awarded Contracted Equipped Weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter Contracted Equipped Weight minimums, including the plus 1% allowance, shall be unavailable under the terms of this Contract. Aircraft may be re-inspected in accordance with the "Re-inspection Expense" provisions.

16. A list of equipment installed in the aircraft at the time of weighing shall be compiled. The equipment list shall include the name of each item installed. Items that may be easily removed or installed for aircraft configuration changes (seats, doors, radios, cargo hook, baskets, special mission equipment, etc.) shall also be listed including the name, weight, and arm of each item. Each page of the equipment list shall identify the specific aircraft by serial and registration number. Each page of the equipment list shall be dated indicating the last date of actual weighing

or computation. The weight and balance shall be revised each time equipment is removed or installed.

17. When the contract equipped weight of the aircraft, as noted by registration number in Section B, Schedule of Items, changes, the Contractor shall notify the CO of the change and submit a revised weight and balance as required by the Contract.

B. Turbine Engine Power Assurance Checks

1. A power assurance check shall be accomplished on the first day of operation, and thereafter within each 10-hour interval of contracted flight operation unless prohibited by environmental conditions (i.e. weather, smoke). The power assurance check shall be accomplished by the contractor in accordance with the Rotorcraft Flight Manual or approved company performance monitoring program. A current record of the power assurance checks will be maintained with the aircraft under this Contract and any renewal periods.

2. Helicopters with power output below the minimum published performance charts shall be removed from service. The below-minimum power condition shall be corrected before return to service and contract availability.

C. Maintenance Flights

A functional maintenance flight shall be performed following overhaul, repair, and/or replacement of any engine, power train, rotor system or flight control equipment, and following any adjustment of the flight control systems before the helicopter is returned to service. The flight will be performed at the Contractor's expense. Results of the maintenance flights shall be reported to and approved by the FS or DOI Aviation Maintenance Inspector before the aircraft is returned to Contract availability.

**C-6 Aircraft and Equipment Security**

A. The security of Contractor provided aircraft and equipment is the responsibility of the Contractor.

B. Aircraft shall be electrically and/or mechanically disabled by two independent security systems whenever the aircraft is unattended. Deactivating security systems shall be incorporated into preflight checklists to prevent accidental damage to the aircraft or interfere with safety of flight.

C. Examples of Unacceptable disabling systems are:

1. Locked door/windows; and/or

2. Fenced parking areas.

**C-7 Avionics Requirements**

A. Required avionics systems and contractor offered avionics/communications equipment shall meet the performance specifications as specified in FS/AMD A-24 at: www.fs.fed.us/fire/niicd/documents.html