# National Incident Information Center

**Thursday, July 5, 2007 – 8:00 A.M. EDT**

**YOU BET YOUR LIFE WHEN YOU GAMBLE WITH SAFETY**

| PREPAREDNESS LEVEL | 2 |
|---|---|
| STATES MOST AFFECTED: AZ, UT | |

## CURRENT SITUATION

Initial attack activity was moderate yesterday with 202 new fires reported burning 8,737 acres. Currently, there are 15 fires and complexes over 500 acres in size. Yesterday, there were six new fires over 500 acres and one contained. The National Preparedness Level is 2. Nationally, there is one-Type 1 and three-Type 2 Incident Management Team's committed.

## INCIDENT HEADLINES

- In Utah, the **Neola North** fire located three miles north of Neola is 42,184 acres and 50% contained. Thirty-six structures have been lost. Structures remain threatened. About 100 members of the Utah National Guard are helping with road closures. A quarter of the Forest remains closed.
- In Arizona, the **Chitty** fire is six miles south southwest of Hannagan Meadow, Arizona and is 5,700 acres and 25% contained. Torching and spotting is observed. Thirty-seven miles of US Highway 191 remain closed due to smoke.
- Nationally, an estimated 880 structures have been lost to date.
- There are 4,494 personnel committed to wildland fires nationally, an increase of 240 (6%) from yesterday.

## SUMMARY OF FIRE ACTIVITY ACROSS THE UNITED STATES

| Fire Activity | Yesterday | Year-to-Date | 2006 Fire Season | 2000 Fire Season | 10-Year Average |
|---|---|---|---|---|---|
| Number of Fires | 202 | 47,779 | 59,189 | 50,155 | 41,993 |
| Acres Burned | 8,737 | 1,929,122 | 3,870,506 | 1,990,181 | 1,991,436 |

## RESOURCES COMMITTED

| Crews (20 persons) | Engines (5 persons) | Helicopters (7 persons) | Overhead (individuals) | Airtankers Assigned | Total Personnel | Personnel Change |
|---|---|---|---|---|---|---|
| 116 | 222 | 55 | 679 | 15 | 4,494 | 240 |

## MAPS OF CURRENT FIRE ACTIVITY

- National Interagency Fire Center Fire Danger (www.fs.fed.us/land/wfas/fd_cls_f.gif)
- National Incident Information Center Current Fires Over 500 Acres (www.fs.fed.us/news/fire/firemap.shtml)
- National Interagency Coordination Center Monthly Fire Outlook (www.nifc.gov/news/OutlookMap.pdf)

National Incident Information Center
201 14th Street SW., Washington D.C. 20250,
Phone: (202) 205-1450, E-mail: niicfam@fs.fed.us
Website: www.fs.fed.us/news/fire

# REGIONAL FIRES OVER 500 ACRES

## EASTERN GREAT BASIN AREA (website: gacc.nifc.gov/egbc)

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Neola North | UT | BIA | 42,184 | 2,631 | 50 | UNK | 877 | 110 | 36 |
| *Jungle | UT | FS | 4,000 | -- | 60 | 7/10 | 69 | -- | 0 |
| *Sand Dunes | ID | ST | 900 | -- | 20 | 7/5 | 30 | -- | 0 |

**Neola North** is burning three miles north of Neola, UT in brush and timber. An IMT Type 1 (Martin) is assigned. Structures remain threatened. Extreme fire behavior was observed.

**Jungle** is burning thirteen miles west of Ferron, UT in timber. A Fire Use Management Team (FUMT) (Ourada/Soper) is assigned. Structures are threatened. Road and trail closures are in effect.

**Sand Dunes** is burning eight miles northwest of St Anthony, ID in grass and sage. Running fire behavior is observed.

## SOUTHWEST AREA (website:gacc.nifc.gov/swcc)

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Chitty | AZ | FS | 5,700 | 2,600 | 25 | 7/30 | 366 | 41 | 0 |
| *Oak Ridge 3 | AZ | BIA | 3,720 | -- | 20 | 7/10 | 360 | -- | 2 |
| *Squaw | AZ | FS | 940 | -- | N/A | N/A | 0 | -- | 0 |
| Lamphere | NM | FS | 1,025 | 385 | N/A | N/A | 3 | -- | 0 |

**Chitty** is burning six miles southwest of Hannagan Meadow, AZ in timber. A Type 2 IMT (Joki) is assigned. Moderate fire behavior is observed. Highway closure is in effect.

**Oak Ridge 3** is burning six miles east of Klagetoh, AZ in grass. A Type 2 IMT (Garcia) is assigned. Extreme fire behavior is observed. Structures are threatened and evacuations are in effect.

