**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Superior Helicopter LLC
2794 Foothill Blvd.
Grants Pass, Oregon 97526

and

Rainier Heli-Lift, Inc.
12515 Willows Road NE, Suite 125
Kirkland, Washington 98034,

Plaintiffs

v.

United States of America,

Defendant.

No. 07-518C

**PLAINTIFFS' MOTION TO FILE A CORRECTED INITIAL BRIEF**

In scanning Plaintiffs' initial brief my staff inadvertently inserted page 3 ahead of page 2. Plaintiffs respectfully request the Court's permission to file a corrected brief with the pages in the correct order. Defendant's counsel, John J. Todor, Esq., has no objection to this motion.

A corrected brief is enclosed.

Respectfully submitted,

Gilbert J. Ginsburg
Attorney & Counselor-At-Law
1250 24th Street, NW
Suite 350
Washington, DC 20037

3590226

Phone: (202) 776-7772
Fax: (202) 776-7773
Email: gilgins@aol.com

Attorney of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Of Counsel:

Timothy Sullivan
Katherine S. Nucci

Thompson Coburn LLP
1909 K Street, N.W. Suite 600
Washington, D.C. 20006-1167
www.thompsoncoburn.com
P: 202.585.6930
F: 202.508.1028
M: 703.508.1156