Superior

07-27-2007 14:00:42

267KA

WildCAD DOCs Listing

267KA (HT) CWN1L K1200

SUPERIOR Tel: 541-494-7600, 541-282-3749 Debbie Card Exp. Date: 5/31/2008
Primary:541-494-7600 M-F 0730-1700
Secondary:541-282-3749 Debbie, Carson Johnson 541-955-4729, C/541-944-8616 PG/541-471-5129/Steve 541-941-2195

DOCs:

07/21 1533 TB PER VENDOR HELICOPTER WAS ON STATE OF OREGON CONTRACT 7/12 FOR 75 DAY CONTRACT. UNAVAILABLE TO NICC.

07/21 1530 TB RELEASED FROM CA-ONC-000003 A-25. REASSIGNED INTERNALLY. PER ROSS RELEASED TO OR ON 7/12.

07/03 0855 NH SUE FROM NOPS CALLED, UPSET HELO WAS MOBILIZING ONE FULL DAY B/F DATE/TIME NEEDED. I SPOKE TO DEBBIE FROM SUPERIOR, WHO SAID WHEN DON HIRED THEM LAST NIGHT THEY (SUPERIOR) KNEW THAT THEY WERE NOT NEEDED UNTIL UNTIL 7/4 @ 0900 , BUT THE HELO WAS ALREADY HEADED NORTH AND WOULD PREPOSITION THEMSELVES TO RDD. MSG RELAYED TO SUE @ NOPS AND TO NICC COD.

07/02 1943 DLS COMMITTED TO ONC AVIATION PREPOSITION 2007, CA-ONC-000003 A-25

07/02 1115 JJ PER FAX FROM VENDOR & ROSS RELEASED FROM CA-LPF-000980 RETURNING AND AVAILABLE AT SBA

07/01 1415 JJ COMMITTED TO CA-LPF-000980 A-24 HIRED FROM 3S8

06/30 1319 JJ PER CALL FROM VENDOR HELICOPTER AVAILABLE @ GRANTS PASS, OREGON

06/27 1157 DLS PER FAX FROM VENDOR HELICOPTER AVAILABLE AT (ONT)

06/25 1044 JJ PER VENDOR FAX--STILL UNAVA

06/20 1923 SST PER VENDOR FAX - HELICOPTER IS UNAVAIL NOW

06/12 1042 TG PER VENDOR FAX, HELICOPTER STILL AVAILABLE IN 3S8

06/06 1618 DLS PER VENDOR HELICOPTER IS NOW TANKED AND AVAILABLE AT (3S8).

06/01 1333 MM PER DEBBIE/VENDOR, HELO UNAVAILABLE THROUGH THE WEEKEND. VENDOR WILL CALL WHEN HELO IS AVAILABLE.

05/31 1532 MM PER DEBBIE/VENDOR, HELO NOW AVAILABLE @ GRANT'S PASS

05/26 1038 JCH PER DEBBIE, UNAVAIL, DOING ROUTINE MAINT. WILL CALL WHEN AVAIL.

04/17 0831 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007

04/13 0846 AC CONTRACT MOD NIFC-09 AG-024B-C-05-9005 / 1406-05-80-2513 (OAS) C-25, CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 05/01/07 TO 04/30/07. DAILY AVAIL EFFECTIVE 05/01/07 $19,824.00. PROJECT RATE EFFECTIVE 05/01/07 $3,400.00.

10/26/06 1434 JS PER VENDOR FAX HELICOPTER IS UNAVAILABLE, ENROUTE TO AUSTRALIA.

03/30/06 1430 DLS PER CONTRACT MOD NO. 06 CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/06 $19,208.00.

