IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| Superior Helicopter LLC<br>2794 Foothill Blvd.<br>Grants Pass, Oregon 97526<br><br>and<br><br>Rainier Heli-Lift, Inc.<br>12515 Willows Road NE, Suite 125<br>Kirkland, Washington 98034,<br><br>Plaintiffs<br>v.<br><br>United States of America,<br><br>Defendant. | No. 07-518C<br>(Lettow, J.) |

## PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Plaintiffs respectfully move that the Court supplement the Administrative Record in this proceeding by adding: (1) the affidavits of Messrs. Andrew Mills and Richard Larew filed- in support of Plaintiffs' Motion for a Temporary Restraining Order, including all attachments and exhibits to those affidavits; (2) the transcript of the July 12, 2007 hearing before this Court on the Temporary Restraining Order, including all exhibits introduced into evidence during that hearing; and (3) the affidavits of Messrs. Mills and Larew submitted this same date in support of Plaintiffs' Reply Brief in this matter.

This motion to supplement the administrative record is being filed for the reasons set forth in the Plaintiff's reply brief of this date (at page 2), in order to "remove any doubt, if any were to exist," that the affidavits, the testimony at the TRO hearing and the exhibits, and the

statements of the Court and counsel, are properly for consideration by the court in this proceeding.

Respectfully submitted,

Gilbert J. Ginsburg