**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Superior Helicopter LLC
2794 Foothill Blvd.
Grants Pass, Oregon 97526

and

Rainier Heli-Lift, Inc.
12515 Willows Road NE, Suite 125
Kirkland, Washington 98034,

Plaintiffs

No. 07-518C

v.

United States of America,

Defendant

NOTICE OF INTENT TO OFFER TRIAL EXHIBIT I TO THE TESTIMONY OF MR. RICHARD L. “LASH” LAREW

Please be advised that the Plaintiffs intend to offer the enclosed trial exhibit to the testimony of Mr. Richard “Lash” Larew at the combined preliminary and permanent injunction hearing on August 8, 2007.

Respectfully submitted,

s/Gilbert J. Ginsburg
GILBERT J. GINSBURG
Counsel of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Cc: John J. Todor, Esq.
Ruth Tiger, Esq.