**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SUPERIOR HELICOPTER LLC, and RAINIER HELI-LIFT, INC., Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | **BID PROTEST** Court Nos. 07-518C, 07-519C (Judge Lettow) |
| ERICKSON AIR-CRANE, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF FILING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to the Court's order at the August 8, 2007 hearing, defendant, the United States, notifies the Court of the filing of Solicitation RFP 49-05-08 (Interagency Call-When-Needed Type I & II Helicopters) as a supplement to the administrative record in this action via the Court's electronic case filing system.

For these reasons, defendant notifies the Court of the filing of the supplement to the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640
Attorneys for Defendant

OF COUNSEL:
ELIN M. DUGAN
U.S. Department of Agriculture
Office of General Counsel
1400 Independence Avenue
Mail Stop 1415
Washington, D.C. 20250

August 10, 2007

**CERTIFICATE OF FILING**

I hereby certify that on August 10, 2007, a copy of foregoing "NOTICE OF FILING OF SUPPLEMENT TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor