IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Superior Helicopter LLC
2794 Foothill Blvd.
Grants Pass, Oregon 97526

and

Rainier Heli-Lift, Inc.
12515 Willows Road NE, Suite 125
Kirkland, Washington 98034,

Plaintiffs

v.

United States of America,

Defendant.

No. 07-518C

Bid Protest

**PLAINTIFFS' NOTICE OF FILING REGARDING DEFENDANT'S SUPLEMENT TO THE ADMINISTRATIVE RECORD**

At the August 8, 2007 hearing on the merits, the Court ordered Defendant to file a copy of a call –when- needed ("CWN") contract that was representative of its CWN contracts. The Court also ordered Plaintiffs to file a response if Plaintiffs believed the CWN contract filed by Defendant was not a representative contract. Pursuant to the Court's order, Plaintiffs reviewed the purported CWN contract which was filed by the United States on August 10, 2007.

Plaintiffs hereby notify the court that the document filed by Defendant is not a representative CWN Contract. It is only a solicitation which solicited offers for the CWN contracts, which were subsequentally awarded. After reviewing their submittal, I called J.J. Todor, Esq., Defendant's counsel, and informed him of the problem. He told me he was immediately going to e-mail his

clients to obtain a true CWN Contract.

We have also reviewed the filing of Erickson Aircrane, Inc. of August 10, 2007. We agree that the CWN contract furnished by Erickson to the Court is in fact a CWN contract.

Respectfully submitted,

S/Gilbert J. Ginsburg
Gilbert J. Ginsburg
Attorney & Counselor-At-Law
1250 24th Street, NW
Suite 350
Washington, DC 20037
Phone: (202) 776-7772
Fax: (202) 776-7773
Email: gilgins@aol.com

Attorney of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Of Counsel:

Timothy Sullivan
Katherine S. Nucci
Thompson Coburn LLP
1909 K St. N.W.
Suite 600
Washington D.C. 20006
Phone: (202) 585-6900
Fax: (202) 508-1028

Dated August 13, 2007