# In the United States Court of Federal Claims

**07-518C & 07-519C**

**Filed: August 13, 2007**

**SUPERIOR HELICOPTER LLC**
**and RAINIER HELI-LIFT, INC.**
**and ERICKSON AIR-CRANE, INC.**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**August 8, 2007**
**Defendants Exhibits 1-4**
**Plaintiff Exhibit 1**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.