**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

G. The awarded daily availability rate shall include all fixed and variable costs (depreciation, salaries, overnight allowances, overhead, permanent shop facilities, etc.) incurred in providing continuous service exclusive of those costs directly attributed to actual flight.

**C-35 Payment for Extended Standby**

A. Extended standby will be measured in hours (rounded to the next full-hour and paid at the rate specified in the Schedule of Items) for all Extended Standby ordered by the CO and performed by the Contractor when the crew meets the Standby requirement in accordance with Section C, Daily Availability Requirements.

B. Extended Standby is not applicable on days when mobilization or demobilization is paid.

C. The Contractor will not be compensated for Extended Standby when the aircraft is not available for immediate dispatch, except when authorized by the CO.

**C-36 Payment for Project Work**

A. Services may be ordered for short periods of time (normally 1-day or less) to accomplish project work.

B. When service is ordered under the Project Rate specified in the Schedule of Items, payment will be made only for actual flight time performed. Daily Availability rate is not applicable. When the Project Rate is in effect and when the project extends for more than 1-day, incurred Remain-Over-Night (RON) costs will be reimbursed in accordance with the Federal Travel Regulations (FTRs.)

C. Services may also be ordered under the Daily Availability Rate specified in the Schedule of Items, plus the flight rate specified (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart). When the Daily Availability method of payment is used, RON fees are not applicable.

D. The method of payment shall be established prior to the start of the project. The selected method of payment will be used for the duration of the project.

**C-37 Reimbursement for Mobilization and Demobilization Costs**

A. During mobilization and demobilization, on any day in which flight is performed and no Daily Availability is earned, a lump sum of $500 per day per authorized crewmember will be paid. Flight time performed will be paid at the applicable flight rate. (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart).

B. Mobilization and Demobilization is not applicable if the helicopter is reassigned. The rate in affect for a reassignment is the daily availability rate plus flight.

C. Mobilization and Demobilization is not applicable when using project flight rate.

D. Mobilization and Demobilization payment is not intended to compensate the Contractor on a one-to-one basis for incurred costs.

E. The Contractor will be reimbursed for fuel service vehicle mileage, airport landing fees, airport use costs (tie-downs) truck permits or taxes at points-of-entry associated with performance under this Contract. Costs associated with preparing the aircraft for service will not be paid.

F. The costs shall be necessary and reasonable in amount. Submit a copy of an itemized receipt for cost(s) in excess of $75.00 to the designated payment office. Salary costs for Contractor employee(s) while in travel status will not be paid.

G. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by invoice(s) and/or document(s) when required. Payment will not be made unless required invoice(s) and/or document(s) are attached to the Flight Use Report as incurred.

H. Failure to perform upon arrival at the Assigned Work Location may result in non-payment of all mobilization and demobilization costs.

I. When an aircraft is released from the Assigned Work Location, demobilization costs will be paid back to the original point-of-hire providing that is the immediate destination after release. Should the aircraft not immediately return to the original point-of-hire, demobilization costs will only be paid as they actually occur.

J. During mobilization, if cancellation occurs after flight has commenced, the Contractor will be compensated in accordance with the above provisions.

**C-38 Ordering/Payment for Additional Personnel**

The CO may order an additional pilot or crewmember on an intermittent basis to maximize usage of the helicopter. The pilot or crewmember may be furnished at the option of the Contractor. All terms and conditions of the Contract will apply except as set forth below:

A. When ordered by the CO, each additional crewmember will be paid a lump sum of $500 per day for travel days and work days.

B. Transportation costs shall be reviewed by the CO to determine reasonableness prior to ordering. Reasonable costs of transportation from the point-of-hire and return will be paid.

C. This does not apply to relief crews brought in by the Contractor on primary pilot or crews' mandatory days off.

**C-39 Transporting of Relief Crew**

The reasonable cost of transporting a relief crew to and from the current Base of Operations of the Helicopter will be paid by the Government. Claims for reimbursement will be supported by itemized paid invoices and other documents necessary to verify incurred costs; i.e., itineraries supporting round trips, names of travelers, etc. This cost reimbursement is not applicable to primary crews. Salary costs for Contractor employee(s) while in travel status is not a cost for which the Government will reimburse the Contractor.

**C-40 Ordering Additional Equipment**

A. When additional equipment listed in the Schedule of Items is expressly ordered by the CO on the original aircraft order, the Contractor will be paid the daily rate for each day the equipment is on site and available until released by the CO.

B. Additional equipment not expressly ordered with the aircraft but made available on site by the Contractor will be paid only for each unit of actual ordered use.

**C-41 Additional Aircraft after Contract Award**

After Contract award, aircraft with performance equal to or higher than aircraft awarded under this contract may be added at the CO's option at the same price as aircraft originally awarded. The flight rate will be for the make and model being added. All terms and conditions of the contract apply.

**C-42 Meals**

No charge will be made for meals furnished by the Government.

**C-43 Payment for Fuel Servicing Vehicle Mileage**

A. A fuel-servicing vehicle is required for all fire support use. At the CO's option, a fuel-servicing vehicle may be ordered for project work.

B. The price of the vehicle is included in the daily availability rate or project flight rate offered for both fire and project use.

C. When dispatched by the Government, applicable mileage rates will be paid to and from the Assigned Work Location, beginning at the Contractor's Principle Base of Operations or from the location of the vehicle at the time of order, whichever is closer. Payment will be made only for miles driven in support of the aircraft. Mileage rate schedule follows:

$2.50 per mile - where the carrying capacity of aircraft fuel is 1,500-gallons or more.

$2.00 per mile - where the carrying capacity of aircraft fuel is at least 750-gallons, but less than 1,500-gallons.

$1.40 per mile - where the carrying capacity of aircraft fuel is at least 350-gallons, but less than 750-gallons.

$ .95 per mile - where the carrying capacity of aircraft fuel is less than 350-gallons.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

### C-44 Payment for Fuel Transportation

A. The Government will reimburse the Contractor for costs incurred in transportation of helicopter fuel to sustain Government operations under the following conditions:

1. When Contractor's fuel servicing vehicle cannot travel to an Assigned Work Location due to lack of road access.

2. When Contractor has to arrange for fuel support at an Assigned Work Location to provide a supply for helicopter flights until the Contractor's fuel-servicing vehicle arrives on site.

B. The CO will designate the method of transportation and the gallons to be transported.

C. When the CO orders the Contractor to transport fuel by air, the flight time required to transport the fuel will be paid at the Contract flight hour rate.

D. When the CO orders transportation of fuel by commercial carrier, reimbursement will be based on submitted copies of paid invoices.

E. In the event the Government furnishes fuel to the Contractor, fuel cost will be charged based upon rates at the nearest accessible point fuel is commercially available. Such fuel costs will be deducted from any sums otherwise due the Contractor on the FS or DOI Flight Use Report.

### C-45 Payment for Foam Concentrate

A. Payment for approved foam concentrate, when ordered by the CO and furnished by the Contractor, will be made on an actual cost basis. Invoice or invoice copies must be submitted to substantiate actual cost payment.

B. Any foam concentrate provided by the Contractor shall be on the list of Approved Foam Products found at the following website: www.fs.fed.us/rm/fire .

### C-46 Miscellaneous Costs to the Contractor

A. Miscellaneous, unforeseen costs incurred by the Contractor while performing under the terms of the Contract may be reimbursed at Actual Cost when approved by the CO. Examples of such items are airport landing fees, fuel flowage, airport use costs (tie-downs) truck permits or taxes at points-of-entry. A paid receipt shall support any cost in excess of $75.00

B. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by receipt(s) and/or document(s) when required. In cases where fees are assessed at a later date, claims will be submitted to the Contracting CO.

### C-47 Payment Procedures

A. Services Ordered and Received by the USDA Forest Service

1. All flight time, daily availability, and other authorized charges or deductions shall be recorded on Form FS-6500-122 (Flight Use Report). At the end of each day this form shall be completed and signed by Government and Contractor's Representative.

