RFP 49-05-08

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 12
**HELICOPTER SERVICES HOURLY FLIGHT RATES, FUEL CONSUMPTION AND WEIGHT REDUCTION CHART**
**JANUARY 16, 2005 FUEL SURVEY** (Version 2 dated 01/21/2005)
FOR CONTRACTS AWARDED 2005 – 2007 (CWN/EXCLUSIVE USE)

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JAN 14, 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| *AGUSTA* | A-119 KOALA | 55 | $852.00 | 230 |
| *AEROSPATIALE* | SA-315B | 58 | $1,258.00 | 180 |
| | SA-316B | 58 | $1,255.00 | 170 |
| | SA-318C | 56 | $1,143.00 | 80 |
| | SA-319B | 55 | $1,162.00 | 150 |
| | SA-332L-1 | 160 | $3,284.00 | N/A |
| | SA-341G | 56 | $1,122.00 | 170 |
| | AS-330J | 179 | $3,165.00 | N/A |
| | AS-350B/350BA | 45 | $819.00 | 130 |
| | AS-350B-1 | 46 | $819.00 | 160 |
| | AS-350B-2 | 48 | $807.00 | 160 |
| | AS-350B-3 | 50 | $852.00 | 175 |
| | AS-350D | 38 | $800.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $989.00 | 140 |
| | AS-365N-1 | 87 | $1,591.00 | 275 |
| | EC-120 | 31 | $611.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,017.00 | 220 |
| *BELL:* | 47/SOLOY | 23 | $507.00 | 120 |
| | 204B (UH1 Series)) | 88 | $1,197.00 | 200 |
| | 204 Super B | 90 | $1,238.00 | 200 |
| | 205A-1 | 89 | $1,235.00 | 260 |
| | 205A++ | 90 | $1,268.00 | 260 |
| | UH-1B | 88 | $1,179.00 | N/A |
| | UH-1F | 85 | $1,215.00 | N/A |
| | TH-1L | 88 | $1,213.00 | N/A |
| | UH-1H | 89 | $1,213.00 | N/A |
| | 206B-II | 25 | $615.00 | 100 |
| | 206B-III | 27 | $629.00 | 130 |
| | 206L-1 | 32 | $743.00 | 150 |
| | 206L-3 | 38 | $778.00 | 180 |
| | 206L-4 | 38 | $765.00 | 180 |
| | 212 | 100 | $1,442.00 | 390 |
| | 214B | 160 | $1,887.00 | 380 |
| | 214ST | 133 | $2,392.00 | 420 |
| | 222A | 70 | $1,451.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,505.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,487.00 | NOT ESTABLISHED |
| | 407 | 45 | $866.00 | 155 |
| | 412 | 110 | $1,590.00 | 390 |
| | 412HP | 110 | $1,585.00 | 390 |
| *BOEING:* | BV-107 | 180 | $3,017.00 | N/A |
| | BV-234 | 405 | $5,343.00 | N/A |
| *HILLER:* | *SL-3/4 | 21 | $503.00 | 90 |
| | H-1100B | 22 | $640.00 | 130 |
| | UH-12/SOLO | 23 | $566.00 | 100 |
| *KAMEN:* | H43-F | 85 | $1,202.00 | N/A |
| | K-MAX | 85 | $1,364.00 | N/A |
| *MBB:* | BO105CBS | 55 | $977.00 | 180 |
| | BK-117 | 77 | $1,330.00 | 160 |
| *McDONNELL-DOUGLAS:* | 500C | 23 | $640.00 | 110 |
| | 500D/E | 28 | $647.00 | 120 |
| | 520N | 32 | $674.00 | 100 |
| | 530F | 34 | $732.00 | 120 |
| | 600N | 41 | $817.00 | 155 |
| | 900/902 | 69 | $1,064.00 | 210 |
| *SIKORSKY:* | S-55T | 47 | $903.00 | 170 |
| | S-58D/E | 83 | $1,342.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,694.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,694.00 | 460 |
| | CH 54/S 64 | 525 | $5,538.00 | N/A |
| | S-61N | 170 | $2,885.00 | N/A |
| | S-62A | 70 | $1,033.00 | 300 |
| | S-70 | 160 | $2,762.00 | N/A |
| | AVERAGE GALLON PRICE: | JET FUEL | $3.44 | |

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 13
## INTERAGENCY HELICOPTER LOAD CALCULATION

**Instructions**

A load calculation must be completed for all flights. A new calculation is required when operating conditions change (± 1000' in elevation or ± 5°C in temperature) or when the Helicopter Operating Weight changes (such as changes to the Equipped Weight, changes in flight crew weight or a change in fuel load).

All blocks must be completed. Pilot must complete all header information and Items 1-13. Helicopter Manager completes Items 14 & 15.