**Squaw** is burning eighteen miles south of Hannagan Meadow, AZ in timber. Active fire behavior is observed.

**Lamphere** is burning thirty-eight miles west of Hannagan Meadow, AZ in timber. Active fire behavior is observed.

## SOUTHERN CALIFORNIA (website: gacc.nifc.gov/oscc/)

| Incident Name | State | Lead Agency | Size (acres) | Change (Acres) | Percent Contained | Estimate of Containment | Personnel | Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| *Zaca | CA | CTY | 690 | -- | NR | UNK | 201 | -- | 0 |

**Zaca** is burning ten miles north of Santa Ynez, CA in chaparral. Extreme fire behavior with spotting is observed. Road closures are in effect.

## NORTHERN ROCKIES AREA (website: gacc.nifc.gov/nrcc)

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Dry Creek | ID | ST | 3,350 | 0 | 50 | 7/6 | 250 | 3 | 0 |

**Dry Creek** is burning thirty miles west of Grangeville, ID in grass. Minimal fire behavior is observed. Structures remain threatened. An IMT Type 2 (Kusicko) is assigned.

**ROCKY MOUNTAIN AREA** (website: http://gacc.nifc.gov/rmcc/ )

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Citadel | WY | FS | 1,975 | 365 | 25 | 7/20 | 142 | 13 | 0 |

**Citadel** is burning twenty-five miles southwest of Cody, WY in timber litter. Moderate fire behavior was observed. A FUMT (Hahnenberg) is assigned.

**WESTERN GREAT BASIN AREA** (website: gacc.nifc.gov/wgbc/)

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Barnes Canyon | NV | BLM | 900 | 250 | 15 | 7/6 | 153 | 0 | 0 |

**Barnes Canyon** is burning eight miles southeast of Caliente, AZ in chaparral. Spotting is observed. Community watershed is threatened.

**ALASKA** (website: fire.ak.blm.gov)

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| *Applegate Creek | AK | BLM | 500 | 0 | 0 | UNK | 12 | 0 | 0 |
| Caribou Hills | AK | ST | 55,438 | 0 | 80 | UNK | 105 | 1 | 197 |

**Applegate Creek** is burning sixty-three miles northwest of Fairbanks, AK in brush and black spruce. Extreme fire activity observed.

**Caribou Hills** is burning fifteen miles southeast of Ninilchik, AK in grass and timber. Minimal fire activity observed. Numerous structures remain threatened.

**SOUTHERN AREA** (website: http://gacc.nifc.gov/sacc/ )

| Incident Name | State | Lead Agency | Size (acres) | 24-Hour Change (Acres) | Percent Contained | Estimate of Containment | Personnel | 24-Hour Change (Personnel) | Structures Lost |
|---|---|---|---|---|---|---|---|---|---|
| Scared Armadillo | FL | ST | 2,000 | -- | 0 | UNK | NR | 0 | 0 |
| Linville Complex | NC | FS | 5,400 | 0 | 100 | -- | 130 | -3 | 0 |

**Scared Armadillo** is burning twenty-six miles southwest of West Palm Beach, FL in grass.
**Linville Complex** is twelve miles northeast of Marion, NC and is contained.

*Indicates new fire(s) larger than 500 acres.

## WEATHER OUTLOOK

A **RED FLAG** WARNING HAS BEEN POSTED FOR CENTRAL AND SOUTHWESTERN CALIFORNIA, OREGON, WESTERN COLORADO AND UTAH FOR LOW RELATIVE HUMIDITIES AND DRY WINDS.

A **FIRE WEATHER WATCH** HAS BEEN POSTED FOR EASTERN WASHINGTON, NORTHERN AND CENTRAL IDAHO, MONTANA, NORTHERN AND CENTRAL NEVADA, AND NORTHERN CALIFORNIA.

Thunderstorms, some of them dry, are expected today and Friday in portions of the Four Corner States and western Wyoming. Dry thunderstorms are expected in portions of northern California and western Nevada today and will spread into portions of Oregon on Friday. Otherwise, hot and dry weather will persist across the West. The northern and central interior of Alaska will see hot weather with very low humidity through Friday with some wet thunderstorms expected in the southern interior. The southeast will have scattered thundershowers through Friday.

## INTERNATIONAL LARGE FIRES

- For further information, go to the Global Fire Monitoring Center at: www.fire.uni-freiburg.de/current/globalfire.htm.
- For further information on fires in Canada, please refer to: www.ciffc.ca/links.htm

---

***The National Incident Information Center is here to serve you.***

Monday – Friday, hours: 7:00 A.M. – 5:30 P.M. EDT
Weekends and Holidays, hours: 8:00 A.M. – 2:00 P.M. EDT
Contact: Anna Payne or Trudy Tucker
Phone number: (202) 205-1450