07-27-2007 Superior 14:01:29 161KA

WildCAD DOCs Listing

161KA CWN1L K1200

SUPERIOR Tel: 541-494-7600, 541-282-3749 Debbie Card Exp. Date: 3/31/2008
Primary:541-494-7600 M-F 0730-1700
Secondary:541-282-3749 Debbie, Carson Johnson 541-955-4729, C/541-944-8616 PG/541-471-5129/Steve 541-941-2195

DOCs:

07/18 1812 TB COMMITTED TO MONUMENT COMPLEX OR-UMF-000090.
07/18 1314 JS PER VENDOR PHONE CALL THIS HELICOPTER IS NOW AVAILABLE. RELEASED FROM UT-EBC-000001 A-7
07/15 2025 DH A/C REQUIRING NEW ROTOR. UNKNOWN IF IT WILL BE RELEASED.
07/06 1137 JS COMMITTED TO UT-EBC-000001 A-7 FROM GEY
07/04 1244 JJ PER CALL FROM VENDOR NEW LOCATION OF GEY
07/02 0710 PER VENDOR PHONE CALL HELICOPTER RELEASED FROM MT-GNF-000020 A-26 -- HEADING BACK TO LOGGING JOB. WILL BE AVAILABLE IN THE FIELD NEAR SHERIDAN, MT. WILL SHOW AT 7S1, TWIN BRIDGES.
06/28 2129 JJ COMMITTED TO MT-GNF-000020 A-26-HIRED THRU DEBBIE HIRED FROM SHR FAX'D R/O CONFIRMED REC'D
06/28 1336 JS PER VENDOR FAX AV AT SHR
06/27 1158 DLS PER FAX FROM VENDOR HELICOPTER AVAILABLE @ (
06/25 1041 JJ PER VENDOR FAX-STILL UNAVA
06/20 1922 SST PER VENDOR FAX -UNAVAIL
06/12 1044 TG PER VENDOR FAX, HELICOPTER UNAVAILABLE. VENDOR WILL NOTIFY NICC WHEN STATUS CHANGES. PERIOD OF UNAVAILABILITY IS UNKNOWN, HELICOPTER IS ON LOGGING CONTRACT.
06/09 1331 DLS PER VENDOR HELICOPTER IS IN (BZN) AND WILL BE AVAILABLE FOR FIRE UNTIL MONDAY. WILL CALL AND LET NICC KNOW.
06/09 0859 TG PER VENDOR, HELICOPTER ENROUTE TO COD, STILL AVAILABLE
06/08 1221 TG PER VENDOR, HELICOPTER DEPT. K78 FOR EAR, STILL AVAILABLE
06/08 0826 JS HELICOPTER IS AVAILABLE PER VENDOR PHONE CALL UNTIL IT REACHES ITS FINAL DESTINATION OF MONTANA. UPON ARRIVING IN MONTANA THE HELICOPTER WILL BE LOGGING AND UNAVAILABLE FOR AN UNKNOWN DUARATION. VENDOR WILL STATUS AS AVAILABLE WHEN THE LOGGING HAS BEEN COMPLETED.
06/07 1854 SST UNAVAILBLE UNTIL FURTHER NOTICE
06/07 0751 JS HELICOPTER IS AVAILABLE ENROUTE TO MT. ONCE AT MT. HELICOPTER WILL BE UNAVAILABLE FOR OUTSIDE WORK.
06/06 1757 SST PER ROSS - IS SHOWING RELEASED 6/6 1830 ET - NO DMOB INFO AM SETTING AVAIL AT DAVIS FIELD
06/06 1223 AY
05/09 1152 JS HELICOPTER COMMITTED TO GA-OKR-007024 FROM SFF
04/17 0830 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007
04/03 1030 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE AT COTTAGE GROVE, OR. (61S).
03/21 1620 DLS VENDOR FAXED A COPY OF THE UPDATED AIRCRAFT CARD AND SERVICE TRUCK CARD.
03/30/06 1429 DLS PER CONTRACT MOD NO. 06. CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/06 $23,632.00.

Superior

312KA

07-27-2007 14:01:00

WildCAD DOCs Listing

312KA CWN1L K1200

SUPERIOR Tel: 541-494-7600, 541-282-3749 Debbie Card Exp. Date: 5/30/2008
Primary:541-494-7600 M-F 0730-1700
Secondary:541-282-3749 Debbie, Carson Johnson 541-955-4729, C/541-944-8616 PG/541-471-5129/Steve 541-941-2195

DOCs:

07/27 1304 JS ACCORDING TO ROSS THIS HELICOPTER IS ON A NEW ASSIGNMENT: ID-CMS-043014, A-17
07/18 1604 SB RELOCATED TO MISC IA FIRES AND BACK TO LGD PER NWCC
07/04 1919 JJ COMMITTED TO OR-WWF-000919 A-3 HIRED FROM 1S9
07/04 1848 JJ C'D VENDOR TALKED TO DEBBIE--ACTUAL LOCATION IS NOW IN CHEWELA, WASHINGTON
07/02 1622 SB PER VENDOR HELICOPTER LOCATION UPDATE 1S6 AND AVAIL
07/02 0855 JS PER VENDOR AND NR FAX HELICOPTER RELEASED FROM MT-GNF-000020 A-27 (WYS) RETURNING AND AVAILABLE AT 1S9.
06/28 2133 JJ COMMITTED TO MT-GNF-000020 A-27 HIRED THRU DEBBIE HIRED FROM GEG FX'D R/O CONFIRMED REC'D
06/26 1545 DLS PER VENDOR FAX-AVA @ (GEG)
06/25 1040 JJ PER VENDOR FAX-AVA @ (GEG)
06/20 1922 SST PER VENDOR FAX - AVAIL AT GEG
06/12 1039 TG PER VENDOR FAX, HELICOPTER LOCATION UPDATED
06/03 1856 DLS PER DEBBIE/VENDOR HELICOPTER IS AVAILABLE AT (DLN).
05/31 1531 MM PER DEBBIE/VENDOR HELO IS AVAILABLE@ COLVILLE
05/26 1042 JCH PER DEBBIE, HELI IS LOGGING AND UNAVAIL. DURATION IS UNKNOWN.
05/09 1150 JS PREFLIGHT FOUND CRACKED BLADES, HELICOPTER UNAVAILABLE. 161KA USED IN ITS PLACE.
05/09 1125 JS COMMITTED TO BUGABOO SCRUB, GA-OKR-007024 A-1, 3J6 FROM OTH
04/17 0831 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007
04/13 0846 AC CONTRACT MOD NIFC-09 AG-024B-C-05-9005 / 1406-05-80-2513 (OAS) C-25, CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 05/01/07 TO 04/30/07. DAILY AVAIL EFFECTIVE 05/01/07 $24,360.00. PROJECT RATE EFFECTIVE 05/01/07 $3,400.00.
04/03 1029 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE AT COQUILLE, OR (OTH).
03/12 1539 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE @ (SBD)
01/19 1043 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE @ SBD. CELL PHONE CONTACT FOR THE WEEK OF 1/22-1/29/07 CARSON JOHNSON: GENERAL MANAGER (541) 944-8616.
01/16 1320 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE @ SBD.
01/12 1424 DLS PER AFF HELICOPTER IS SITTING NEAR (BNG)
11/07/06 0917 DLS PER VENDOR DEBBIE HELICOPTER IS AVAILABLE AT LAKE ARROWHEAD, CA.
03/30/06 1425 DLS PER CONTRACT MOD NO. 06. CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/06 $23,632.00.
02/14/05 0927 DLS PER CONTRACT MODIFICATION NO. 18 ECONOMIC PRICE ADJUSTMENT- PROJECT RATES ARE EFFECTIVE 01/01/2005 AS FOLLOWS: K1200 $3312.00

FAX NUMBER 541-832-1184

ERICKSON

07-27-2007 WildCAD DOCs Listing 14:03:20

247AC

247AC CWN1L S64E

ERICKSON Tel: 800-866-9431/fax: 541-664-9469 Card Exp. Date: 4/30/2008
Primary:541-664-5544 fax: 541-664-9469
Secondary:BRENDA @ HOME (541) 772-0376 800-866-9431 cell (541) 944-1331

DOCs:

07/21 0639 JS HELICOPTER COMMITTED TO MT-CES-000052 A-14

07/18 1629 DLS PER VENDOR HELICOPTER WILL BE AVAILABLE SOMETIME ON FRIDAY.

04/18 1450 AC AIRCRAFT MOD NIFC-18. SUBSTITUTE AIRCRAFT N6962R IIN PLACE OF N247AC. FIRE TANK 744 IS CURRENTLY ON N247AC WILL BE INSTALLED ON N6962R. THIS CHANGE WILL NOT AFFECT AVAIL AND WILL BE ACCOMPLISHED OUTSIDE OF THE DUTY DAY ON OR ABOUT APRIL 15TH, 2007.