2. At the election of the Contractor, the completed and signed Flight Use Report may be used as the Contractor's invoice.

3. Instructions for completing the FS-6500-122 are included in the "122" booklet and the Interagency Helicopter Operations Guide (IHOG).

4. Payment will be made semi-monthly for service as specified on the approved Form FS-6500-122 or Contractor-furnished invoice. Forms accumulated during the first half of the month will be processed for payment about the 16th day of the month and those accumulated during the last half of the month will be processed about the 1st day of the following month.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

5. A USDA-FS Contract Number will appear on all Form FS-6500-122's. All original Form FS-6500-122's shall be submitted by the Contractor to:

   USDA-FS Boise National Forest
   Fiscal & Accounting
   1249 South Vinnell Way
   Boise, ID 83709-1659

   Any questions concerning payment should be directed to the Contracting Unit at NIFC, (208) 387-5631.

B. Services Ordered and Received by the DOI

1. An Aircraft Use Report (OAS-23 Form) shall be completed and signed by both the Contractor's Representative and the Government. Instructions for proper completion of the Aircraft Use report are contained in the OAS-23 booklet and the Interagency Helicopter Operations Guide (IHOG).

2. At the election of the Contractor, the completed and signed Aircraft Use Reports may be used as the Contractor's invoice.

3. The Contractor may submit invoices not less frequently than every 2-weeks beginning from the 1st day services begin or upon release from the Assigned Work Location. Services provided shall be itemized and documented on a daily basis.

4. A DOI Contract Number will appear on all Form OAS -23's. All original Form OAS-23's shall be submitted by the Contractor to:

   Department of the Interior
   National Business Center - Aviation Management
   300 E. Mallard Drive, Ste. 200
   Boise, ID 83706-3991

   Any questions concerning payment should be directed to Edie Stansbury at (208) 433-5028 or Mike McFarlane (208) 433-5027.

**C-48 Helicopter Manager Delegated Authorities**

A Helicopter Manager will be assigned to each helicopter furnished. In addition to directing the work of the Helicopter, the Helicopter Manager has the following delegated Contract administration duties and authority:

1. Complete Helicopter and Fuel Service Truck Pre-Use Checklist. (Exhibit 14, Helicopter and Fuel Service Vehicle Pre-Use Checklist).
2. Order aircraft services as provided in the Contract.
3. Secure compliance with all Contract provisions and specifications, and issue Work Orders/Notices of Non-Compliance as needed.
4. Conduct investigations and prepare Statements of Findings when requested by the CO.
5. Suspend operations pending the removal or reinstatement of unsatisfactory equipment or personnel by the CO.
6. Coordinate temporary substitutions of aircraft and pilot(s) with the CO.
7. Initiate and sign correspondence and other Contract administration documents over the title "Helicopter Manager."
8. Maintain daily diary of Contract activities.
9. Document availability, flight times, and other payment items on the Flight Use Report.
10. Document and verify reasonable transportation costs for ordered additional personnel.
11. Establish daily schedules.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

12. Approve authorized breaks.

13. Review the Helicopter Data Record for Inspection and Approval currency.

14. Review the Pilot's and Mechanics Interagency Qualification Card(s) for currency and qualifications.

15. Complete and submit Performance Report. (Exhibit 15, Performance Report).

16. Review Contractor Power Trend Analysis Graph.

17. Government Helicopter Manager may ride in a Standard Category/Limted Use Helicopter during point-to-point flights and initial attack dispatches. The following conditions shall be met when the Manager is on board:

    a. FAA approved passenger or crew seat with an FAA approved restraint system is available. This seat shall be in conformity with the Helicopter's type certificate.

    b. The use of the observer's position (jump seat) is not approved.

    c. Authorization to ride in a Standard Category Type I Helicopter will be noted on the Aircraft Approval Form (Aircraft Data Card).

    d. Helicopter Managers shall not ride in helicopters certificated only as Restricted Category aircraft.

**C-49 Definitions**

As used throughout this contract, the following terms shall have the meaning set forth below:

Additional Personnel. Additional personnel specifically ordered by the CO where it is to the Government's advantage to have additional availability of the aircraft (not to be confused with a relief crew furnished by Contractor to replace primary crew).

Aircraft Accident. An occurrence associated with the operation of an aircraft, which takes place between the time any person boards the aircraft with the intention of flight and all such persons have disembarked, and in which any person suffers death or serious injury, or in which the aircraft receives substantial damage.

Aircraft Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Aircraft Make and Model. A specific make and basic model of aircraft, including modification; e.g., a Bell 206

Aircraft Make, Model, and Series. A specific make, model, and series of aircraft including modification (e.g., a Bell 206B is not the same make, model, and series as a Bell 206L).

Airspace Conflict. A near mid-air collision, intrusion, or violation of airspace rules.

Alert Status. A status subject to flight and duty limitations, in which the Contractor has 1 hour to return to standby if ordered by the CO to do so.

Anchor. The Interagency approved device manufactured to be the fixed point attached to the helicopter for rappel and cargo letdown operations.

Assigned Work Location. The location designated by the CO from which an ordered flight will originate.

Authorized Crewmember. Those individuals specified in the "Schedule of Items" unless designated otherwise by the CO.

Authorized Flight or Flying Time. The actual time that a helicopter is off the ground for the purpose of the task or tasks to which assigned under an ordered flight when such time is recorded by the pilot and approved by a designated Government Official as having been properly performed.

Aviation Hazard. Any condition, act, or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Base Cost. The portion of the flight rate that is constant throughout the contract period and not affected by changes in fuel prices. Adjustments to the base cost will be made annually by the CO.

Call-When-Needed. A term used to identify the furnishing of services on an "as needed bases" or "intermittent use" in government procurement contracts. There is no guarantee the Government will place any orders and the Contractor is not obligated to accept any orders. However, once an order is placed and the Contractor takes steps to perform, both sides are bound by the terms and conditions of the Contract.

Cargo. Any material thing carried by the aircraft.

Chief-of-Party. Designated Government representative for all passengers on a flight.

Civil Twilight. Begins in the morning, and ends in the evening when the center of the sun is geometrically 6° below the horizon.

Contractor. An operator being paid by the Government for services.

Cruising Speed, Service Ceiling, and Cruising Range. Shall be the same as applied by the CAB and FAA, United States Department of Transportation and the aircraft manufacturer.

Duty. That period that includes flight time, ground duty (pre- and post- flight inspections) of any kind, and standby or alert status at any location.

Empty Weight. The last weight and moment entry on the aircraft weight and balance record. Empty weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Equipped Weight. Equipped weight equals the Empty Weight (as listed in the Weight and Balance Data) **plus** the weight of lubricants and onboard equipment required by contract (i.e., survival kit, rappel anchor).

The helicopter's contracted equipped weight is determined using weight and balance data which was determined by actual of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Helicopter contracted equipped weight shall not exceed 1% above the awarded contracted equipped weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter contracted equipped weight minimums, including the plus 1% allowance, shall be made unavailable under the terms of this Contract.

External Load. Any combination of load and line that is 50 feet or less in length.

Fatal Injury. Any injury, which results in death within 30-days of the accident.

Federal Aviation Regulations. Rules and regulations contained in Title 14 of the Code of Federal Regulations.

Ferry Flight. Movement of helicopter under its own power from point-to-point.

First Aid. Any medical attention that involves no medical bill. If a physician prescribes medical treatment for less than serious injury and makes a charge for this service, that injury becomes "medical attention."

Flight Crew. Those Contractor personnel required by the Federal Aviation Administration to operate the aircraft safely while performing under contract to the Government.
Flight Rate. The contract unit price per hour of flight time as found in the Table of Flight Rates or Schedule of Items. (Includes base cost plus fuel costs.)

Flight Time. Begins when the aircraft leaves the ground in takeoff for a given flight and ends when the aircraft has landed.

Forced Landing. A landing necessitated by failure of engines, systems, components, or incapacitation of a crewmember, which makes continued flight impossible, and which may or may not result in damage.