1. DEPARTURE – Name of departure location and current Pressure Altitude (PA, read altimeter when set to 29.92) and Outside Air Temperature (OAT, in Celsius) at departure location.

2. DESTINATION – Name of destination location and PA & OAT at destination. If destination conditions are unknown, use MSL elevation from a map and Standard Lapse Rate of 2° C/1000' to estimate OAT.

Check the box in Line 1 (Departure) <u>or</u> Line 2 (Destination) to indicate the most restrictive values used to obtain Computed Gross Weight in Line 7b.

3. HELICOPTER EQUIPPED WEIGHT – Equipped Weight equals the Empty Weight (as listed in the Weight and Balance Data) <u>plus</u> the weight of lubricants and onboard equipment required by contract (i.e. survival kit, rappel bracket).

4. FLIGHT CREW WEIGHT – Weight of the Pilot and any other assigned flight crewmembers on board (i.e. Co-pilot, flight engineer, navigator) plus the weight of their personal gear.

5. FUEL WEIGHT – Number of gallons onboard X the weight per gallon (Jet Fuel = 7.0 lbs/gal; AvGas = 6.0 lbs/gal).

6. OPERATING WEIGHT – Add items 3, 4 and 5.

7a. PERFORMANCE REFERENCES – List the specific Flight Manual supplement and hover performance charts used to derive Computed Gross Weight for Line 7b. Separate charts may be required to derive HIGE, HOGE and HOGE-J. HIGE: use Hover-In-Ground-Effect, External/Cargo Hook Chart (if available). HOGE & HOGE-J: use Hover-Out-Ground-Effect charts for all HOGE operations.

7b. COMPUTED GROSS WEIGHT - Compute gross weights for HIGE, HOGE and HOGE-J from appropriate Flight Manual hover performance charts using the Pressure Altitude (PA) and temperature (OAT) from the most restrictive location, either Departure or Destination. Check the box in Line 1 (Departure) <u>or</u> Line 2 (Destination) to indicate which values were used to obtain Computed Gross Weight.

8. WEIGHT REDUCTION – The Government Weight Reduction is required for all "non-jettisonable" loads. The Weight Reduction is optional (mutual agreement between Pilot and Helicopter Manager) when carrying jettisonable loads (HOGE-J) where the pilot has total jettison control. The appropriate Weight Reduction value, for make & model, can be found in the current helicopter procurement document (contract).

9. ADJUSTED WEIGHT – Line 7b minus Line 8.

10. GROSS WEIGHT LIMITATION – Enter applicable gross weight limit from Limitations section of the basic Flight Manual or the appropriate Flight Manual Supplement. This may be Maximum Gross Weight Limit for Take-Off and Landing, a Weight/Altitude/Temperature (WAT) limitation or a Maximum Gross Weight Limit for External Load (jettisonable). Limitations may vary for HIGE, HOGE and HOGE-J.

11. SELECTED WEIGHT – The lowest weight, either line 9 or 10, will be entered for all loads. Applicable limitations in the Flight Manual must not be exceeded.

12. OPERATING WEIGHT – Use the value entered in Line 6.

13. ALLOWABLE PAYLOAD – Line 11 minus Line 12. The maximum allowable weight (passengers and/or cargo) that can be carried for the mission. Allowable Payload may differ for HIGE, HOGE and HOGE-J.

14. PASSENGERS AND/OR CARGO – Enter passenger names and weights and/or type and weights of cargo to be transported. Include mission accessories, tools, gear, baggage, etc. A separate manifest may be used.

15. ACTUAL PAYLOAD – Total of all weights listed in Item 14. Actual payload must not exceed Allowable Payload for the intended mission profile, i.e. HIGE, HOGE or HOGE-J.

Both Pilot and Helicopter Manager must review and sign the form. Check if HazMat is being transported. Manager must inform the pilot of type, quantity and location of HazMat onboard.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 13**
**INTERAGENCY HELICOPTER LOAD CALCULATION (Cont)**

| | | | | |
|---|---|---|---|---|
| **INTERAGENCY HELICOPTER LOAD CALCULATION** OAS-67/FS 5700-17 (11/03) | | | **MODEL** | |
| | | | **N#** | |
| **PILOT(S)** | | | **DATE** | |
| **MISSION** | | | **TIME** | |
| 1 | **DEPARTURE** | **PA** | **OAT** | |
| 2 | **DESTINATION** | **PA** | **OAT** | |
| 3 | **HELICOPTER EQUIPPED** | | | |
| 4 | **FLIGHT CREW WEIGHT** | | | |
| 5 | **FUEL WT** ( ______gallons X ______lbs per gal) | | | |
| 6 | **OPERATING WEIGHT** (3 + 4 + 5) | | | |