04/17 0827 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007

04/13 0822 AC CONTRACT MOD NIFC-07 AG-024B-C-05-9007 / 1406-05-80-2515. C-25, CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 05/01/07 TO 04/30/2008. DAILY AVAIL EFFECTIVE 05/01/07 S64-E/F $35,280.00. PROJECT RATE EFFECTIVE 05/01/07 NEGOTIABLE.

03/26 0950 DLS CONTRACT MOD NIFC-17 AG-024B-C-05-9096 SUBSTITUTE AIRCRAFT N247AC FOR N189AC. C-24 2ND OPTION OF RENEWAL WILL BE FROM 5/1/07 TO 5/30/07. MODIFICATION WILL TERMINATE UPON AWARD OF RFP AG-024B-S-07 FOR REFERENCED ALTERNATE BASE LOCATIONS. DESIGNATED BASE, WENATCHEE: ALTERNATE BASES AS FOLLOWS: ALTERNATE BASE CADILLAC, MI. MANDATORY AVAILABILITY PEROD: 4/1/07 TO 05/15/07 (45DAYS). ALTERNATE BASE ELY MN. MANDATORY AVAILABILITY PEROD 5/16/07 TO 5/30/07 (15DAYS). DAILY AVAILABILITY RATE THROUGA 4/30/07 $14336.00 OPTIONAL USE RATE THROUGH 4/30/07 $8369.00. DAILY AVAILABILITY RATE EFFECTIVE 5/1/07 $14784. OPTIONAL USE RATE EFFECTIVE 5/1/07 $8620.00. COR WILL BE STEVE TOME # 218-365-4831.

08/30/06 1108 DLS PER CONTRACT MOD NO. 37 CONTRACT 55-024B-2445 ITEM # 5 VAN NUYS SUBSTITUTE AIR CRAFT N6962R FOR N247AC EFFECTIVE AUGUST 30, 2006. DAILY AVAILABILITY RATE IS $13,390.

03/31/06 1452 DLS PER CONTRACT MOD NO. 25. CONTRACT 55-024B-4-2445 EXCLUSIVE USE TYPE 1 HELICOPTER ITEM # 5 VAN NUYS. F.1.2 CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 4/16/2006 TO 4/15/07. VAN NUYS MANDATORY AVAILABILITY PERIOD IS 7/15/06 THROUGH 10/12/06. DAILY AVAILABILITY RATE EFFECTIVE 4/16/06 IS $13,390.00. OPTIONAL FLIGHT RATE EFFECTIVE 4/16/06 IS $8,064.00.

ERICKSON

217AC

07-27-2007 WildCAD DOCs Listing 14:02:47

217AC (HT) CWN1L S64E

ERICKSON Tel: 800-866-9431/fax: 541-664-9469 Card Exp. Date: 5/31/2008
Primary:541-664-5544 fax: 541-664-9469
Secondary:BRENDA @ HOME (541) 772-0376 800-866-9431 cell (541) 944-1331

DOCs:

| | | | |
|---|---|---|---|
| 07/15 | 0749 | | COMMITTED TO ST REGIS COMPLEX, MT-LNF-000550 A-1 FROM BOI |
| 07/13 | 1222 | | JS PER RM HELICOPTER HAS BEEN RELEASED |
| 07/08 | 1007 | | JS COD APPROVED REASSIGNMENT FROM COD. COMMITTED TO SD-BKF-070006 A-4 |
| 07/04 | 1018 | | SB COMMITTED TO WY-SHF-000047 A-214 FROM TVL |
| 06/29 | 0725 | | JS PER DOCUMENTATION IN ROSS, A/C HAS BEEN RELEASED FROM CA-TMU-011011 A-26. |
| 06/28 | 1942 | | JJ BRENDA C'D RELEASED OFF TAHOE FIRE W/RON THERE & C/IN AM HER C/P # 541-944-1331 |
| 06/27 | 1909 | JJ | REC'D CALL FROM SUE @ NO--FAA ACTIVATED THIS AM W/BE 24-48 HRS TIL ABLE TO TRACK |
| 06/27 | 1439 | SB | COMMITTED TO ANGORA, CA-TMU-011011 A-62 FROM TRK |
| 06/25 | 1945 | DLS | PER VENDOR HELICOPTER IS NOW AT (TRK). |
| 06/24 | 1656 | DLS | PER CALL FROM VENDOR AVAILABLE AT (MFR). |
| 06/21 | 1556 | SST | PER VENDOR FAX - AVAIL AT MFR |
| 06/01 | 1847 | SST | PER BRENDA / VENDOR - IS AVAIL AT MFR |
| 05/29 | 1434 | DLS | PER BRENDA HELICOPTER IS AVAILABLE AT (MFR). |
| 05/25 | 1520 | SST | RECVD CARDING INFO - RESOURCE IS AVAIL PER BRENDA / VENDOR |
| 05/24 | 1827 | SST | PER BRENDA / VENDOR - WILL BE CARDED 5/25 - WILL CALL US WITH INFO. |
| 05/07 | 1314 | | JS PER VENDOR PHONE CALL, BRENDA, HELICOPTER IS BEING OFFLOADED AT THIS TIME AND SHOULD BE AVAILABLE WITHIN THE NEXT COUPLE WEEKS |
| 04/17 | 0825 | AC | CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007 |
| 04/13 | 0822 | AC | CONTRACT MOD NIFC-07 AG-024B-C-05-9007 / 1406-05-80-2515. C-25, CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 05/01/07 TO 04/30/2008. DAILY AVAIL EFFECTIVE 05/01/07 S64-E/F $35,280.00. PROJECT RATE EFFECTIVE 05/01/07 NEGOTIABLE. |
| 06/08/06 | 2030 | JS | PER VENDOR PHONE CALL UNAVAILABLE FOR THE 2006 FIRE SEASON |
| 03/31/06 | 0940 | DLS | PER CONTRACT MOD. NO. 04. CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/05 $33,936.00. |
| 02/24 | 1200 | MS | UPDATED 2006 FLIGHT RATE |
| 02/14/05 | 1123 | DLS | PER CONTRACT MODIFICATION NO. 11 ECONOMIC PRICE ADJUSTMENT- PROJECT RATES ARE EFFECTIVE 01/01/2005 AS FOLLOWS: S64E/F $8022.00 |

ERICKSON

07-27-2007 14:02:14 189AC

WildCAD DOCs Listing

189AC (HT) CWN1L S64E

ERICKSON Tel: 800-866-9431/fax: 541-664-9469 Card Exp. Date: 6/30/2008
Primary:541-664-5544 fax: 541-664-9469
Secondary:BRENDA @ HOME (541) 772-0376 800-866-9431 cell (541) 944-1331

DOCs:
06/30 1052 JJ REC'D CALL FROM VENDOR (BRENDA) UNAVAILABLE TIL ? IN VAN NUYS
06/26 1155 DLS PER FAX FROM VENDOR HELICOPTER IS AVAILABLE @ RDD
06/24 1656 DLS PER CALL FROM VENDOR AVAILABLE AT (MFR).
06/21 1602 SST PER VENDOR FAX - IS AVAIL AT MFR
05/13 1318 JS Exclusive use Type 1 Helicopter Item #7 Wenatchee #1 N189AC
PURPOSE OF THIS MODIFICATION:
Effective May 1, 2007
1) Paragraph C-28 Payment Procedures has changed as follows:
C-28 Payment Procedures
A. All FS-6500-122's will be electronically packaged and submitted through the Aviation Business System (ABS) for payment processing. Payments will still be made semi-monthly for services approved. The 122's will be "bundled" every two weeks and sent to the vendor electronically for approval for submission through the ABS system and electronically forwarded to Albuquerque Service Center (ASC) for payment. The 122's processed during the first half of the month will be processed for payment about the 15th and those accumulated during the last half of the month will be processed about the 1st of the following month.
B. Preparation for access and use of ABS requires a USDA e-authentication username and password. Instruction for e-authentication and training for your ABS role is now available on the Internet at http://www.fs.fed.us/business/abs.
C. Upon completion of the MAP or any extension thereof, final payment will not be made until all Government-furnished property has been returned and a Contract Release form has been completed. The final Flight Use Report payment will be accompanied by the completed Contract Release and Transfer of Property Form.
2) Submission of receipts will not be required for reimbursement purposes; however the contractor will provide verification if requested by the Government.
Effective May 16, 2007
3) Exhibit 12 (page 98) remove and replace with the attached Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart.
Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.
04/17 0825 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007
04/13 0822 AC CONTRACT MOD NIFC-07 AG-024B-C-05-9007 / 1406-05-80-2515. C-25, CONTRACT PERIOD AND RENEWAL OPTION: 2ND OPTION OF RENEWAL WILL BE FROM 05/01/07 TO 04/30/2008. DAILY AVAIL EFFECTIVE 05/01/07 S64-E/F $35,280.00. PROJECT RATE EFFECTIVE 05/01/07 NEGOTIABLE.
03/26 0949 DLS CONTRACT MOD NIFC-17 AG-024B-C-05-9096 SUBSTITUTE AIRCRAFT N247AC FOR N189AC.
10/02/06 0924 JS HELICOPTER WAS INVOLVED IN A MISHAP AND IS UNAVAILABLE.
05/13/06 1327 DLS CONTRACT MOD NO. 08 CONTRACT AG-024B-05-9096 ITEM # 7 WENATCHEE SUBSTITUTION OF AIRCRAFT. REPLACE N179AC WITH S64E N189AC.
03/31/06 0940 DLS PER CONTRACT MOD. NO. 04. CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/05 $33,936.00.