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

Fuel Cost. The variable portion of the flight rate that is subject to change due to fuel price change.

Fuel Endurance. Fuel required including a 20-minute reserve.

Fully Operational. Helicopter, pilot(s), other personnel, repairs, operating supplies, service facilities, and incidentals necessary for the safe operation of the helicopter both on the ground and in the air.

Fully Rated Capacity. The number of passenger seats or pounds of cargo load authorized in the applicable Type Certificate Data Sheet.

General Aviation. That portion of civil aviation that encompasses all facets of aviation except air carriers.

Ground Mishap, Aircraft. An aircraft mishap in which there is no intent to fly; however, the power plants and/or rotors are in operation and damage incurred requiring replacement or repair of rotors, propellers, wheels, tires, wing tips, flaps, etc., or an injury is incurred requiring first aid or medical attention.

Hazard. Any condition, act or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

Helitanker. An aerial delivery system that is a helicopter configured for the dispensing of fire retardant or fire suppressant material. Airtanker Board criteria shall apply to helicopters with a minimum capacity of 700 gallons or more.

Hover-in-ground-effect (HIGE). Maximum pressure altitude and temperature at which a helicopter can hover (at maximum gross weight) using the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Hover-out-of-ground Effect (HOGE). Maximum pressure altitude and temperature which a helicopter can hover (at maximum gross weight) without the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Incident-With-Potential. An incident that narrowly misses being an accident and in which the circumstances indicate significant potential for substantial damage or serious injury. Final classification will be determined by the agency Aviation Safety Manager.

Instrument Flight Rules (IFR). As defined in 14 CFR Part 91.

Internal Cargo Compartments. An area within the helicopter specifically designed to carry cargo.

Law Enforcement. Those duties carried out by agency personnel together with personnel from cooperating agencies, to enforce various Federal laws applicable to trespass (those activities relating to timber, grazing, fire, occupancy and others). Other activities can include those that are illegal under the antiquities acts and the manufacturing, production, and trafficking of substances in violation of the Controlled Substances Act (16 U.S.C. 559b-f)) and other illegal activities occurring on agency jurisdictional lands. Specific law enforcement activities can include surveillance (visual, infrared, or photographic), transportation of law enforcement personnel and persons in custody and transportation of property (both internally and externally). All helicopter activities including landings will occur at locations that are secured by law enforcement personnel or are locations removed from law enforcement actions.

Life-Threatening. A situation or occurrence of a serious nature, developing suddenly and unexpectedly and demanding immediate action to prevent loss of life.

Limited Use Helicopter. A limited use helicopter is an Interagency term used to denote a standard category helicopter that is designated and utilized in a limited role (not for passenger transport .)

Long-line. A line extended from the cargo hook of a helicopter which is 50-feet or greater in length.

Maintenance Deficiency. An equipment defect or failure which affects or could affect the safety of operations, or that causes an interruption to the services being performed.

Mishap, Aviation. Mishaps include aircraft accidents, incidents-with-potential, aircraft incidents, aviation hazards and aircraft maintenance deficiencies.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Night. The time between the end of evening civil twilight and the beginning of morning civil twilight, as published in the American Air Almanac, converted to local time.

Occupant: Any crew or passenger that is aboard an aircraft.

Official Sunset and Sunrise. The times when the upper edge of the disk of the Sun is on the horizon, considered unobstructed relative to the location of interest. Atmospheric conditions are assumed to be average and the location is in a level region on the Earth's surface.

Operational Control. The condition existing when an entity exercises authority over initiating, conducting or terminating a flight.

Operating Agency. An executive agency or any entity thereof using agency aircraft, which it does not own.

Operator. Any person who causes or authorizes the operation of an aircraft, such as the owner, lessee, or bailee of an aircraft.

Passenger. Any person aboard an aircraft who does not perform the function of a flight crewmember or crewmember.

Passenger Seating Capacity. Number of passenger seats excluding pilot(s).

Payload. The maximum allowable weight (passengers and/or cargo) that can be carried in any one mission.

Pilot-In-Command. The pilot responsible for the operation and safety of the aircraft during the time defined as flight time.

Point-of-Hire. Point-of-Hire shall be the Contractor's Principle Base of Operations as specified in Section B or the location of aircraft at time-of-hire.

Precautionary Landing. A landing necessitated by apparent impending failure of engines, systems, or components, which makes continued flight inadvisable.

Principle Base of Operations. The primary operating location of a 14 CFR Part 121, 133, 135 or 137 certificate holder as established by the certificate holder.

Rappeller. A person who has been trained and certified to rappel from a helicopter, in accordance with agency specified policy and direction contained in the Interagency Helicopter Rappelling Guide.

Rappel Spotter. A person who has been trained and certified, in accordance with agency-specified policy and direction contained in the Interagency Helicopter Rappel Guide, to direct and manage a rappel operation

Restricted Category. An aircraft that has been manufactured in accordance with the requirements of and accepted for use by an Armed Force of the United States and later modified for special purposes such as agriculture, forest and wildlife conservation, aerial surveying, patrolling, or any the operation specified by the FAA Administrator.

SAFECOM. Use to report any condition, observance, act, maintenance problem, or circumstance, which has potential to cause an aviation related mishap. The purpose of the SAFECOM form is not intended to be punitive in nature. It will be used to disseminate safety information to aviation managers, and also to aid in accident prevention by trend monitoring and tracking. See www.safecom.gov

Serious Injury. Any injury which: (1) requires hospitalization for more than 48-hours, commencing within 7-days from the date the injury was received; (2) results in a fracture of any bone (except simple fractures of fingers, toes or nose); (3) causes severe hemorrhages, nerve, muscle or tendon damage; (4) involves any internal organ; or, (5) involves second or third-degree burns, or any burns affecting more than 5% of the body surface.

Sling Load. Jettisonable external load that is lifted free of land or water during the rotorcraft operation.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Special Use Missions:

Air Tactical Coordination (Air Attack). Coordination with other tactical aircraft during fire and other project operations.

Fire Surveillance/Reconnaissance. Patrolling in search of and scouting wildland fires; checking fuel types and fire behavior.

Reconnaissance (Non-Fire). Observation and fact-finding reconnaissance, i.e. wildlife monitoring, snow surveys, search and rescue, timber and range surveys, insect and disease surveys, law enforcement, and aerial photography.

Other. Cooperative use with other agencies, and other purposes mutually agreed upon by the Contractor and the Contracting Officer.

Standard Category Helicopter. A turbine powered helicopter which is certificated in the normal or transport category, operated and maintained in accordance with 14 CFR Part 135 by an operator holding an Air Carrier Certificate. These helicopters may be used for all types of operations such as passengers, reconnaissance, tank or bucket operations, and cargo.

Substantial Damage. Any damage or failure which adversely affects the structural strength, performance or flight characteristics of the aircraft, and which would normally require major repair or replacement of the affected component. Engine failure or damage limited to an engine if only one engine fails or rotor or propeller blades, and damage to landing gear, wheels, tires, flaps, engine accessories, brakes, or wing tips are not considered "substantial damage" for the purpose of this part.

Type I Helicopter. 15 or more passenger seats or 5,000 lbs payload, and 700 gallons retardant capacity.

Type II Helicopter. Between 9 to 14 passenger seats or 2,500 to 4,999 lbs payload and 300 to 699 gallons retardant capacity.

Type III Helicopter. Between 4 to 8 passenger seats or 1,200 to 2,499 lbs payload and 100 to 299 gallons retardant capacity.

Vertical Reference/External Load. Direct visual reference, by the pilot, of an external load/cargo being slung from beneath the helicopter with a line attached to the cargo hook and being removed or placed from the earths surface with precision.

Visual Flight Rules (VFR). As defined in 14 CFR Part 91.