| | | **Non-Jettisonable** | | **Jettisonable** |
|---|---|---|---|---|
| | | **HIGE** | **HOGE** | **HOGE-J** |
| 7a | **PERFORMANCE REF** (List page/chart from FM) | | | |
| 7b | **COMP GROSS WT** (Req for all Non-Jettisonable) | | | |
| 8 | **WT REDUCTION** (Req for all Non-Jettisonable) | | | |
| 9 | **ADJUSTED WEIGHT** (7b minus 8) | | | |
| 10 | **GROSS WT LIMIT** (FM Limitations Section) | | | |
| 11 | **SELECTED WEIGHT** (Lowest of 9 or 10) | | | |
| 12 | **OPERATING WEIGHT** ((From Line 6) | | | |
| 13 | **ALLOWABLE PAYLOAD** (11 minus 12) | | | |
| 14 | **PASSENGERS/CARGO MANIFEST** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 15 | **ACTUAL PAYLOAD** (Total of all weights listed in item 14) Line 15 must not exceed Line 13 for the intended mission | | | |
| PILOT SIGNATURE | | | | **HazMat** |
| MGR SIGNATURE | | | | **Yes__ No__** |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 14**
**HELICOPTER AND FUEL SERVICE TRUCK PRE-USE CHECKLIST**

| **GENERAL** | | |
|---|---|---|
| Date: | Aircraft Make/Model: | N #: |
| Vendor: | | |
| Pilot(s) Name(s): | | |
| Card Expiration Date(s): | | |
| Pilot(s) Carded For Intended Mission(s)? [ ] Yes [ ] No | | |
| A/C Card Expiration Date: | A/C Carded For Intended Missions: [ ] Yes [ ] No | |
| Departure Base: | Departure Hobbs Reading: | Arrival Hobbs Reading: |
| Copy of Contract on Board Aircraft: [ ] Yes [ ] No | HazMat HB/Exemption/ERG: [ ] Yes [ ] No | |

| **LOGBOOK REVIEW** | | |
|---|---|---|
| 50/100-Hr., Progressive, Or Other Inspection Program Up-To-Date: | [ ] Yes | [ ] No |
| Entries Indicating Damage To Aircraft: | [ ] Yes | [ ] No |
| Form HCM-5 "Turbine Engine Performance Analysis' Onboard Aircraft: | [ ] Yes | [ ] No |
| Power Check Completed/Results Satisfactory: | [ ] Yes | [ ] No |
| Comments: | | |

| **CONDITION OF HELICOPTER** | | |
|---|---|---|
| **Item** | **OK** | **Document Inoperable Or Damaged Equipment (Dents, Tears, Leaks, Etc.)** |
| Skin and Exterior | | |
| Windows | | |
| Doors | | |
| Upholstery | | |
| Cargo Compartment | | |
| Skids/Wheels | | |
| Fixed Tank | | |
| Other | | |
| Comments: | | |

| **REQUIRED HELICOPTER EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)** | | | | | |
|---|---|---|---|---|---|
| **Item** | **Yes** | **No** | **Item** | **Yes** | **No** |
| Seat Belts and Harnesses | | | Strobe Light(s) | | |
| Hi-Visibility Paint on Main Rotor Blades | | | Survival Kit | | |
| VHF-FM Radio | | | First Aid Kit | | |
| VHF-AM 760 Channel | | | Fire Extinguisher(s) | | |
| Auxillary Radio Adapter | | | Cargo Hook | | |
| GPS | | | Convex Mirror | | |
| High Skid Gear | | | Buckets (Appropriate Sizes) | | |
| Nine-Pin Plug (Type III Helicopters Only) | | | Anti-Theft Security Measures in Place | | |
| Comments: | | | | | |

| **REQUIRED SERVICE TRUCK EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT)** | | | | | |
|---|---|---|---|---|---|
| **Item** | **Yes** | **No** | **Item** | **Yes** | **No** |
| Spare Set of Filters | | | Filter Change Data Placarded | | |
| Fire Extinguisher(s) Current Inspection | | | Bonding Cables | | |
| Hazmat Marking and Placards | | | Fuel Quality Control Log | | |
| Inspection Sticker | | | Absorbent Materials for Spills | | |
| Beginning Odometer Reading: | | | | | |
| Comments: | | | | | |

| **Signature of Inspecting Govt. Representative & Pilot** | **Print Name** | **Date** |
|---|---|---|
| | | |
| | | |

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

EXHIBIT 15
PERFORMANCE REPORT

*To be completed at the end of your tour.*

This form is to improve the quality level of Call-When-Needed Helicopter Contracts. Your remarks will assist us in improving our interagency standards for CWN Helicopter Contracts and Contractors.