07-27-2007 RAINIER 13:57:40 699RH

WildCAD DOCs Listing

699RH CWN1L K1200
w/removable tank
RAINIER HELI-LIFT Tel: 425-825-8411 Card Exp. Date: 4/30/2008
Primary:425-825-8411/425-503-9303 day #
Secondary:fax: 425-825-8511 STEVE CELL #:425-503-9303, HOME: 425-398-9795 BILL: 425-503-3466

DOCs:

07/10 1424 JS REASSIGNED TO MATHIS A-31 (UT-SES-007101). COD APPROVED!
06/30 1710 DLS COMMITTED TO NEOLA NORTH, UT-UOA-000060 A-28 HIRED AT (AEG). FAXED COPY OF RESOURCE ORDER TO VENDOR.
06/29 1053 JS PER VENDOR PHONE CALL HELICOTER WILL BE DOING REQ' MAINT. TODAY BUT SHOULD BE AVAILABLE THIS P.M. OR EARLY 6/30. STATUS AS AV. UNLESS NOTIFIED BY VENDOR.
06/28 2012 JJ RELEASED FROM NM-SNF-000001, A-4 PER ROSS & CALL FROM PILOT...AVAILABLE @ AEG
06/26 1028 SB COMMITTED TO MISC ABC, NM-SNF-000001 A-4
06/26 1016 SB PER VENDOR AVAIL SAF
06/25 2043 JJ RELEASED FROM NM-SNF-000072
06/25 1613 JJ COMMITTED TO UTE CANYON, NM-SNF-000072 A-3
06/20 1526 NH PER AFF HELO IS IN DOUBLE EAGLE - VENDOR CALLED BUT CUT OUT DURING UPDATE OF LOCATION SO CHECKED LOCATION PER AFF AND AM LISTING ITS LOCATION STILL AT DOUBLE EAGLE.
06/06 1729 SST UPDATED CARDING PER AVIATION CONTRACTING WEB SITE DATE
05/28 0910 JS HELICOPTER AV AT AEG.
05/27 0754 AC RELOCATING AIRCRAFT TO LLN AS PER VENDOR
05/24 1321 SST PILOT CALLED TO CHECK ON NATIONAL STATUS - STILL AVAIL @ FTW
05/22 1354 DLS PER PILOT THEY HAVE ARRIVED AT FORT WORTH, TX. AND WILL BE AVAILABLE THERE.
05/21 0947 SST PER PILOT - WILL BE LEAVING 12J AT 1200 ET 1 + 10 TO 12J
05/21 0923 SST PER VENDOR - IS GOING TO FT WORTH FOR SOME CERTIFICATION. IS LEAVING LCQ TO GO THERE - WILL CALL FROM EACH REFUEL STOP.
05/19 1712 DLS PER VENDOR STEVE WILL LEAVE HELICOPTER AT LCQ FOR A COUPLE OF DAYS. WILL BE AVAILABLE THERE.
05/19 1654 SST DEMOB FROM FLORIDA BUGABOO, FL-FNF-007028 A-30 PER ROSS / GA-SAC. CURRENTLY AT LAKE CITY, FL
05/17 0726 JS Modification No. NIFC-15
Exclusive Use Type 11 Helicopter, Item Number 7 Price Valley, Bell 205A1++, N669H
PURPOSE OF THIS MODIFICATION:
Effective May 15, 2007 1) Paragraph C-28 Payment Procedures has changed as follows:
C-28 Payment Procedures A. All FS-6500-122's will be electronically packaged and submitted through the Aviation Business System (ABS) for payment processing.
Payments will still be made semi-monthly for services approved. The 122's will be "bundled" every two weeks and sent to the vendor electronically for approval for submission through the ABS system and electronically forwarded to Albuquerque Service Center (ASC) for