**C-50 Abbreviations**

| | |
|---|---|
| A&P | Airframe & Powerplant (Mechanic) |
| AC | Advisory Circular |
| AD | Airworthiness Directive |
| AFF | Automated Flight Following |
| ASP | Aviation Safety Plan |
| ATC | Air Traffic Control |
| ATCO | Air Taxi/Commercial Operators |
| CAB | Civil Aeronautics Board |
| CG | Center of Gravity |
| CO | Contracting Officer |
| CFR | Code of Federal Regulations |
| COR | Contracting Officer's Representative |
| COTR | Contracting Officer's Technical Representative |
| CWN | Call-when-Needed (Contract) |
| DOI | Department of the Interior |
| DOT | Department of Transportation |
| ELT | Emergency Locator Transmitter |
| EPA | Environmental Protection Agency |
| ETA | Estimated Time of Arrival |
| FAA | Federal Aviation Administration |
| FAR | Federal Acquisition Regulations |
| FPMR | Federal Property Management Regulations |
| GPM | Gallons-Per-Minute |
| FSS | Flight Service Station |
| HIP | Helicopter Inspector Pilot |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| IATB | Interagency Airtanker Board |
| HOS | Helicopter Operations Specialist |
| ICAO | International Civil Aviation Organization |
| IFR | Instrument Flight Rules |
| IMC | Instrument Meteorological Conditions |
| M&IE | Meals and Incidental Expenses |
| MSL | Mean Sea Level |
| NTSB | National Transportation Safety Board |
| NOTAM | Notice to Airmen |
| PA | Public Address System |
| PASP | Project Aviation Safety Plan |
| PIC | Pilot-in-Command |
| PTT | Push-To-Talk |
| RAO | Regional Aviation Officer |
| RASM | Regional Aviation Safety Manager |
| RON | Remain-Over-Night |
| SIC | Second-in-Command/Co-Pilot |
| STC | Supplemental Type Certificate |
| TBO | Time Between Overhaul |
| TCAS | Traffic Collision Avoidance System |
| USDA-FS | United States Department of Agriculture-Forest Service |
| VFR | Visual Flight Rules |
| VNE | Velocity Never Exceed |
| VSWR | Voltage Standing Wave Ratio |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 1**
**FIRST AID KIT AERONAUTICAL**

Each kit shall be in a dust-proof and moisture-proof container. The kit shall be on board the aircraft and accessible to the occupants. The contents shall include the following minimum items:

| Item Description | Passenger Seats (0 – 9) | Passenger Seats (10 – 50) |
|---|---|---|
| Adhesive bandage strips (3 inches long) | 8 | 16 |
| Antiseptic or alcohol wipes (packets) | 10 | 20 |
| Bandage compresses, (4-inch) | 2 | 4 |
| Triangular bandage compresses, 40 inch (sling) | 2 | 4 |
| Roller bandage, 4 inch x 5 yards (gauze) | 2 | 4 |
| Adhesive tape, 1 inch x 5 yards (standard roll) | 1 | 2 |
| Bandage scissors | 1 | 1 |
| Body Fluids Barrier Kit: | 1 | 1 |
| ▪ 2-pair of latex gloves | | |
| ▪ 1-face shield | | |
| ▪ 1-mouth-to-mouth barrier | | |
| ▪ 1-protective gown | | |
| ▪ 2-antiseptic towelettes | | |
| ▪ 1-biohazard disposal bag | | |
| | | |

Note:

Splints are recommended if space permits.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 2**
**SURVIVAL KIT AERONAUTICAL (LOWER 48)**

The contents shall include the following minimum items:

| Item | Item |
|---|---|
| Knife | Signal Mirror |
| Signal Flares (6-each) | Matches (2-small boxes in waterproof containers) |
| Food (2-days emergency rations per occupant) | Water (1-quart per occupant) (not required when operating over areas with adequate drinking water) |
| Space Blanket (1-per occupant) | Candles |
| Collapsible Water Bag | Whistle |
| Magnesium Fire Starter | Nylon Rope or Parachute Cord (50-feet) |
| Water Purification Tablets | |

Suggested Survival Kit Items Dependent Upon Terrain and Climate:

| Item | Item |
|---|---|
| Container w/carrying Handle or Straps | Individual First Aid Kit |
| Large Plastic Bags | Signal Panels |
| Flashlight with Spare Batteries | Hand Saw or Wire Saw |
| Collapsible Shovel | Sleeping Bag (1-per two occupants) |
| Survival Manual (Arctic/Desert) | Snowshoes |
| Insect Repellant | Axe or Hatchet |
| Insect Headnet (1-per occupant) | Gill Net/Assorted Fishing Tackle |
| Personal ELT | Sunscreen |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 3
## ALASKA SUPPLEMENT

The following provisions shall apply when operating in Alaska. All other provisions not expressly changed herein continue to apply.

NOTE: Contractors from the lower 48 dispatched to Alaska need to have insurance coverage for Alaska, in addition to having Operations Specifications that permit Alaska operations.

(1) SECTION C, **General Equipment**

Additional Equipment:

One set of approved Tundra Boards or Snow Pads with accompanying FAA certification.

Complete set of current aeronautical charts and navigation publications covering areas of operation within Alaska and Canada.

Survival kit:

All aircraft will carry survival equipment. Survival kits will contain at least the following items and additional items required by local regulation as is appropriate for local climate and terrain conditions.

The minimum equipment to be carried during the summer months:

| **Item** | **Item** |
|---|---|
| Ax or hatchet (1), and Knife (1) | Water Purification Tablets |
| Magnesium Fire Starter | Mosquito repellant containing DEET |
| Whistle | Mosquito headnet for each occupant (1) |
| Signal Mirror | Candles (5 each) |
| Signal Flares (6-each) | Space Blanket (1 per occupant) |
| Matches (2-small boxes in waterproof containers) | Nylon Rope or Parachute Cord (50-feet) |
| Food (Each occupant sufficient to sustain life for 1-week) | An assortment of fishing tackle such as hooks, flies, lines, sinkers, etc. |
| Personal Locator Beacon (PLB) (Note: required only if Aircraft ELT requires tools to be removed) | |

In addition to the above, the following shall be carried as minimum equipment from October 15 to April 1 of each year:

| **Item** | **Item** |
|---|---|
| Pair of Snowshoes (1) | Sleeping bag per two occupants (1) |
| Wool blanket or equivalent for each occupant over 4-years of age (1) | |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

FUEL SERVICING VEHICLE SPECIFICATIONS -

A fuel servicing vehicle and driver are not required.

The Government will furnish, transport, and store all aircraft fuel required at no expense to the Contractor.

Grades of Government-furnished fuel vary from location to location, and the Contractor shall use the grade available.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 3**
**ALASKA SUPPLEMENT (Cont)**

The appropriate type of fuel (Avgas or Jet fuel), in one of the following grades, will be available at each location:

| AVGAS | JET FUEL |
|---|---|
| 100 | Jet A |
| 100LL | Jet A-50 |
| | Jet B |
| | Jet-4 or JP-5 or JP-8 |

All lubricating oil, parts, and supplies shall be furnished and transported by the Contractor to the Assigned Work Location.

The Contractor shall furnish for each aircraft a portable hand or electrically-operated fuel pump, barrel stem, hoses, and filtration system for refueling in remote areas.

The filtration system shall include a unit which accomplishes water separation with positive shut-off. The size of the filtration system unit shall be compatible with pump size. One acceptable three-stage unit is FACET part number 050971. If this model FACET is used, the third stage monitor should be a Velcon part number CDF-210K which is rated to 10 GPM. Also acceptable are Velcon filter spin on 5 micron cartridges, part number 40505SP, rated to 13 GPM; or Velcon VF-31 with 1 micron cartridge element, part number ACO-21005B, rated to 15 GPM. All filtering components shall be changed annually or sooner if needed, and the date of the change shall be placarded on the canister.

Two complete spare filter changes shall be furnished by the Contractor.

AVAILABILITY OF MECHANICS –

The mechanic shall be present for all operations in Alaska. The mechanic shall accompany the helicopter to any assigned work location. The cost of the mechanic shall be included in the Daily Availability Rate.