| | | |
|---|---|---|
| CONTRACTOR'S NAME: | CONTRACT # : | A/C N-# |
| YOUR NAME: | EMAIL: | AGENCY: |
| YOUR ASSIGNMENT DATE: | RELEASE DATE: | PHONE # : |

1. Was the helicopter kept clean and neat?

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

2. Did the fuel truck provide reliable service?

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

3. Did the company keep you fully informed on the condition of the crew, helicopter, and fuel truck? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

QUALITY COMMENTS:

4. Did the contractor abide by all provisions of the contract? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

COST CONTROL COMMENTS:

5. Would you take your next assignment with this contractor? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

COST CONTROL COMMENTS:

6. Was the crew and helicopter supported by the company in a timely manner? Yes ☐ No☐

TIMELINESS OF PERFORMANCE COMMENTS:

7. During any mechanical problems, were you informed of the problem and the progress of the work being done to fix the aircraft? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

TIMELINESS OF PERFORMANCE COMMENTS:

8. Did the flight crew/fuel truck/mechanic arrive on time each day? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

TIMELINESS PERFORMANCE COMMENTS:

9. Were crew changes handled with little or no confusion, and, was there a briefing between crew members being exchanged? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

BUSINESS RELATIONS COMMENTS:

10. Were you treated like a preferred customer? Yes ☐ No☐

| | | |
|---|---|---|
| DOES NOT MEET REQUIREMENTS | 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ | EXCEEDS ALL REQUIREMENTS |

BUSINESS RELATIONS COMMENTS:

Would you like someone to contact you about this contractor? Yes ☐ No☐
Complete at the end of your assignment and FAX to contracting @ 208-387-5384 or email to jonturner@fs.fed.us

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 16**
**PERFORMANCE BY GOVERNMENT-FURNISHED PILOT**

**A. General**

1. The following provisions shall apply to the performance of work under the contract, on an intermittent and short term basis, when the utilization of a qualified Government pilot is authorized by the Contractor. All other provisions not expressly changed herein continue to apply.

2. Qualified Government Pilots may operate Contractor aircraft on a case by case basis, upon written approval of the Regional Aviation Officer (RAO) and the CO.

3. Government pilot operations will be in compliance with the USDA Forest Service Manual (FSM) 5700 or Department of the Interior, Departmental Manual (DM), Parts 350-354 Aviation Management and Title 14, Part 91 of the CFR, including those portions that apply to civil aircraft except as noted in the agency manuals. It is not intended that Government pilots meet all requirements of C.9.

4. Appropriate records to establish the qualifications and experience of the Government pilot will be furnished to the Contractor upon request.

5. The Contractor may conduct check rides and/or training of Government pilots for familiarization in the Contractor's helicopters. The cost of check rides and flight training, if required, will be borne by the Government.

6. Approval of a Government pilot to perform work under the contract rests solely with the Contractor.

7. The clause Loss, Damage, or Destruction, is applicable to this contract when the Contractor authorizes performance by a Government pilot.

8. The payment provisions of the contract remain unchanged.

9. Shall not function as Contractor's scheduled relief pilot.

**B. Loss, Damage, or Destruction**

1. The Contractor shall indemnify and hold the Government harmless from any and all losses or damage to the aircraft furnished under this contract except as provided in (d) below. For the purpose of fulfilling his obligation under this clause, the Contractor shall procure and maintain during the term of this contract, and any extension thereof, hull insurance acceptable to the Contracting Officer. The Contractor's insurance coverage shall apply to pilots furnished by the Government to operate the aircraft. The parties named insured under the policies shall be the Contractor and the United States of America. The Contractor may request a list of Government pilots by name and qualification who are potential pilots.

2. Prior to the commencement of work hereunder, the Contractor shall furnish the Contracting Officer a copy of the insurance policy or policies or a certificate of insurance issued by the underwriter(s) showing that the coverage required by this clause has been obtained.

3. Each policy or certificate evidencing the insurance shall contain an endorsement that provides that the insurance company will notify the Contracting Officer 30 days prior to the effective date of any cancellation or termination of any policy or certificate or any modification of a policy or certificate that adversely affects the interest of the Government in such insurance. The notice shall be sent by registered mail and shall identify this contract, the name and address of the Contracting Office, the policy, and the insured.

4. If the aircraft is damaged or destroyed while in the custody and control of the Government, the Government will reimburse the Contractor for the deductible (if any) stipulated in the insurance coverage as follows:

   a. In-Motion Accidents - Up to 5 percent of the current insured value of the aircraft stated in the policy.

   b. Not In-Motion Accidents - Up to $250.00 per accident. Such reimbursement shall not be made, however, for loss or damage to the aircraft resulting from (1 normal wear and tear, (2) negligence or fault in maintenance of the aircraft by the Contractor, or (3) defect in construction of the aircraft or a component thereof.