payment. The 122's processed during the first half of the month will be processed for payment about the 15th and those accumulated during the last half of the month will be processed about the 1st of the following month. B. Preparation for access and use of ABS requires a USDA e-authentication username and password. Instruction for e-authentication and training for your ABS role is now available on the Internet at http://www.fs.fed.us/business/abs.
C. Upon completion of the MAP or any extension thereof, final payment will not be made until all Government-furnished property has been returned and a Contract Release form has been completed. The final Flight Use Report payment will be accompanied by the completed Contract Release and Transfer of Property Form. 2) Submission of receipts will not be required for reimbursement purposes; however the contractor will provide verification if requested by the
Government. Effective May 16, 2007.
05/15 1322 SST COMMITTED TO FLORIDA BUGABOO, FL-FNF-007028 A-30 SHOULD HAVE BEEN COMMITTED 5/14 -
05/10 2130 AC RELOCATING TO DTN ON 5/11 AS PER VENDOR
05/08 0945 AC CANCELLED DUE TO DELAYED RESPONSE AS PER VENDOR
05/08 0918 AC COMMITTED TO AIRPORT ROAD, FL-- A-16
04/17 0911 AC CONTACTED VENDOR, HELICOPTER WILL BE AVAILABLE FOR CWN CONTRACTS IN 2007
03/21 1413 DLS CONTRACT MOD NIFC-08 SECOND OPTION OF RENEWAL 5/1/07 TO 4/30/08. DAILY AVAILABILITY EFFECTIVE 5/1/07 $19488.00. PROJECT RATE $3360.00.
01/11 1005 DLS PER AFF HELICOPTER IS SITTING AT (FTW) FORT WORTH, TX.
11/30/06 1504 DLS RELEASED FROM AZ-GCP-000162 A-1. BACK AT BOULDER CITY @1450 PDT. PER VENDOR HELICOPTER IS BACK ON BASE.
03/30/06 1123 DLS PER CONTRACT MOD NO. 05. CONTRACT PERIOD AND RENEWAL OPTION: FIRST OPTION OF RENEWAL WILL BE FROM 5/1/06 TO 4/30/07. DAILY AVAILABILITY EFFECTIVE 5/1/06 $18,984.00.
02/23 1338 DLS PER CONTRACT MOD NO. 14 DATED 2/17/06 CHANGE AIRCRAFT REGISTRATION FROM N313KA TO N699RH.
07/12/05 2228 EC STEVE WOULD LIKE US TO KEEP PILOT'S CELL NUMBER ON FILE

928-606-1548.

07/07/05 1133 NH BILL THE PILOT CALLED - HE NOW HAS A NEW COMPANY CELL PHONE NUMBER - 425-503-3466 JUST IN CASE YOU CAN'T CONTACT THE MAIN OFFICE.

05/13/05 1026 LM 2005 CWN CONTRACT - DAILY AVAIL $18480, PROJECT RATE $3360.

02/14/05 0937 DLS PER CONTRACT MODIFICATION NO. 12 ECONOMIC PRICE ADJUSTMENT- PROJECT RATES ARE EFFECTIVE 01/01/2005 AS FOLLOWS: KMAN 1200 $3635 .00