(2) SECTION C **Payment for Availability**

Operations in Alaska will be scheduled by the Government in accordance with flight time/duty time limitations. The schedule will not exceed:

SINGLE CREW: Maximum 14 hour per day PIC, or PIC and SIC.

DOUBLE CREW: Maximum 24 hours per day.

Measurement of availability will be reduced, as specified below, for each hour or portion thereof service is listed as unavailable to the Government.

SINGLE CREW: 1/56 per quarter hour NTE 56/56 per day.

DOUBLE CREW: 1/96 per quarter hour NTE 96/96 per day.

Availability, as measured above, will be paid at the applicable rate appearing in the Schedule of Items.

(3) SECTION C, Transporting of Relief Crew

If ordered by the Government, the Contractor shall be reimbursed for the cost incurred in delivering personnel to the reporting base NOT TO EXCEED the round trip coach fare from Seattle-Tacoma International Airport. The ordering of additional personnel shall be annotated, (including date and time ordered) on the Flight Use Report and signed by the Government Representative placing the order. The Contractor agrees to deliver additional crew to the designated base within 48 hours after notification. Reimbursement shall be supported by paid receipts and the passenger coupon or legible certified true copies.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 3**
**ALASKA SUPPLEMENT (Cont)**

(4) AIRCRAFT FUEL. The cost of fuel furnished by the Contractor in lieu of Government Furnished fuel while operating in Alaska will be reimbursed to the Contractor as provided below:

GENERAL. The Contractor shall not charge any fuel acquired under this contract directly to the Government. All fuel not otherwise furnished by the Government must be paid by or charged to the Contractor. The purchase must be approved by the Contracting Officer. Fuel related costs shall be recorded as a line entry (i.e., date, fuel charge, dollar amount, and use-item code fuel charge [FC]), shall be summarized under "Other Charges/Credits" on the Aircraft Use Report (OAS-23), or Flight Use Report 6500-122, and shall be supported by paid legible, itemized invoices from the supplier. Certified true copies may be submitted in lieu of the original invoice.

Government furnished fuel used by the Contractor for maintenance flights, repositioning aircraft, crew transportation, or any other flight for the convenience of the Contractor, will be deducted from amounts due the Contractor at the rate specified in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart.

The flight rate will be reduced to reflect a dry rate by multiplying the fuel consumption for make and model of aircraft by current jet fuel price in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart. Mobilization and demobilization will be at the wet rate. The dry rate will be effective upon the first Government-Furnished-Fueling.

FERRY FLIGHTS THROUGH CANADA. Flights through Canada will be paid at the wet rate.

(5) SECTION C, Payment for Transportation of Helicopter Fuel

Not applicable in Alaska.

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 4
## RESTRAINT SYSTEMS CONDITION INSPECTION GUIDELINES

A. Federal Aviation Regulations require that occupant restraints systems are to be replaced in aircraft manufactured after July 1, 1951; such systems shall conform to standards established by the FAA. These standards are contained in Technical Standard Order TSO-C22. Restraint system eligible for installation in aircraft may be identified by the marking TSO-C22, TSO-C114 on the webbing, or by a military designation number since military systems comply with the strength requirements of the TSO. Aircraft manufacturer installed restraint systems with part numbers are acceptable. Each system shall be equipped with an approved metal-to-metal latching device.

B. Federal Aviation Regulations provide minimum inspection guidance, other than to state, that mildew and fraying may render the restraint system un-airworthy and that suspected webbing should be tested for tensile strength. The tensile strength requirement for a single person system is 525 pounds (most systems are rated at 1,500 pounds).

C. Unacceptable Condition Criteria:

| Webbing | Hardware | Stitching | TSO Tags |
|---|---|---|---|
| Frayed (5%) | Inoperable | Broken | Missing |
| Torn | Damaged | Excessive Wear | Illegible |
| Crushed | Corroded | Missing | |
| Swollen | Excessive Wear | | |
| Creased | | | |
| Deteriorated | | | |

D. References:

14 CFR Part 91.205
14 CFR Part 21.607
AC 21-34
TSO-C22
TSO-C114

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

EXHIBIT 5
ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT

A. Fixed Suppressant/Retardant Delivery Tank

One (1) externally mounted, baffled, quick-disconnect (45-minutes) fixed suppressant/retardant delivery tank that meets or exceeds the following specification:

Capacity commensurate with the maximum related lifting capability of the helicopter equipped with the tank at sea level on a standard day. Further, the weight of the tank shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity. The drafting system will not exceed 3.5% of the weight of the water in the tank when it is filled to full capacity.

1. Door(s)

The Tank door(s) shall be designed such that:

a. The frontal area of the retardant column is minimized.

b. The door(s) does not appreciably deflect the retardant when fully opened.

c. The tank and doors shall be leak proof, i.e. ½ gallon or less in a 24-hour period

d. The doors shall be closeable in flight if the aircraft is not capable of landing with the door(s) open without damaging the door(s).

2. Venting

a. The tank shall be vented so that no more than 0.25 PSI negative pressure will be created in the tank head space during the fastest drop sequence.

b. The vent shall not leak during filling or normal flight maneuvers.

3. Fill Port(s)

a. The fill port shall be a 3-inch Kamlock ® fitting (male) and shall be located on the right and left side of the aircraft.

b. The fill port shall not leak or overflow during ground operations or during normal flight maneuvers.

c. The tank shall accept filling at a rate sufficient to allow the tank to be filled to capacity in no more than 1-minute.

4. Controls

a. The door open switch shall be the same switch that opens the water bucket.

b. When required, the tank close switch shall be the same switch that closes the water bucket.

c. All tanks shall be equipped with an independently controlled and operated emergency dump system enabling the entire load to be dropped in less than 6-seconds. This system shall use mechanical, pneumatic, or fluid pressure for operation.

d. Emergency systems operated by pneumatic or fluid pressure shall be isolated from the normal tank system pressure. Normal function or failure of the normal system shall not affect the emergency system pressure. Emergency systems dependent on normal operating aircraft or tank systems for initial charge shall have a pressure gauge or indicator readily visible to the crew. Emergency systems dependent on precharged bottles shall have a positive means of checking system charge during preflight.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)**

e. The primary emergency dump control shall be positioned within easy reach of the pilot and copilot while strapped in their respective seats. Electrically operated controls shall be wired direct to a source of power isolated from the normal aircraft electrical bus and protected by a fuse or circuit breaker of adequate capacity.

5. Certifications

a. The aircraft will be certificated in the normal or transport category except when restricted operations are authorized by the CO.

b. Weight and balance computations shall be made with the tank full, empty, and removed, showing the helicopter to remain within acceptable center of gravity limits at all times.

**B. Fixed Suppressant/Retardant Tank with Self-Filling Capability**

1. A Fixed Retardant Delivery Tank with self-contained hover drafting system. As a minimum, each system shall meet the following requirements:

a. Fill time (60-seconds)

b. Built to Aviation Industry Standards

2. Shall not adversely effect any aircraft system

3. Capacity commensurate with the maximum rated lifting capability of the helicopter equipped with the tank and drafting system at sea level on a standard day. Further, the weight of the tank and drafting system shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity.

4. Each system will be approved by the CO prior to use. A copy of approval criteria is available from the CO.

**C. Suppressant/Retardant Mixing Equipment**

1. Installation

The unit shall be designed for ease of installation and loading and shall not require any modifications to the helicopter. Modifications are defined as any change to the integrity of the structural components of the helicopter airframe, such as drilling holes in tubing or distorting the metal.

2. Containment

Any unit mounted inside the helicopter (other than those that have STC's or 337's) shall have a containment vessel around the pumping and concentrate storage supply. The containment vessel shall be able to hold 125% of the concentrate supply. The discharge hose and fittings shall be able to withstand 150 PSI or two times the rated maximum pressure output of the pump, whichever is greater. The discharge hose that is inside the cabin shall have a containment sleeve of clear hose to check for leaks.

3. Restraint

The foam pumping unit containment vessel and concentrates shall be affixed to the helicopter in a means to prevent injury to any occupants. The design shall meet the maximum inertia forces specified in 14 CFR Part 23.561(b)(2).