5. If damage to the aircraft is established to be the fault of the Government, rental payments to the Contractor during the repair period will be made as set forth elsewhere in the contract. The Government may, at its option, make necessary repairs or return the aircraft to the Contractor for repair. In the event the aircraft is lost, destroyed, or damaged so extensively as to be beyond repair, no rental payment will be made to the Contractor thereafter.

6. Any failure to agree as to the responsibility of the Contractor under this clause shall, after a final finding and determination by the Contracting Officer, be considered a dispute within the meaning of the "Disputes" clause of this contract

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 17**
**DEPARTMENT OF LABOR WAGE DETERMINATION**

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor<br>/s/William W. Gross | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON, D.C. 20210 |
| WILLIAM W. GROSS, Director — Division of Wage Determinations | Wage Determination No: 1995-0222<br>Revision No: 17<br>Date of Last Revision: 05/27/2004 |

Nationwide: Applicable in the continental U.S. Alaska, Puerto Rico, Hawaii and Virgin Islands.

** Fringe Benefits Required Follow the Occupational Listing **

Employed on U.S. Government contracts for aerial photographer, aerial seeding, aerial spraying, transportation of personnel and cargo, fire reconnaissance, administrative flying, fire detection, air taxi mail service, and other flying services.

| CODE | OCCUPATION TITLE | MINIMUM WAGE RATE |
|---|---|---|
| (not set) | Aerial Photographer | 11.12 |
| (not set) | First Pilot (Co-Pilot) | 20.28 |
| 31010 | Airplane Pilot | 22.28 |

EXCEPT SCHEDULED AIRLINE TRANSPORTATIONAND LARGE MULTI-ENGINE AIRCRAFT SUCH AS THE B-727, DC-8, AND THE DC-9.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS.

HEALTH & WELFARE $2.59 an hour or $103.60 a week or $448.93 a month.

VACATION: 2 weeks paid vacation after 1 year of service with a Contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present Contractor or successor, wherever employed, and with the predecessor Contractors in the performance of similar work ant the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year; New Year's Day, Martin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veteran's Day, Thanksgiving Day, and Christmas Day. (A Contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after 1 year of service with a Contractor or successor, 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present Contractor of successor, wherever employed, and with the predecessor Contractors in the performance of similar work at the same Federal facility (Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.09 an hour for all employees on whose behalf the Contractor provides health care benefits pursuant to thee Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $2.36. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regarding and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as lacerations of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like, minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of the Contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

### EXHIBIT 17
### DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)

The Contractor or Subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all Contractors and Subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the Contractor, by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3239, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington D.C 20402. Copies of specific job descriptions may also be obtained from the appropriated contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE [Standard Form 1444 (SF 1444)]

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the Contractor so as to provide a reasonable relationship (i.e., appropriated level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the Contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi). When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the Contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the Contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job descriptions(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the Contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b) (2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the Contractor.

6) The Contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in and established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 17**
**DEPARTMENT OF LABOR WAGE DETERMINATION (Cont)**

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Aerial Photographer**

The aerial photographer must be skilled in reading flight maps, capable of assisting the pilot to adhere to flight lines, be able to level and operate a cartographic camera and its auxiliary equipment mounted in the aircraft so that the photographs that are taken will have the required forward lap and side lap for use in photogrammetric mapping equipment, and possess a working knowledge of aerial films and camera filters to insure proper exposure of the films.

**First Officer (Co-Pilot)**

Is second in command of commercial airplane and its crew while transporting passengers, mail, or other cargo on scheduled or nonscheduled flights. Assists or relieves an airline captain in operating the controls of an airplane, monitoring flight and engine instruments, and maintaining air-to-ground communications.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

REGISTER OF WAGE DETERMINATIONS UNDER THE
SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATON
WAGE AND HOUR DIVISION .
WASHING TON, D.C. 20210

William W. Gross Director

Division of Wage
Determinations

Wage Determination No.: 1995-0221
Revision No.: 14
Date of Last Revision: 06/24/2004

FOR FUEL TRUCK DRIVER

NATIONWIDE: Applicable in the continental U.S., Hawaii and Alaska.

Alaska: Entire state.

Hawaii: Entire state.

Midwestern Region: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin

Northeast Region: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey , New York, Pennsylvania, Rhode Island, Vermont.