4. Hose Routing

The hose used to carry the concentrate shall be routed out the side of the helicopter away from the pilot. Hoses will be routed in a manner that will not interfere with flight controls.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)**

5. Breakaway Fittings

Any hose shall have a disconnect that will pull away from the hose when the bucket is released. The disconnect shall be close to the helicopter to keep the hose from beating against the helicopter. The disconnect shall hold the pressure of the line and be able to activate at 1/3 of the bucket empty weight.

6. Compatibility of Materials

The materials used in construction of any foam dispensing unit shall be compatible with all foams. Materials shall be resistant to corrosion, erosion, etching, or softening. To evaluate the materials, submerge in foam concentrate for 96 hours then in a 1½% solution for 96-hours. Material samples shall be measured, weighed and visually examined to insure that deterioration of the materials and the assembly does not occur with operational use. Unacceptable conditions may be, but are not limited to cracking, crazing, softening, joint separation, bulging, diminished wall thickness, glue or mastic breakdown, or defective fasteners, gaskets or fittings.

7. Foam Quantity

Unit is to be of the optimum size compatible with the make and model helicopter. However, the unit shall carry a minimum of 5 (five) gallons of concentrate for each 100 gallons of bucket capacity. Downloading may be accomplished when desirable during operations.

8. Power

Power source for the dispenser shall be obtained from the helicopter by installing a MS 3116F-12-3P, 3 pin connector on the cord to the unit pin A shall be +28 VDC and pin B for ground (this is the same plug used for the infrared imaging system). Electrical power required to operate the concentrate pump shall not be in excess of that normally available from the plug used as the source of power.

9. Vibration

The unit shall not cause undue vibration in the helicopter during operation or in flight. The unit shall be padded to keep from causing any single stress points on any parts not designed for such.

10. Operation

The pilot shall be able to operate the unit with a minimal level of attention. The system shall be automated to the point where the pilot has one control to operate. Once the control is set for flow rate there should be no further adjustment necessary to the unit.

11. Flow Rate

The system shall be capable of dispensing a variable amount of concentrate, in flight, to achieve a mixture ratio ranging from 0.1 to 1.0% by volume in 0.1% increments.

12. Concentrate Loading

Loading using 5-gallon containers is preferred. Bulk loading shall be performed so such loading will avoid any spillage on the helicopter or come in contact with the helicopter. Servicing shall be accomplished during normal refueling time for the helicopter and take no longer than the refueling operation. Loading operations are to be performed by Contractor personnel.

13. Approved Foam Products can be found at:: Wildland Fire Chemical Systems (WFCS) www.fs.fed.us/rm/fire

   a. When transporting retardant or equipment containing retardant residue, Contractor shall take precautions to prevent retardant from coming in contact with the aircraft structure.

   b. Offered equipment will be approved by the CO prior to any use under the Contract.

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

EXHIBIT 5
ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

**D. Additional equipment offered shall meet the following requirements:**

1. Power source for a Helitorch or remote cargo hook. (as applicable)

   a. An MS 3101A-24-11S, 9-pin connector shall be provided. Pin D shall be airframe ground. Pin E shall be switched 28VDC, protected by a 50 amp circuit breaker that can be manually opened and reset. The water bucket open switch shall also activate this circuit.

   b. The connector shall be mounted adjacent to the cargo hook (within 12 inches). A wire rope lanyard or other similar device shall be provided for support of the connector so that tension loads will not be placed on the electrical wiring.

   c. This connector has multiple circuit capacity sufficient to provide power and control for Contractor-furnished equipment such as the required water bucket. Water buckets shall be wired through this connector.

   Note:

   9-pin wiring diagram for suppressant/retardant buckets (See: www.fs.fed.us/fire/niicd/documents.html )

2. Remote Cargo Hook

   a. As a minimum, the remote cargo hook shall be completely disassembled and inspected with repairs made as required; lubricated and perform a full-load operational check every 24 calendar months.

   b. All work shall be done in accordance with manufacturer's maintenance manuals, as applicable.

3. Long-lines (as applicable)

   a. Rotation resistant wire rope

      (1) Rotation resistant wire rope with swagged fittings rated in accordance with ANSI Standards

      (2) Fabrication and installation methods shall be in accordance with aircraft and ANSI Standards.

   b. Synthetic Long Line

      (1) Helicopter synthetic long-lines shall be constructed from the HMWPE (High Molecular Weight Polyethylene Equipment) or HMPE (High Molecular Polyethylene Equipment) family of rope fibers including brand names such as Spectra® by Allied Signal or fibers with similar properties.

      (2) Rope Diameter. Minimum rope diameter shall be ½-inch

      (3) Working or Rated Load

         A. The working or rated load of a rope is the maximum static load that will be lifted by the rope. Working loads are based on a percentage of the approximate breaking or ultimate strength of the rope when new and unused. The working load shall be appropriate to the lifting capability of the helicopter.

         B. For reference, lifting capability for each category of helicopter is as follows:

| | |
|---|---|
| Type I | 8000 to 30,000 lbs or greater |
| Type II | 1600 lbs to 4500 lbs |
| Type III | 750 lbs to 1600 lbs |

      (4) Factor of Safety

      A factor of safety of 7 shall be used for helicopter synthetic long-lines. Therefore, all ropes shall have an ultimate strength of seven times the rated or working load. For example, if a Type II helicopter line will have

a working load of 4,500 pounds, the rope shall have a strength, when new, of at least 31,500 pounds. Rope diameters will vary depending on strength and type of rope.

(5) Knots and Splices

Knots are not permitted in the synthetic long-line. Knots can decrease rope strength by as much as 50%. Splices may be used in the assembly of the long-line, but no mid-line splicing repairs may be done. Re-splicing at the end of the line is permitted only if the rope is in good condition, and the new splice is done per manufacturer's recommended splicing practices. Splices should always follow the manufacturer's recommended splicing practices.

(6) Maintenance and Inspections

Manufacturer's recommended maintenance and inspection procedures shall be complied with.

4. Wire Cutters (if installed)

Wire cutting devices to provide catastrophic failure protection from striking horizontal wires and cables. At least 85 percent of the frontal area of the helicopter shall be protected.

RFP 49-05-08

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

### EXHIBIT 6
### HIGH VISIBILITY MARKINGS ON MAIN ROTOR BLADES

**Acceptable Paint Schemes**

A. Starting at blade tip, paint first 1/6th of blade length with gloss white. Paint second 1/6th of blade length with orange. Paint third 1/6th of blade length with gloss white. Paint next 1/3rd of blade length with orange. Paint remaining 1/6th of blade length with gloss white.

**Hub**

| White | Orange | White | | Orange | | White | White | | Orange | | White | Orange | White |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6 | 1/6 | 1/6 | | 1/3 | | 1/6 | 1/6 | | 1/3 | | 1/6 | 1/6 | 1/6 |

B. One black and one white blade.

C. Paint schemes previously approved under Interagency Fire and Aviation Contract.

D. Paint schemes and color variations specified by manufacturer in a service bulletin, instructions, or other manufacturer published document or text.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 7**
**ADDITIONAL AVIONICS EQUIPMENT**

A. GPS Data Connector

One GPS Data Port Connector. A GPS data port connector shall be installed for the purpose of external data retrieval by a GIS laptop computer. The connector shall be a DB-9F type D sub-connector, shall be wired for RS-232C serial format for laptop computers (pin 2-transmit data, pin 3-receive data if applicable, and pin 5-ground) and shall be mounted in a location convenient to the observer.

B. Additional GPS Antenna

The Contractor shall allow the Government to utilize a portable GPS in the helicopter. In order to facilitate this, the Contractor shall provide a low-profile GPS aviation antenna (Freeflight Systems pert number 16248-20 (telephone number (254)662-0000) or equivalent) mounted atop the helicopter per the manufacturers installation manual, with associated cable and type "N" female connector, terminated within the aircraft in a location convenient to the observer.