Southern Region: Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky , Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia

Western Region: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming

**Fringe Benefits Required Follow the Occupational Listing**

Employed on contracts for Emergency Incident and Fire Safety services.

| OCCUPATION CODE -TITLE | MINIMUM WAGE RATE |
|---|---|
| **(not set) -Emergency Medical Technician** | |
| Alaska | 13 .36 |
| Hawaii | 11 .56 |
| Midwestern Region | 12 .13 |
| Northeast Region | 13 .38 |
| Southern Region | 12 .31 |
| Western Region | 13.19 |
| **(not set) -Environmental Protection Specialist** | |
| Alaska | 30 .84 |
| Hawaii | 28 .55 |
| Midwestern Region | 25 .95 |
| Northeast Region | 31 .12 |
| Southern Region | 26 .43 |
| Western Region | 27.33 |
| **(not set) -Fire Safety Professional** | |
| Alaska | 30 .84 |
| Hawaii | 28 .53 |
| Midwestern Region | 25 .95 |

RFP 49-05-08

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| Northeast Region | 31.12 |
| Southern Region | 26.43 |
| Western Region | 27.33 |
| **05190 -Motor Vehicle Mechanic** | |
| Alaska | 23.92 |
| Hawaii | 15.90 |
| Midwestern Region | 18.89 |
| Northeast Region | 17.73 |
| Southern Region | 16.51 |
| Western Region | 19.10 |
| **05220 -Motor Vehicle Mechanic Helper** | |
| Alaska | 17.31 |
| Hawaii | 12.24 |
| Midwestern Region | 12.25 |
| Northeast Region | 13.80 |
| Southern Region | 10.66 |
| Western Region | 12.93 |
| **11300- Refuse Collector** | |
| Alaska | 10.42 |
| Hawaii | 9.64 |
| Midwestern Region | 8.92 |
| Northeast Region | 10.18 |
| Southern Region | 6.75 |
| Western Region | 8.68 |
| **21071- Forklift Operator** | |
| Alaska | 19.87 |
| Hawaii | 15.48 |
| Midwestern Region | 14.28 |
| Northeast Region | 13 96 |
| Southern Region | 11.80 |
| Western Region | 15.27 |
| **21150- Stock Clerk (Shelf Stocker; Store Worker II)** | |
| Alaska | 12.84 |
| Hawaii | 10.12 |
| Midwestern Region | 11.34 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| Northeast Region | 11 .17 |
| Southern Region | 10 .86 |
| Western Region | 11 .49 |
| **23160 -Electrician, Maintenance** | |
| Alaska | 28 .44 |
| Hawaii | 24 .51 |
| Midwestern Region | 21 .35 |
| Northeast Region | 22 .89 |
| Southern Region | 18 .25 |
| Western Region | 21 .79 |
| **23440 -Heavy Equipment Operator** | |
| Alaska | 23 .26 |
| Hawaii | 16.55 |
| Midwestern Region | 18 .89 |
| Northeast Region | 17.73 |
| Southern Region | 16.51 |
| Western Region | 19 .10 |
| **23470 -Laborer** | |
| Alaska | 14 .12 |
| Hawaii | 13 .70 |
| Midwestern Region | 11 .49 |
| Northeast Region | 11 .59 |
| Southern Region | 9 .34 |
| Western Region | 10 .85 |
| **23530- Machinery Maintenance Mechanic** | |
| Alaska | 26 .54 |
| Hawaii | 26.19 |
| Midwestern Region | 16 .37 |
| Northeast Region | 17 .12 |
| Southern Region | 12 .96 |
| Western Region | 16 23 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| **23580 -Maintenance Trades Helper** | |
| Alaska | 19 .40 |
| Hawaii | 14 .97 |
| Midwestern Region | 15 .41 |
| Northeast Region | 14 .39 |
| Southern Region | 13 .03 |
| Western Region | 13 .37 |
| **27070 -Firefighter** | |
| Alaska | 10 .75 |
| Hawaii | 8.76 |
| Midwestern Region | 6 .72 |
| Northeast Region | 7 .39 |
| Southern Region | 6 .78 |
| Western Region | 7 .39 |
| **31030- Bus Driver** | |
| Alaska | 19 .52 |
| Hawaii | 12 .67 |
| Midwestern Region: 1 1/2 to 4 tons | 16 .08 |
| Midwestern Region: over 4 tons | 16 .81 |
| Midwestern Region: under 1 1/2 tons | 12 .04 |
| Northeast Region: 1 1/2 to 4 tons | 16 .49 |
| Northeast Region: over 4 tons | 17 21 |
| Northeast Region: under 1 1/2 tons | 12 .79 |
| Southern Region: 1 1/2 to 4 tons | 14 .70 |
| Southern Region: over 4 tons | 15.23 |
| Southern Region: under 1 1/2 tons | 8 .18 |
| Western Region: 11/2 to 4 tons | 15 .14 |
| Western Region: over 4 tons | 15 .57 |
| Western Region: under 1 1/2 tons | 9 .54 |
| **31361- Truckdriver, Light Truck** | |
| Alaska 18 .27 Hawaii | 9 .99 |
| Midwestern Region | 12 .04 |
| Northeast Region | 12 .79 |
| Southern Region | 8.18 |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| Western Region | 9 .54 |
| **31362- Truckdriver, Medium Truck** | |
| Alaska | 19 .81 |
| Hawaii | 12 .66 |
| Midwestern Region | 16 .08 |
| Northeast Region | 16 .49 |
| Southern Region | 14 .64 |
| Western Region | 15.14 |
| **31363- Truckdriver, Heavy Truck** | |
| Alaska | 20 .91 |
| Hawaii | 13 .82 |
| Midwestern Region | 16 .81 |
| Northeast Region | 17.21 |
| Southern Region | 15 .23 |
| Western Region | 16.14 |
| **31364 -Truckdriver, Tractor-Trailer** | |
| Alaska | 22 .02 |
| Hawaii | 14 .06 |
| Midwestern Region | 20 .00 |
| Northeast Region | 17 .33 |
| Southern Region | 16.01 |
| Western Region | 16 .48 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.59 an hour or $103.60 a week or $448.93 a month