C. Fuel Service Vehicle Radio

1. A VHF-FM two-way mobile radio, with a matched broadband antenna (Antenna Specialists ASPR7490, Maxrad MWB5803, or equivalent), shall be installed in the fuel-servicing vehicle. The radio's operational bandwidth shall include the 150 MHz to 174 MHz frequency band, with user-programmable channels. Selection of either wideband (25.0 kHz) or narrowband (12.5 kHz) channel spacing is required on each channel. The radio shall be frequency-synthesized, equipped with a CTCSS sub-audible tone encoder having a minimum of 32 selectable tones meeting the current TIA/EIA-603A standard, and develop a minimum of 30 watts carrier output power.

2. The use of appropriate portable VHF-FM radios (Relm BK EPH/GPH/DPH series; Motorola XTS3000 & XTS5000; Thales Racal 25; EF Johnson 5100; and Datron Guardian 25, or equivalent) with suitable output power booster units is permissible.

3. Transceivers shall be set to operate in the narrowband mode unless local requirements dictate otherwise. All radios must have the ability to be programmed in the field by the operator without the aid of a computer or radio shop.

4. The following mobile radios are known to meet the above requirements:

| | |
|---|---|
| BK Radio | EMH or GMH ("Smartmic" option required) |
| ICOM | IC-F320* |
| Kenwood | TK-760H* |
| Relm | APCO 25* |

Note: *Dealer modification required for programmability.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS**

A. General

1. An approved fuel servicing vehicle (FSV) (truck, pump-house, or trailer) shall be provided with each helicopter. The FSV shall be inspected annually and shall be stationed at the Assigned Work Location unless dispatched by the Contracting Officer. Vehicle shall display a current USDA-FS or USDI-OAS inspection sticker.

2. The fuel-servicing vehicle shall be capable of transporting fuel over rough mountainous terrain to include grades of up to 9%.

3. Fuel tank/chassis combinations which are not compatible and/or that exceed the gross vehicle weight rating (GVWR) when tank(s) are full are not permitted.

4. Fuel servicing vehicles shall be properly maintained, cleaned, and reliable. Tanks, plumbing, filters, and other required equipment shall be free of leaks, rust, scale, dirt, and other contaminants. Trailers used for storage and transport of fuel shall have an effective wheel braking system.

5. Spare filters, seals, and other components of the fuel-servicing vehicle filtering system shall be stored in a clean, dry area in the fuel service vehicle. A minimum of one set is required to be with the vehicle.

6. The fuel servicing vehicle tank capacity shall be sufficient to sustain 8-hours of flight (14-hours of flight when the aircraft is doubled crewed and required in the Schedule of Items). Barrels are not acceptable. The fuel servicing vehicle manufacturers' gross vehicle weight (GVW), with a full fuel tank, shall not be exceeded.

7. All tanks will be securely fastened to the vehicle frame in accordance with DOT regulations and shall have a sump or sediment settling area of adequate capacity to provide uncontaminated fuel to the filter.

8. A 10-gallon per minute filter and pump is the minimum size acceptable. Filter and pump systems sizes shall be compatible with the helicopter being serviced.

9. The filter manufacturer's Operating, Installation and Service Manual shall be with the fuel-servicing vehicle. Filters shall be changed in accordance with the filter manufacturer's manual, at a minimum of every 12-months, whichever is less, and documented. The filter vessel shall be placarded indicating filter change date and documented in service vehicle log.

10. Gasoline engine driven pumps shall be designed to pump fuel, have shielded ignition system, Forest Service approved spark arrestor muffler, and a metal shield between the engine and pump. Other exposed terminal connections shall be insulated to prevent sparking in the event of contact with conductive material.

B. Equipment

1. Each aircraft fuel servicing tank vehicle shall have two fire extinguishers, each having a rating of at least 20-B:C with one extinguisher mounted on each side of the vehicle. Extinguishers shall comply with NFPA 10 Standards for Portable Fire Extinguishers.

2. Fuel tanks shall be designed to allow contaminants to be removed from the sediment settling area.

3. Only hoses compatible with aviation fuel shall be used for servicing. Hoses shall be kept in good repair. The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

4. Fuel nozzle shall include a 100-mesh or finer screen, a dust protective device, and a bonding cable with clip or plug. Except for closed circuit systems, no hold-open devices will be permitted.

5. An accurate fuel-metering device for registering quantities in U.S. gallons of fuel pumped shall be provided. The meter shall be positioned in full view of the fuel handler while fueling the helicopter.

6. Fuel servicing vehicle shall have adequate bonding cables.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

7. Fuel servicing vehicle shall comply with DOT and EPA requirements for transportation and storage of fuel, and shall carry sufficient petroleum product absorbent pads or materials to absorb or contain up to a 5-gallon petroleum product spill. The Contractor is responsible for proper disposal of all products used in the cleanup of a spill in accordance with the EPA, 40 CFR 261 and 262.

8. Operator shall provide locking devices for all filler ports on all fuel storage tanks.

C. Markings

1. Each fuel-servicing vehicle shall have "NO SMOKING" signs with 3-inch minimum letters visible from both sides and rear of vehicle.

2. Each vehicle shall also be conspicuously and legibly marked to indicate the nature of the fuel. The marking shall be on each side and the rear in letters at least 3 inches high on a background of sharply contrasting color such as Avgas by grade or jet fuel by type. Example: Jet-A white on black background.

3. All fuel servicing vehicles shall be placarded in accordance with 49 CFR 172.

D. Filtering System (Three-Stage or Single-Stage is acceptable)

1. The first and third stage elements of a three-stage system and the elements of a single-stage system shall be new and installed by the Contractor during the annual inspection and witnessed by the Government Inspector, upon request.

2. The separator element (Teflon screen) of the three-stage system shall be inspected and tested as prescribed by the manufacturer during the inspection. The filter assembly shall be placarded with that data.

3. If equipped with a drain, the bottom of the filter assembly shall be mounted to allow for draining and pressure flushing into a container. If the unit is drained overboard, the fuel shall not come in contact with the exhaust system or the vehicle's wheels. If the unit is equipped with a water sight gauge, the balls shall be visible.

4. Three-Stage (filter, water separator, monitor) System:

   Fueling systems shall utilize a three-stage system such as a Facet Part Number 050970-M2 for 20 gallon-per-minute (gpm) pump, or equal. A Facet Part Number 050971-M2 for a 10 gallon-per-minute pump, or equal. An acceptable third-stage (monitor) unit is Velcon CDF-220 Series for 20-gpm flow or Velcon CDF-210E for 10 gpm systems.

5. Single-Stage System or Three-in-One Filter Canister:

   Fueling systems shall utilize a single element system such as a Velcon filter canister with Aquacon cartridge of a size compatible with pumps flow rate.

6. Differential pressure gauge(s) shall be installed and readable. Example: Velcon VF-61 canister with an ACO-51201C cartridge.

E. Fuel Servicing

1. General

   a. The Contractor shall supply all aircraft fuel unless the Government exercises the option of providing fuel. All fuel provided by the Contractor will be commercial grade aviation fuel. Only fuels meeting the specifications of American Society for Testing and Materials (ASTM) D-1655 (Type Jet A, A-1 or B), MIL T-5624 (Grade JP-4 or JP-5) for turbine engine powered aircraft are authorized for use.

   b. Fueling operations, including storage and handling, shall comply with the airframe and engine manufacturer's recommendations and all applicable FAA standards. NFPA Standard No. 407, Aircraft Fuel Servicing, shall be followed except that no passengers may be on board during fueling operations. Additionally, if storage facilities contain more than 1,320-gallons in total or any one single container contains more than 660-gallons, then the regulations of the EPA shall apply. (See 40, CRF 112).

   c. Fuel shall pass through a filtering system in accordance with the filter manufacturer's recommendations

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

2. Rapid Refueling

a. There are two approved methods (CCR and Open Port) for fueling helicopters with engine(s) running.