VACATION: 2 weeks paid vacation after I year of service with a contractor or successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility . (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after I year of service with a contractor or successor; 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility .(Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.09 an hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $2.59. For information regarding the Hawaii prepaid Health Care Act, please contact the Hawaii Employers Council.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and

maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and jncendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

**UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NO1ES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.s. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST For AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (CXvi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a confomance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s),job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer 00 later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(bX2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination-

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Emergency Medical Technician**

Provides para-professional medical services activities, including medical, minor surgical, evacuation and related administrative task under supervision of the physician in charge.

**Environmental Protection Specialist**

(Occupation Description Not Available )

**Fire Safety Professional**

(Occupation Description Not Available)

**SECTION D**
**CONTRACT CLAUSES**

**D-1 Contract Terms and Conditions Required to Implement Statutes or Executive Orders-Commercial Items (FAR 52.212-5) (JAN 2005)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Pub. L. 108-77, 108-78)
(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
[*Contracting Officer check as appropriate.*]
_**X** (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).
__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).
__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (4)(i) 52.219-5, Very Small Business Set-Aside (June 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).
__ (ii) Alternate I (Mar 1999) of 52.219-5.
__ (iii) Alternate II (June 2003) of 52.219-5.
__ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-6.
__ (iii) Alternate II (Mar 2004) of 52.219-6.
__ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
__ (7) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)).
__ (8)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2002) (15 U.S.C. 637(d)(4).
__ (ii) Alternate I (Oct 2001) of 52.219-9.
__ (iii) Alternate II (Oct 2001) of 52.219-9.
_**X** (9) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).
__ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (June 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).
__ (ii) Alternate I (June 2003) of 52.219-23.
__ (11) 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
__ (12) 52.219-26, Small Disadvantaged Business Participation Program-Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).
__ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).
__ (14) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (15) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (June 2004) (E.O. 13126).
__ (16) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).
_**X** (17) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
_**X** (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
_**X** (19) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).
_**X** (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
__ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).
__ (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).
__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).
__ (23) 52.225-1, Buy American Act-Supplies (June 2003) (41 U.S.C. 10a-10d).
__ (24)(i) 52.225-3, Buy American Act-Free Trade Agreements-Israeli Trade Act (Jan 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).
__ (ii) Alternate I (Jan 2004) of 52.225-3.
__ (iii) Alternate II (Jan 2004) of 52.225-3.
__ (25) 52.225-5, Trade Agreements (Jan 2005) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).
__ (26) 52.225-13, Restrictions on Certain Foreign Purchases (Dec 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).
__ (27) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).

**SECTION D**
**CONTRACT CLAUSES**

__ (28) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).
__ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
__ (30) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
_X (31) 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).
__ (32) 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration (May 1999) (31 U.S.C. 3332).
__ (33) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).
__ (34) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).
__ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).
__ (ii) Alternate I (Apr 2003) of 52.247-64.
(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
[*Contracting Officer check as appropriate.*]
_X (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989) (41 U.S.C. 351, *et seq.*).
__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).
_X (3) 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).
__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).
__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, *et seq.*).
(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.
(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.
(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.
(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.
(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).
(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).
(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).
(vi) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq.*).
(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.
(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**SECTION D**
**CONTRACT CLAUSES**

**D-2 Economic Price Adjustment Specified Flight Rate and Project Rate**

(1) NON-FUEL PORTION OF THE SPECIFIED FLIGHT RATE AND PROJECT RATE

Contract rates will be established in accordance with the following to reflect increases or decreases in the cost of Performance of the contract work. The increases or decreases used in establishing the rates will be those indicated by the changes in the following price indexes:

The Non-Fuel Portion of the Specified Flight rate will be affected by :

| |
|---|
| **TABLE 6-PRODUCER PRICE INDEXES** |
| 1. Commodity Group 1423 –Aircraft Engines and Engine Parts |
| 2. Commodity Group 1425 –Aircraft Parts and Auxiliary Equipment |

(2) FUEL PORTION OF THE SPECIFIED FLIGHT RATE

During the contract periods, including renewals, flight rates will be adjusted to reflect increases and decreases in the prices of aviation fuel.