(1) Closed Circuit Refueling (CCR). This method of refueling uses a CCR system designed to prevent spills, minimized fuel contamination, and prevent escape of flammable fuel vapors.

(2) Open Port. This method of refueling allows flammable fuel vapors to escape.

b. Rapid refueling of helicopters is permitted if requested by the Government, and the Contractor follows NFPA 407 procedures, and the contractor has an approved rapid refueling procedure. For 14 CFR Part 133 and 137 operators a copy of company rapid refueling procedures must be submitted prior to rapid refueling. Rapid refueling authorization shall be annotated on the aircraft approval card. Additionally, the Contractor shall meet the following requirements:

(1) A pilot shall be seated at the controls of the aircraft during refueling operations.

(2) The aircraft shall be shut down after every 4-hours of continuous operation.

(3) Personnel providing onsite fire protection are briefed on the Contractor's rapid refueling procedures.

(4) Government personnel shall not refuel Contract aircraft unless the pilot requests Government assistance due to an emergency situation; or when the Government provides the fuel servicing system and dispensing personnel.

(5) The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

(6) A Closed Circuit refueling adapter shall be provided to allow fueling of aircraft with standard fueling ports.

F. Fuel Quality Control Procedures

Compliance with fuel quality control requirements is the responsibility of the contractor. NFPA 407 shall be followed for Aircraft Fuel Servicing.

1. Daily

a. Check for and remove any water from fuel tanks. A water check will be performed each morning before the vehicle is moved, after every reloading of fuel, washing of equipment, and after a heavy rain or snowstorm.

b. Drain all filter/separator drain valves and check for water and other contaminants. Draw off any accumulation of water.

c. Draw off a sample from the fuel nozzle. Sample shall be collected in a clean, clear glass jar and examined visually. Any visual water, dirt, or filter fibers are not acceptable.

2. During Helicopter Fueling Process

a. Check sight gauge for water, if equipped

b. Visually inspect fueler for leaks. Repair as necessary

3. Weekly

a. With pump operating, pressure flush filter assembly. Continue flush operation until sample is clear, clean, and bright.

b. Time flow rate with full open flow from nozzle. Record gallons-per-minute to nearest 1/10 gallon.

c. Check condition of covers, gaskets, and vents.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

d. Inspect all fire extinguishers for broken seals, proper pressure, and recharge date. Recharge as necessary.

e. Inspect hoses for abrasions, separations, or soft spots. Weak hoses will be replaced.

4. Record Keeping. The fuel handler shall keep a daily record containing the following information: (as a minimum)

a. Condition (clean, clear, bright, etc.) of fuel sample at:

1. Nozzle Sample

2. Filter Sump Sample

3. Tank Sump Sample

b. Flow rate in gallons per minute to the nearest 1/10 gallon

c. Filter change (reason & date)

d. Record of source, location, when and quantity of fuel loaded into servicing vehicle

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 9
## PILOT OPERATIONS BRIEFING CERTIFICATE

It is important for Contract pilots to be familiar with the Contract specifications and applicable Code of Federal Regulations. Pilot operation briefings will emphasize the following areas:

1. Aircraft Maintenance
2. Aircraft and Equipment Security
3. Operations
4. Conduct and Replacement of Personnel
5. Suspension and Revocation of Personnel
6. Substitution or Replacement of Personnel, Aircraft, and Equipment
7. Flight Hour and Duty Limitations
8. Accident Prevention and Safety
9. Mishaps
10. Personal Protective Equipment
11. Payments
12. Interagency Helicopter Load Calculation
13. Performance Report

***** CERTIFICATION STATEMENT *****

Name of Company: ______________________________________________

I certify that I have reviewed the Contract and shall comply with the pilot, aircraft, and operational specifications contained wherein.

______________________________________________ ______________
Director of Operations or Chief Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

______________________________________________ ______________
Pilot Signature Date

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

### EXHIBIT 10
### INTERAGENCY GUIDELINES FOR VERTICAL REFERENCE/EXTERNAL LOAD TRAINING STANDARDS

A. Interagency helicopter standards require that Contractors develop a Vertical Reference/External Load training syllabus and that Contract pilots receive this training before applying for agency Special Use approval. The applicant shall have a minimum of 10-hours Vertical Reference/External Load flight training during initial qualification, and a minimum of 2-hours annual recurrent training prior to use under the Contract. The Contract pilot shall have a current proficiency endorsement from the company's chief pilot in order to qualify for a flight evaluation by an Interagency HIP.

B. The pilot shall be able to demonstrate proficiency with either 100 to 150-feet length lines, and:

C. Exhibit knowledge by explaining the elements of external load operations.

D. Perform a thorough preflight briefing of ground personnel to include hookup procedures, signals, pilot, and ground personnel actions in the event of an emergency or hook malfunction.

E. Visually determine that the cargo hook(s) and cables are installed properly and that electrical and manual releases are functioning properly.

F. Ascend vertically using vertical reference techniques while centered over the load until the load clears the ground, then maintain a stable hover with a load 10-feet (+ - 5-feet) above the ground for 30-seconds.

G. Control the hook movement and stop load oscillations while in a hover.

H. Maintain positive control of the load throughout the flight while maintaining specified altitude within 50-feet, airspeed within 10-knots and heading within 10°.

I. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover with the load 10 feet above the ground (+ -5-feet) for 30-seconds. The load will then be placed within a 10- foot radius of the specified release/touchdown point.

J. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover within a confined area with the load 10-feet above the ground (+ - 5-feet) for 30-seconds. The load will then be placed within a 10-feet radius of the specified release/touchdown point.

I certify that ________________________________________ meets the currency and performance requirements of our

Company's Vertical Reference/External Load Training Manual and recommend this pilot for a flight evaluation.

______________________________________________ ______________

Chief Pilot Signature Date

______________________________________________

Company

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 11
## HELICOPTER MAKE/MODEL/SERIES LIST

Grouping of like makes and models of aircraft allows determination of pilot authority. Differences training shall be completed for each of the makes/models in a grouping. Make/model qualification and currency are met with time flown in any aircraft in grouping.

When make/model/series currency is specified in the procurement document, only that specific make/model/series may be used to determine currency.

| Make | Model |
|---|---|
| Agusta | A-119 |
| Bell | 47 Series (All Recips) |
| Bell | 47Series (Soloy) |
| Bell | 206A, 206B, 206B3 |
| Bell | 206L, 206L1, 206L3, 206L4 |
| Bell | 407 |
| Bell | 204, 205, UH-1, All Series |
| Bell | 212, 412 |
| Bell | 214 |
| | |
| Boeing | BV-107, BK-107 |
| Boeing | BV-234, CH-47 |
| Boeing | 369 (500) Series |
| Boeing | MD-600N |
| Boeing | MD-900, 902 |
| | |
| Enstrom | 28 Series |
| | |
| Eurocopter | SA-315, SA-316, SA-319 (Alouette/Lama) |
| Eurocopter | SA-318 |
| Eurocopter | AS 350 Series (Astar) |
| Eurocopter | AS-355 Series (Twin Star) |
| Eurocopter | SA-341 (Gazelle) |
| Eurocopter | SA-360 |
| Eurocopter | SA-365 (Dauphin) |
| Eurocopter | SA-330, AS-332 (Puma) |
| Eurocopter | MBB-105 Series |
| Eurocopter | BK-117 Series |
| Eurocopter | EC-135 |
| Eurocopter | EC-120 |
| | |
| Hiller | 12 Series (Recips) |
| Hiller | 12 Series (Soloy) |
| Hiller | FH-1100 |
| | |
| Hughes/Schweizer | 269 (300) Series (Recips) |
| Schwietzer | 330 |
| | |
| Sikorsky | S-55, H-19 (Recip), S-55T |
| Sikorsky | S-58, H-34 Series (Recip), S-58T Series |
| Sikorsky | S-62 |
| Sikorsky | S-61 Series, SH-3 |
| Sikorsky | S-64, CH-54 |
| Sikorsky | S-76 Series |
| Sikorsky | S-70, Uh-60 Series |