The price of Jet fuel is established at $3.44 per gallon. The unit prices are an average of the lowest unit price for aviation fuel Nationwide. Variations in unit prices used in determining flight rate adjustment amounts will be established by using the average of the lowest unit price for aviation fuel at the following locations:

(i) MERCURY AVIATION (RENO AIR SERVICE), Fresno, CA
(ii) CUTTER FL YING SERVICE, Albuquerque, NM
(iii) CUTTER AVIATION, Phoenix, AZ
(iv) FLIGHTCRAFT, Portland, OR
(v) MILLIONAIRE, Salt Lake City, UT (Interwest Jet)
(vi) WESTERN AIRCRAFT MAINTENANCE, Boise, ID
(vii) MINUTEMAN AVIATION, Missoula, MT
(viii) WEST STAR AVIATION, Grand Junction, CO
(ix) MERCURY AVIATION (RENO AIR SERVICE), Reno, NV
(x) WINGS OF WENATCHEE, Wenatchee, WA
(xi) EPPS AVIATION, Atlanta, GA
(xii) KNOXAIR, Alcoa, TN
(xiii) TAC-AIR AVIATION, Ft. Smith, AR

The adjustment to the fuel portion of the flight rate will be the determined variation amount multiplied by the fuel consumption rates found in **Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart** for the applicable aircraft type.

An initial adjustment to the fixed flight rate will be made on FEBRUARY 16 of each contract period. Subsequent adjustments will be made on MAY 16, and SEPTEMBER 16 of each contract period provided variations in the average unit price, determined as stated above, is $0.10 per gallon or more from the unit price established in the last previous adjustment made.

Any increase will not exceed 15% of the rate being adjusted and the aggregate change over the life of the contract including renewals shall *not* exceed 30% of the initial contract rates.

(3) DAILY AVAILABILITY RATE

Economic Price Adjustment is not applicable to the Daily Availability Rates Offered by the Contractor in the Schedule of Items.

**D-3 Property and Personal Damage**

(1) The Contractor shall use every precaution necessary to prevent damage to public and private property.

(2) The Contractor shall be responsible for all damage to property and to persons, including third parties, that occur as a result of his or his agent's or employee's fault or negligence. The term "third parties" is construed to include employees of the Government.

## SECTION D
## CONTRACT CLAUSES

(3) The Contractor shall procure and maintain during the term of this contract, and any extension thereof, aircraft and General Public Liability Insurance in accordance with 14 CFR Part 205. The parties named insured under the policy or policies shall be the **CONTRACTOR** *and* **THE UNITED STATES OF AMERICA.**

(4) The Contractor may be otherwise insured by a combination of primary and excess policies. Such policies must have combined coverage equal to or greater than the combined minimums required.

(5) Policies containing exclusions for chemical damage or damage incidental to the use of equipment and supplies furnished under this contract, or growing out of direct performance of the contract, will not be acceptable. The chemical damage coverage may be limited to chemicals dispensed while performing firefighting activities.

(6) The Contractor, prior to the commencement of work, shall submit to the Contracting Officer one copy of the insurance policy, or confirmation from the insurance company, certifying that the coverage described in this clause has been obtained.

**D-4 Option to Extend the Term of the Contract (FAR 52.217-9) (MAR 2000)**

(1) The Government may extend the term of the Contract by written notice to the Contractor within 60 days; provided that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(2) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(3 ) The total duration of this contract, including the exercise of any options under this clause, shall not exceed one (1) base year and two (2) renewal option periods.

**D-5 Statement of Equivalent Rates for Federal Hires (FAR 52.222-42) (MAY 1989)**

In compliance with the Service Contract Act of 1965, an amended, and the regulations of the Secretary of Labor (29 CFR Par 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

This statement is for information only: It is not a wage determination.

| Employee | Class | Wage |
|---|---|---|
| Pilot | GS-12 | $31.69 |
| Aircraft Co-Pilot | GS-11 | $26.44 |
| Aircraft Mechanic-Journeyman | GS-11 | $26.44 |
| Aircraft Mechanic – Junior | GS-9 | $21.85 |
| Aircraft Mechanic – Helper | GS-6 | $16.08 |
| Service Truck Driver | GS-5 | $14.43 |