**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

[4] PIC mountainous terrain experience is defined as: Experience in maneuvering a helicopter at pressure altitudes of over 7,000 feet including numerous take-offs and landings in situations indicative to mountainous terrain. This terrain consists of abrupt, rapidly rising terrain resulting in a high land mass projecting above its surroundings, wherein complex structures in which folding, faulting, and igneous activity have taken place. These mountainous areas produce vertical mountain winds, and turbulence associated with mountain waves, producing abrupt changes in wind direction often resulting in up flowing or down flowing air currents.

E. Pilot - Equipment Proficiency

Pilots shall be required to demonstrate proficiency with all mission equipment.

F. Pilot - Vertical Reference Proficiency (if applicable)

1. Pilots may be required to demonstrate this capability during an agency evaluation. (Exhibit 10, Interagency Guidelines for Vertical Reference/External Load Training Standards)

2. Vertical reference qualified pilots shall maintain proficiency in vertical reference or external load operations. When active under Contract for a period of 30-consecutive days and no vertical reference activity occurs, the pilot will be provided a 1-hour proficiency flight at Government expense.

3. The Contractor may be considered unavailable for failure to maintain vertical reference proficiency.

G. Co-pilot Requirements (if applicable)

Co-pilots/Second-In-Command (SIC) shall meet requirements of operator's certificate. They are not issued a Helicopter Pilot Qualification card.

H. Performance by Government Furnished Pilot (Exhibit 16, Performance by Government-Furnished Pilot)

I. Mechanic Qualifications

1. The mechanic shall have a valid FAA mechanic certificate with airframe and power plant ratings, and shall have held the certificate or foreign equivalent with both ratings for a period of 24-months. The mechanic shall have been actively engaged in aircraft maintenance as a certificated mechanic for at least 18-months out of the last 24-months immediately preceding the start date of the contract.

2. The mechanic shall have 12-months experience as an Airframe & Power Plant (A&P) mechanic or foreign equivalent in maintaining helicopters. Three months experience shall have been in the last 2 years.

3. The mechanic must show evidence of maintaining a helicopter of the same make and model as offered under "field" conditions for at least 1-full season. Three months experience maintaining a helicopter away from the operator's Principle Base of Operations, and while under minimal supervision, will meet this requirement.

4. Mechanics shall have satisfactorily completed a manufacturer's maintenance course or an equivalent Forest Service or DOI-approved Contractor's training program for the make and model of helicopter offered, or show evidence of the mechanic has 12-months maintenance experience on a helicopter of the same make and model offered.

5. When requested by the Government, each Mechanic shall furnish a valid Interagency Mechanic Qualification card for review. The card shall be issued by the designated Interagency Maintenance Inspector for the duration of the Contract, including any optional periods. Should the mechanic leave the employment of the Contractor, the mechanic shall surrender the card to the Contractor upon termination of employment.

J. Availability of Mechanics

A mechanic (other than the pilot) shall maintain the helicopter in accordance with the Contractor's FAA approved Maintenance Program.

K. Fuel Servicing Vehicle Driver Qualifications

1. The Contractor shall furnish a fuel servicing vehicle driver (FSVD) for each day the helicopter is available. The driver shall meet all DOT requirements.

2. Driver(s) shall be experienced in proper fueling procedures and be familiar with the safety equipment installed on the fuel servicing vehicle.

## C-13 Conduct and Replacement of Personnel

A. Performance of Contract services may involve work and/or residence on Federal property (i.e., National Forests and National Parks, etc.). Contractor employees are expected to follow the rules of conduct established by the manager of such facilities that apply to all Government or non-Government personnel working or residing on such facilities. The Contractor may be required to replace employees who are found to be in noncompliance with Government facility rules of conduct.

B. Personnel, who perform ineffectively, refuse to cooperate in the fulfillment of the Contract objectives, are unable or unwilling to adapt to field living conditions, or whose general performance is unsatisfactory or otherwise disruptive may be required to be replaced.

C. The CO shall notify the Contractor of specifics of the unsatisfactory conduct and/or performance by the Contractor's personnel. The determination of unacceptability is at the sole discretion of the CO. When directed by the CO, the Contractor shall replace unacceptable personnel.

## C-14 Suspension and Revocation of Personnel

A. The CO may suspend a contractor pilot, mechanic, or fuel servicing vehicle driver who fails to follow safe operating practices, does ineffective work, or exhibits conduct detrimental to the purpose for which contracted, or is under suspension or revocation by another government agency.

B. Upon involvement in an Aircraft Accident or NTSB Reportable Incident (see 49 CFR Part 830), a pilot operating under this contract shall be suspended from performing pilot duties under this contract and any other activity authorized under the interagency pilot qualification card(s) issued to the pilot pending the investigation outcome.

C. Upon involvement in an Incident-with-Potential as defined under mishaps, a pilot operating under this contract may be suspended from performing pilot duties under this contract and any other activity authorized under the interagency pilot qualification card(s) issued to the pilot pending the incident investigation outcome.

D. When a pilot/mechanic is suspended, and when requested, the interagency pilot/mechanic qualification card(s) shall be surrendered to the CO. Suspension will continue until:

1. The investigation findings and decision indicate no further suspension is required and the interagency pilot/mechanic qualification card(s) is returned to the pilot/mechanic; or

2. Revocation action to cancel the interagency pilot/mechanic authorization(s) is taken by the issuing agency in accordance with agency procedures.

## C-15 Substitution or Replacement of Personnel, Aircraft, and Equipment

A. The Contractor may substitute or replace aircraft or equipment equal to or greater than contract awarded performance after receipt of written approval by the Contracting Officer.

B. Request for substitution shall be made at least 10 (ten) days prior to the proposed exchange, except for unforeseen conditions.

C. When pilots are exchanged or replaced, training and familiarization costs, including any required flight time up to 3 (three) hours, shall be accomplished at the Contractor's expense. The Contracting Officer will determine the necessary amount of flight time up to 3 hours. This is not intended to affect cross-shifting of Pilots that are familiar with the operating area or to affect approved relief pilots.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**C-16 Relief Crews**

The Contractor may furnish a relief crew to meet the days off requirement in accordance with C-17, Flight Hour and Duty Limitations. Payment will be made in accordance with C-39 Transporting of Relief Crews. Approval to furnish relief crews and costs for transporting of relief crews will be approved in advance by the helicopter manager. Approval will be noted on the payment invoice in the remarks section.

**C-17 Flight Hour and Duty Limitations**

A. All flight time, regardless of how or where performed, except personal pleasure flying, will be reported by each flight crewmember and used to administer flight hour and duty time limitations. Flight time to and from an Assigned Work Location as a flight crewmember (commuting) will be reported and counted toward limitations if it is flown on a duty day. Flight time includes, but is not limited to: military flight time; charter; flight instruction; 14 CFR Part 61.56 flight review; flight examinations by FAA designees; any flight time for which a flight crewmember is compensated; or any other flight time of a commercial nature whether compensated or not.

B. For each day during mobilization and demobilization, duty time will be computed based on the Time Zone at the **point-of-hire.**

1. Pilots

a. Pilot flight hour computations shall begin at liftoff and end at touchdown and will be computed from the flight hour meter installed in the aircraft. All flight hours shall fall within duty hour limitations.

b. Flight time shall not exceed a total of 8-hours per day.

c. Pilots accumulating 36 or more flight hours in any 6-consecutive duty-days shall be off duty the next day. Flight time shall not exceed a total of 42-hours in any 6-consecutive days. After any 1-full off-duty day, pilots begin a new 6-consecutive day duty-period for the purposes of this clause, providing during any 14-consecutive day period, each pilot shall have two full days off-duty. Days off need not be consecutive.

d. Assigned duty of any kind shall not exceed 14-hours in any 24-hour period. Within any 24-hour period, pilots shall have a minimum of 10-consecutive hours off duty immediately prior to the beginning of any duty-day. Local travel up to a maximum of 30-minutes each way between the work site and place of lodging will not be considered duty time. When one-way travel exceeds 30 minutes, the total travel time shall be considered as part of the duty day.

e. Duty includes flight time, ground duty of any kind, and standby or alert status at any location.

f. During times of prolonged heavy fire activity, the Government may issue a notice reducing the pilot duty-day/flight time and/or increasing off-duty days on a geographical or agency-wide basis.

g. Flights point-to-point (airport to airport, heliport to heliport, etc.) with a pilot and co-pilot shall be limited to 10-flight hours per day. (A helicopter that departs "Airport A," flies reconnaissance on a fire, and then flies to "Airport B," is not point-to-point).

h. Pilots may be relieved from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

i. When pilots act as a mechanic, mechanic duties in excess of 2-hours will apply as flight hours on a one-to-one basis toward flight hour limitations.

j. Relief, additional, or substitute pilots reporting for duty under this Contract shall furnish a record of all duty and all flight hours during the previous 14-days.

2. Mechanics

a. Within any 24-hour period, personnel shall have a minimum of 8 consecutive hours off duty immediately prior to the beginning of any duty day. Local travel up to a maximum of 30 minutes each way between the work site and place of lodging will not be considered duty time. When one way travel exceeds 30 minutes, the total travel time shall be considered as part of the duty day.

b. Mechanics will have 2 full calendar days off duty during any 14 day period. **Days need not be consecutive.**

c. Duty includes standby, work, or alert status at any location.

d. Mechanics may be removed from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

e. The mechanic shall be responsible to keep the Government apprised of their ground duty limitation status.

f. Relief or substitute mechanics reporting for duty under this contract may be required to furnish a record of all duty time during the previous 14-days.

g. When the mechanic serves as the fuel servicing vehicle driver, the more stringent of the duty limitations apply.

3. Fuel Servicing Vehicle Drivers

a. It is the Contractors' responsibility to insure that employees comply with DOT Safety Regulation 49 CFR Part 390-399; including duty limitations.

b. Fuel servicing vehicle drivers may be removed from duty for fatigue or other causes created by unusually strenuous or severe duty before reaching duty limitations.

c. The fuel servicing vehicle driver will be responsible to keep the Government apprised of their ground duty limitation status.

d. Notwithstanding DOT Safety Regulation 49 CFR Part 390-399, the fuel servicing vehicle driver shall have a minimum of two (2) full calendar days off duty during any 14-day period. Off duty days need not be consecutive.

**C-18 Accident Prevention and Safety**

A. The Contractor shall furnish a copy of all reports required to be submitted to the Federal Aviation Administration (FAA) by the Federal Aviation Regulations (FAR) that relate to Pilot and maintenance personnel performance, aircraft airworthiness or operations.

Examples of these reports are paragraphs 14 CFR Part 135.415 Mechanical Reliability Reports and Part 135.417 Mechanical Interruption Summary Reports required of the FAR, 49 CFR Part 830, and FAA Form 8010-4, Malfunction or Defect Report.

B. Following the occurrence of a mishap, the Contracting Officer will evaluate whether noncompliance or violation of provisions of the contract, the Federal Aviation Regulations applicable to the Contractor's operations, company policy, procedures, practices, programs, and/or negligence on the part of the company officers or employees may have caused or contributed to the mishap. The occurrence of the mishap may constitute default in the performance of the contract. A finding of default under the above cited conditions shall entitle the Government to exercise the right to terminate the contract for cause as provided in the "Contract Terms and Conditions" as stated herein.

C. The Contractor shall keep and maintain programs necessary to assure safety of ground and flight operations. The development and maintenance of these programs are a material part of the performance of the contract. When, in the sole judgment of the Contracting Officer, the safety programs will not adequately promote the safety of operations, the Government may terminate the contract for cause as provided in the "Contract Terms and Conditions" as stated herein.

Examples of such programs are (1) personnel activities, (2) maintenance, (3) safety, and (4) compliance with regulations.

D. The Contractor shall fully cooperate with the Contracting Officer in the fulfillment of this clause. The Contracting Officer may suspend performance of this contract work, during the evaluation period used to determine cause as stated above.

**C-19 Mishaps**

A. Reporting

The Contractor shall, by the most expeditious means available, notify the National Transportation Safety Board (NTSB) and the FS or DOI when an "Aircraft Accident" or NTSB reportable "Incident" occurs within any company operations, whether under the Contract or not. Also, the FS or DOI shall immediately be notified when an "Incident-with-Potential" occurs.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

B. Forms Submission

1. Following an "Aircraft Accident" or when requested by the NTSB following the notification of a reportable "incident," the Contractor shall provide the FS or DOI with the information necessary to complete a NTSB Form 6120.1/2.

2. The NTSB Form 6120.1/2 does not replace the Contractor's responsibility, within 5-days of an event, to submit to the FS or DOI a "SAFECOM" to report any condition, observance, act, maintenance problem, or circumstance that has potential to cause an aviation-related mishap.

3. Blank SAFECOMS and assistance in submitting SAFECOMS can be obtained from the FS or DOI. SAFECOMS may be submitted electronically at www.safecom.gov.

C. Wreckage Preservation

1. The Contractor shall not permit removal or alteration of the aircraft, aircraft equipment, or records following an "Aircraft Accident", "Incident", or "Incident-with-Potential" which results in any damage to the aircraft or injury to personnel until authorized to do so by the CO. Exceptions are when threat-to-life or property exists; the aircraft is blocking an airport runway, etc. The CO shall be immediately notified when such actions take place.

2. The NTSB's release of the wreckage does not constitute a release by the CO, who shall maintain control of the wreckage and related equipment until all investigations are complete.

D. Investigation

The Contractor shall maintain an accurate record of all aircraft accidents, incidents, aviation hazards and injuries to Contractor or Government personnel arising in the course of performance under this Contract. Further, the Contractor fully agrees to cooperate with the FS or DOI during an investigation and make available personnel, personnel records, aircraft records, and any equipment, damaged or undamaged, deemed necessary by the FS or DOI. Following a mishap, the Contractor shall ensure that personnel (pilot, mechanics, etc) associated with the aircraft shall be readily available to the mishap investigation team.

E. Related Costs

The NTSB, FS or DOI shall determine their individual agency investigation cost responsibility. The Contractor will be fully responsible for any cost associated with the reassembly, approval for return-to-Contract availability, and return transportation of any items disassembled by the FS or DOI.

F. Search, Rescue, and Salvage

The cost of search, rescue and salvage operations made necessary due to causes other than negligent acts of a Government employee shall be the responsibility of the Contractor.

**C-20 Personal Protective Equipment**

A. General Operations

The following personal protective equipment shall be furnished by the Contractor, be operable and maintained in serviceable condition as per appropriate manufacturer's specifications.

B. Helmets

1. Contractor personnel while flying under this Contract shall wear an approved protective flight helmet with chinstrap fastened.

2. Aviators flight helmet, consisting of a one-piece hard shell made of polycarbonate, Kevlar, carbon fiber, or fiberglass, shall cover the top, sides (including the temple area and to below the ears), and the rear of the head. The helmet shall be equipped with a chinstrap and shall be appropriately adjusted for proper fit. Flight helmets for helicopter usage shall conform to a national certifying agency standard, such as DOT, Snell, SFI, or an appropriate military standard, or appropriate equivalent standard, and be compatible with required avionics. "Shorty" (David Clark style) helmets are not approved.

3. Flight helmets currently meeting this requirement are known to include:

    a. SPH-3, 4, 5, 8

    b. HGU-56, 84

4. Helmets designed for use in fixed wing aircraft do not provide adequate protection for helicopter occupants and are not approved for helicopter use.

C. Clothing

1. Contractor personnel while flying shall wear long-sleeved shirt and trousers (or long-sleeved flight suit) made of fire-resistant polyamide or aramid material, leather boots and leather, polyamide, or aramid gloves. A shirt with long-sleeves overlapping gloves, and long-pants overlapping boots by at least 2-inches, shall be worn by the pilot(s). Personnel shall not wear clothing made of non fire-resistant synthetic material under the fire-resistant clothing described herein.

2. Nomex® or other material proven to meet or exceed specifications contained in MIL-C-83429A may be worn. Currently, the following "other" materials meet this specification:

    a. FRT Cotton Denim Cloth, MIL-C-24915

    b. FRT Cotton Chambray Cloth, MIL-C-24916

3. Clothing not containing labels identifying the material either by Brand Name or MIL-Spec will not be acceptable.

D. Ground Operations

1. While within the safety circle of a helicopter with engine(s) running and/or rotor(s) turning, all Contractor personnel shall wear the following PPE:

    a. Shirt with long-sleeves overlapping gloves, long-pants, hardhat/flight helmet with chinstrap, appropriate footwear, hearing and eye protection.

    b. Maintenance personnel working on running aircraft are exempt from gloves, eye protection (eye protection may be worn at the option of maintenance personnel or company policy), long sleeves, and hardhat requirements.

2. During all fueling operations, fuel-servicing personnel shall wear a long-sleeved shirt, long trousers, boots, and gloves. The shirt and pants must be made of 100% cotton or other natural fiber, or be labeled as non-static.

E. Personal Flotation Devices

1. A personal flotation device (PFD) required by 14 CFR Part 91 shall be worn by each individual on board the helicopter when conducting operations beyond power-off gliding distance to shore, and during all hovering flight operations conducted over water sources such as ponds, streams, lakes, and coastal waters.

2. Automatic inflation (water activated) personal flotation devices shall not be allowed.

**C-21 Inspection and Acceptance**

In accordance with Federal Acquisition Regulation Clause 52.212-4 (a), the following is added:

A. Pre-Use Inspection of Equipment and Personnel

1. After award of the Contract and any renewal thereof, an inspection of the Contractor's equipment and personnel will be made. Inspections will be performed during normal Government working hours at a location mutually agreed to by the Contractor and CO.

2. The aircraft, pilot, relief pilot, mechanic, fuel vehicle driver, and fuel servicing vehicle will be made available for inspection as scheduled by the CO.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

3. At the scheduled inspection, the Contractor shall provide a complete listing of all FAA ADs and Manufacturer's Mandatory Service Bulletins (MSBs) applicable to the make, model, and series of aircraft being offered. Documentation of compliance to each AD and MSB will include date and method of compliance, date of recurring compliance, and an authorized signature and certificate number will be recorded. The list shall be similar to that shown in AC 43-9, as amended.

4. All components or items installed in the offered aircraft that are subject to specified time basis or schedule (time/calendar life) for inspection, overhaul, or replacement shall be listed and made available to the Government at time of inspection. The list shall include component name, serial number, service life or inspection/overhaul time, total time since major inspection, overhaul, or replacement and hours/cycles calendar time remaining before required inspection, overhaul, or replacement. The list shall be similar to that shown in AC 43-9, as amended.

5. The Contractor may be required to furnish a copy of the procedures manual and revisions as required by 14 CFR Part 135 (as applicable).

6. Each fuel servicing driver will be expected to demonstrate knowledge of correct fueling procedures, and fueling and safety equipment installed on the fuel-servicing vehicle. Contractor shall have equipment and personnel to change the filter on the fuel service vehicle as required.

7. The fuel service vehicle approval is only an indication that the vehicle meets the additional equipment requirements of this Contract, and in no way indicates that the vehicle meets any requirement of 49 CFR.

8. The items described below shall be made available at the pre-use or renewal inspection:

   a. Certificates/Contract

      (1) Copy of 14 CFR Part 133 External Load Operations (aircraft listing)

      (2) Copy of 14 Part CFR 135 Operations Specifications (as applicable)

      (3) Copy of 14 CFR Part 137 Agricultural Aircraft Operations

      (4) Complete copy of awarded Contract, including modifications, with each aircraft

   b. Pilot(s)

      (1) Completed Pilot Qualifications and Approval Record Form, and pilot records.

      (2) FAA pilot certificates

      (3) Current FAA pilot medical certificate

      (4) Pilot 14 CFR Part 135 Airman Competency/Proficiency Check (FAA Form 8410-3). For Restricted Category helicopters, an equipment check endorsement by the chief pilot. For Restricted Category aircraft requiring two pilots, competency proficiency checks per 14 CFR Part 61.

      (5) Pilot 14 CFR Part 133 competency endorsement.

      (6) Completed Interagency Guidelines for Vertical Reference/External Load Training Standards form for each pilot requiring a long-line endorsement. (See Exhibit 10, Interagency Guidelines for Vertical Reference/External Load Training Standards Form)

      (7) The Contractor shall ensure that each pilot reviews the Contract and signs the Interagency Pilot Operations Briefing Certificate. A current signed certificate shall be in receipt of the CO prior to operating under the Contract and annually thereafter. Certificates will be maintained with the pilot approval records. (Exhibit 9, Pilot Operations Briefing Certificate)

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

c. Equipment

(1) Appropriate equipment installed, or available to be installed, on the aircraft for the flight evaluation; i.e. dual controls, communications and navigation equipment and buckets.

(2) Long-line(s) of at least 150 feet and a suitable weight shall be available. (if applicable)

(3) Aircraft maintenance records

(4) Fuel servicing vehicle available

(5) Additional Equipment as offered

d. Mechanic(s)

(1) A & P Mechanic available

(2) Completed A&P Qualifications and Approval Record Form with applicable qualifying mechanic's records.

**C-22 Pre-Use Inspection Expenses**

A. All operating expenses incidental to the inspection shall be borne by the Contractor.

B. Pilot evaluation flights may require up to 2-hours of flight time for each pilot as deemed necessary by the CO. All evaluation flights shall be performed in a helicopter of like make and model furnished for the contract. (Exhibit 11, Helicopter Make/Model/Series Lists)

C. The Contractor shall ensure that a set of fully operational dual flight controls are installed in the aircraft during all pilot evaluation flights.

D. The Contractor will not be charged for the costs incurred by the Government on the initial pre-use inspection.

**C-23 Re-inspection Expenses**

When re-inspection is necessary because Contractor equipment and/or personnel did not satisfy the initial inspection, or when inspecting substitute personnel and/or equipment subsequent to the initial pre-use inspection, the Contractor may be charged the actual costs incurred by the government in performing the re-inspection. Re-inspections will be performed at a time and location mutually agreed to by the Contractor and CO.

**C-24 Inspections During Use**

A. At any time during the Contract period, the CO may require inspections/tests as deemed necessary to determine that the Contractor's equipment and/or personnel currently meet specifications. Government costs incurred during these inspections will not be charged to the Contractor.

B. Should the inspections/tests reveal deficiencies that require corrective action and subsequent re-inspection, the actual costs incurred by the Government may be charged to the Contractor.

C. When the aircraft becomes unavailable due to mechanical breakdown, the Government reserves the right to inspect the aircraft after the Contractor's mechanic has approved the aircraft for return to service. For items covered under 14 CFR Part 135.415, the Contractor shall furnish the CO with a completed copy of FAA Form 8010-4, Malfunction or Defect Report, or a Helicopter Association International (HAI) Maintenance Malfunction/Information Reporting Form 9 (as applicable).

**C-25 Contract Period and Renewal Option**

The Contract period shall extend from date of the award through April 30, 2006. However, at the option of the Government, the Contract may be renewed for 2-additional years, provided that the CO serves notice of intent to renew at least 60-days prior to Contract expiration. The renewal will be with the same terms and conditions. Availability shall be offered for base year and each optional renewal period (See Section B, Schedule of Items); however, the non fuel portion of the Government established flight rate will be subject to the provisions of Section D, Economic Price Adjustment Clause.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**C-26 Authorized Ordering Activities**

The National Interagency Coordination Center (NICC), located at the National Interagency Fire Center (NIFC) in Boise, Idaho is the only office authorized to place orders under the Contract. Contractors shall not accept orders from any other source.

**C-27 Ordering Procedures**

Orders for service will be placed with the Contractor subject to the following:

A. Orders for service will be placed with the Contractor as needed. Orders will be filled based on performance, cost and urgency. The Government will calculate performance and allowable payload for each aircraft on contract. Computed performance, allowable payload for conditions expected at the assigned work location, aircraft configuration, location of aircraft and crew at the time of the need may take precedent over other factors including cost when ordering aircraft.

B. The Government does not guarantee the placement of any orders for service under the Contract and the Contractor is not obligated to accept any orders. However, once the Contractor accepts an order, the Contractor is obligated to perform in accordance with the terms and conditions stated herein.

**C-28 Point-of-Hire**

Point-of-Hire shall be the Contractor's Principle Base of Operations as specified in Section B or the location of aircraft at time-of-hire.

**C-29 Assigned Work Location(s)**

The Assigned Work Location will be determined at the time the order for services is placed.

**C-30 Ordered Availability Periods**

Helicopters and associated equipment and personnel shall be available as ordered by the CO and agreed to by the Contractor. After a period of availability has begun, the helicopter will not be released at the request of the Contractor until approved by the CO.

**C-31 Daily Availability Requirements**

A. Equipment. Continental United States - Helicopters and associated equipment will be available 14-hours each day beginning at start of morning civil twilight, unless otherwise specified by the CO. Helicopters and associated equipment will not be removed from the Assigned Work Location without the approval of the CO.

B. Personnel. Personnel will be in one of the following categories of availability:

1. Standby: Personnel will be on Standby status each day **of the incident**. The beginning of the Standby period will be set by the CO and may be adjusted from day-to-day. Once Standby begins, the standby period will continue for 9 consecutive hours regardless of the payment status of the aircraft. During the Standby period, with the exception of the first 30 minute period to accommodate preflight, the personnel/aircraft shall be able to respond to a dispatch within 15-minutes unless an alternate response time is established by the CO.

2. Extended Standby (that period over 9 hours per day per authorized crew member) is not intended to compensate the Contractor on a one-to one basis for all hours necessary to service and maintain the aircraft, nor is it paid while crew is traveling to and from place of lodging. Extended standby must be specifically ORDERED and documented on the Flight Use Report by the Government and only in unusual circumstances will the Government compensate the Contractor for extended standby when aircraft is not also available for immediate dispatch. Extended Standby is not applicable to double-flight crews. Extended Standby applies only to the awarded number of compensable personnel provided with each aircraft.

3. Authorized Break. During the standby period, requirements may be modified by the CO to allow Contractor's personnel time off away from the Assigned Work Location or to conduct routine maintenance. No deduction of availability will be made for such authorized breaks except when Contractor personnel fail to return to Standby upon request. The Contractor will provide the CO with information on how to contact Contractor personnel. Personnel will be allowed 1-hour to return to standby status after the contact attempt is made. Failure to return to work within 1-hour will result in loss of availability.

4. Release-from-Duty. The Contractor's personnel may be released and be considered off duty prior to completion of their individual crew duty limitation period. Once released, the Contractor personnel are not required to return to Standby status the same day. Service shall be recorded as fully available provided the CO has approved release of the Contractor's personnel in advance.

**C-32 Unavailability**

A. The Contractor will be considered to be "Unavailable" whenever equipment or personnel are unable to perform or fail to perform the requirements of this Contract. Also the aircraft will be considered unavailable when the pilot, mechanic, or fuel servicing vehicle driver cannot perform because of duty limitations unless a relief crew is provided. Unavailability however, will not be assessed when pilot(s) has reached flight and/or duty limitations while performing under this Contract when the conditions in C.17, Flight and Duty Limitations occur. In addition the aircraft will not be considered unavailable when the mechanic is not physically at the base of operations but is in contact and is within a 1 hour commute of base. Unavailability will continue to be assessed as per unavailability clause for mechanical breakdown, etc.

B. Unavailability status will continue until the deficiency is corrected. It is the Contractor's responsibility to inform the CO whenever the equipment or personnel become available. Inspection by the Government after a performance failure has occurred will be made as promptly as possible after the Contractor has given notice that the deficiency has been corrected. When Inspection reveals that the failure has been corrected, the Contractor will be considered in "Available" status from the time the Contractor gives notice to the Government that the deficiency has been corrected. If consistent failure to respond to dispatches occurs, the CO retains the right to require check flights at Contractor's expense.

C. Periods of Unavailability will be accumulated for the day and rounded-up to the next quarter hour whenever the Contractor fails to comply with the requirements specified herein. Availability for the helicopter and equipment will be reduced by 1/56 for each quarter hour service is unavailable.

**C-33 Payment for Flight**

A. Flight time will be computed in hours and tenths of hours as recorded by the collective activated digital flight hour meter (Hobbs) on the helicopter.

B. Payment for flight time will be made only when flight is properly ordered by designated personnel.

C. The Government does not guarantee any flight time.

**C-34 Payment for Availability**

A. Availability will be paid at the applicable rate specified in the Schedule of Items only when Contractor's equipment and personnel meet the Daily Availability Requirements.

B. Availability for aircraft and crewmembers (maximum 14-hours-single crew) will be ordered, measured, and recorded each day.

C. Payment for availability will not commence until the aircraft and flight crew arrive at the Assigned Work Location and are available for standby. On the first day, if an aircraft arrives at the Assigned Work Location at or before 1200 hours (noon local time), a full day of availability will be paid. Aircraft arriving after 1200 hours (noon local time), will be paid for a half-day of Availability.

For purposes of this clause, on the first and last day, duty time will be computed based on time zone at point of departure.

D. On the last day at the Assigned Work Location, aircraft released from the Assigned Work Location at or before 1200 hours (noon local time) will be paid one half-day of Availability. Aircraft released after 1200 hours (noon local time) will be paid for a full day of Availability.

E. No more than one day of Availability may be earned in a calendar day (0001 to 2400).

F. When the aircraft and crewmembers have arrived at the Assigned Work Location and the fuel-servicing vehicle is enroute, the aircraft and crewmembers may be considered to be available for payment purposes by the CO.

G. The awarded daily availability rate shall include all fixed and variable costs (depreciation, salaries, overnight allowances, overhead, permanent shop facilities, etc.) incurred in providing continuous service exclusive of those costs directly attributed to actual flight.

**C-35 Payment for Extended Standby**

A. Extended standby will be measured in hours (rounded to the next full-hour and paid at the rate specified in the Schedule of Items) for all Extended Standby ordered by the CO and performed by the Contractor when the crew meets the Standby requirement in accordance with Section C, Daily Availability Requirements.

B. Extended Standby is not applicable on days when mobilization or demobilization is paid.

C. The Contractor will not be compensated for Extended Standby when the aircraft is not available for immediate dispatch, except when authorized by the CO.

**C-36 Payment for Project Work**

A. Services may be ordered for short periods of time (normally 1-day or less) to accomplish project work.

B. When service is ordered under the Project Rate specified in the Schedule of Items, payment will be made only for actual flight time performed. Daily Availability rate is not applicable. When the Project Rate is in effect and when the project extends for more than 1-day, incurred Remain-Over-Night (RON) costs will be reimbursed in accordance with the Federal Travel Regulations (FTRs.)

C. Services may also be ordered under the Daily Availability Rate specified in the Schedule of Items, plus the flight rate specified (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart). When the Daily Availability method of payment is used, RON fees are not applicable.

D. The method of payment shall be established prior to the start of the project. The selected method of payment will be used for the duration of the project.

**C-37 Reimbursement for Mobilization and Demobilization Costs**

A. During mobilization and demobilization, on any day in which flight is performed and no Daily Availability is earned, a lump sum of $500 per day per authorized crewmember will be paid. Flight time performed will be paid at the applicable flight rate. (Exhibit 12, Helicopter Services Hourly Flight Rates, Fuel consumption, and Weight Reduction Chart).

B. Mobilization and Demobilization is not applicable if the helicopter is reassigned. The rate in affect for a reassignment is the daily availability rate plus flight.

C. Mobilization and Demobilization is not applicable when using project flight rate.

D. Mobilization and Demobilization payment is not intended to compensate the Contractor on a one-to-one basis for incurred costs.

E. The Contractor will be reimbursed for fuel service vehicle mileage, airport landing fees, airport use costs (tie-downs) truck permits or taxes at points-of-entry associated with performance under this Contract. Costs associated with preparing the aircraft for service will not be paid.

F. The costs shall be necessary and reasonable in amount. Submit a copy of an itemized receipt for cost(s) in excess of $75.00 to the designated payment office. Salary costs for Contractor employee(s) while in travel status will not be paid.

G. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by invoice(s) and/or document(s) when required. Payment will not be made unless required invoice(s) and/or document(s) are attached to the Flight Use Report as incurred.

H. Failure to perform upon arrival at the Assigned Work Location may result in non-payment of all mobilization and demobilization costs.

I. When an aircraft is released from the Assigned Work Location, demobilization costs will be paid back to the original point-of-hire providing that is the immediate destination after release. Should the aircraft not immediately return to the original point-of-hire, demobilization costs will only be paid as they actually occur.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

J. During mobilization, if cancellation occurs after flight has commenced, the Contractor will be compensated in accordance with the above provisions.

### C-38 Ordering/Payment for Additional Personnel

The CO may order an additional pilot or crewmember on an intermittent basis to maximize usage of the helicopter. The pilot or crewmember may be furnished at the option of the Contractor. All terms and conditions of the Contract will apply except as set forth below:

A. When ordered by the CO, each additional crewmember will be paid a lump sum of $500 per day for travel days and work days.

B. Transportation costs shall be reviewed by the CO to determine reasonableness prior to ordering. Reasonable costs of transportation from the point-of-hire and return will be paid.

C. This does not apply to relief crews brought in by the Contractor on primary pilot or crews' mandatory days off.

### C-39 Transporting of Relief Crew

The reasonable cost of transporting a relief crew to and from the current Base of Operations of the Helicopter will be paid by the Government. Claims for reimbursement will be supported by itemized paid invoices and other documents necessary to verify incurred costs; i.e., itineraries supporting round trips, names of travelers, etc. This cost reimbursement is not applicable to primary crews. Salary costs for Contractor employee(s) while in travel status is not a cost for which the Government will reimburse the Contractor.

### C-40 Ordering Additional Equipment

A. When additional equipment listed in the Schedule of Items is expressly ordered by the CO on the original aircraft order, the Contractor will be paid the daily rate for each day the equipment is on site and available until released by the CO.

B. Additional equipment not expressly ordered with the aircraft but made available on site by the Contractor will be paid only for each unit of actual ordered use.

### C-41 Additional Aircraft after Contract Award

After Contract award, aircraft with performance equal to or higher than aircraft awarded under this contract may be added at the CO's option at the same price as aircraft originally awarded. The flight rate will be for the make and model being added. All terms and conditions of the contract apply.

### C-42 Meals

No charge will be made for meals furnished by the Government.

### C-43 Payment for Fuel Servicing Vehicle Mileage

A. A fuel-servicing vehicle is required for all fire support use. At the CO's option, a fuel-servicing vehicle may be ordered for project work.

B. The price of the vehicle is included in the daily availability rate or project flight rate offered for both fire and project use.

C. When dispatched by the Government, applicable mileage rates will be paid to and from the Assigned Work Location, beginning at the Contractor's Principle Base of Operations or from the location of the vehicle at the time of order, whichever is closer. Payment will be made only for miles driven in support of the aircraft. Mileage rate schedule follows:

$2.50 per mile - where the carrying capacity of aircraft fuel is 1,500-gallons or more.

$2.00 per mile - where the carrying capacity of aircraft fuel is at least 750-gallons, but less than 1,500-gallons.

$1.40 per mile - where the carrying capacity of aircraft fuel is at least 350-gallons, but less than 750-gallons.

$ .95 per mile - where the carrying capacity of aircraft fuel is less than 350-gallons.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**C-44 Payment for Fuel Transportation**

A. The Government will reimburse the Contractor for costs incurred in transportation of helicopter fuel to sustain Government operations under the following conditions:

1. When Contractor's fuel servicing vehicle cannot travel to an Assigned Work Location due to lack of road access.

2. When Contractor has to arrange for fuel support at an Assigned Work Location to provide a supply for helicopter flights until the Contractor's fuel-servicing vehicle arrives on site.

B. The CO will designate the method of transportation and the gallons to be transported.

C. When the CO orders the Contractor to transport fuel by air, the flight time required to transport the fuel will be paid at the Contract flight hour rate.

D. When the CO orders transportation of fuel by commercial carrier, reimbursement will be based on submitted copies of paid invoices.

E. In the event the Government furnishes fuel to the Contractor, fuel cost will be charged based upon rates at the nearest accessible point fuel is commercially available. Such fuel costs will be deducted from any sums otherwise due the Contractor on the FS or DOI Flight Use Report.

**C-45 Payment for Foam Concentrate**

A. Payment for approved foam concentrate, when ordered by the CO and furnished by the Contractor, will be made on an actual cost basis. Invoice or invoice copies must be submitted to substantiate actual cost payment.

B. Any foam concentrate provided by the Contractor shall be on the list of Approved Foam Products found at the following website: www.fs.fed.us/rm/fire .

**C-46 Miscellaneous Costs to the Contractor**

A. Miscellaneous, unforeseen costs incurred by the Contractor while performing under the terms of the Contract may be reimbursed at Actual Cost when approved by the CO. Examples of such items are airport landing fees, fuel flowage, airport use costs (tie-downs) truck permits or taxes at points-of-entry. A paid receipt shall support any cost in excess of $75.00

B. Claims for reimbursement shall be documented on the FS or DOI Flight Use Report and supported by receipt(s) and/or document(s) when required. In cases where fees are assessed at a later date, claims will be submitted to the Contracting CO.

**C-47 Payment Procedures**

A. Services Ordered and Received by the USDA Forest Service

1. All flight time, daily availability, and other authorized charges or deductions shall be recorded on Form FS-6500-122 (Flight Use Report). At the end of each day this form shall be completed and signed by Government and Contractor's Representative.

2. At the election of the Contractor, the completed and signed Flight Use Report may be used as the Contractor's invoice.

3. Instructions for completing the FS-6500-122 are included in the "122" booklet and the Interagency Helicopter Operations Guide (IHOG).

4. Payment will be made semi-monthly for service as specified on the approved Form FS-6500-122 or Contractor-furnished invoice. Forms accumulated during the first half of the month will be processed for payment about the 16th day of the month and those accumulated during the last half of the month will be processed about the 1st day of the following month.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

5. A USDA-FS Contract Number will appear on all Form FS-6500-122's. All original Form FS-6500-122's shall be submitted by the Contractor to:

   USDA-FS Boise National Forest
   Fiscal & Accounting
   1249 South Vinnell Way
   Boise, ID 83709-1659

   Any questions concerning payment should be directed to the Contracting Unit at NIFC, (208) 387-5631.

B. Services Ordered and Received by the DOI

1. An Aircraft Use Report (OAS-23 Form) shall be completed and signed by both the Contractor's Representative and the Government. Instructions for proper completion of the Aircraft Use report are contained in the OAS-23 booklet and the Interagency Helicopter Operations Guide (IHOG).

2. At the election of the Contractor, the completed and signed Aircraft Use Reports may be used as the Contractor's invoice.

3. The Contractor may submit invoices not less frequently than every 2-weeks beginning from the 1st day services begin or upon release from the Assigned Work Location. Services provided shall be itemized and documented on a daily basis.

4. A DOI Contract Number will appear on all Form OAS -23's. All original Form OAS-23's shall be submitted by the Contractor to:

   Department of the Interior
   National Business Center - Aviation Management
   300 E. Mallard Drive, Ste. 200
   Boise, ID 83706-3991

   Any questions concerning payment should be directed to Edie Stansbury at (208) 433-5028 or Mike McFarlane (208) 433-5027.

**C-48 Helicopter Manager Delegated Authorities**

A Helicopter Manager will be assigned to each helicopter furnished. In addition to directing the work of the Helicopter, the Helicopter Manager has the following delegated Contract administration duties and authority:

1. Complete Helicopter and Fuel Service Truck Pre-Use Checklist. (Exhibit 14, Helicopter and Fuel Service Vehicle Pre-Use Checklist).
2. Order aircraft services as provided in the Contract.
3. Secure compliance with all Contract provisions and specifications, and issue Work Orders/Notices of Non-Compliance as needed.
4. Conduct investigations and prepare Statements of Findings when requested by the CO.
5. Suspend operations pending the removal or reinstatement of unsatisfactory equipment or personnel by the CO.
6. Coordinate temporary substitutions of aircraft and pilot(s) with the CO.
7. Initiate and sign correspondence and other Contract administration documents over the title "Helicopter Manager."
8. Maintain daily diary of Contract activities.
9. Document availability, flight times, and other payment items on the Flight Use Report.
10. Document and verify reasonable transportation costs for ordered additional personnel.
11. Establish daily schedules.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

12. Approve authorized breaks.
13. Review the Helicopter Data Record for Inspection and Approval currency.
14. Review the Pilot's and Mechanics Interagency Qualification Card(s) for currency and qualifications.
15. Complete and submit Performance Report. (Exhibit 15, Performance Report).
16. Review Contractor Power Trend Analysis Graph.
17. Government Helicopter Manager may ride in a Standard Category/Limted Use Helicopter during point-to-point flights and initial attack dispatches. The following conditions shall be met when the Manager is on board:
    a. FAA approved passenger or crew seat with an FAA approved restraint system is available. This seat shall be in conformity with the Helicopter's type certificate.
    b. The use of the observer's position (jump seat) is not approved.
    c. Authorization to ride in a Standard Category Type I Helicopter will be noted on the Aircraft Approval Form (Aircraft Data Card).
    d. Helicopter Managers shall not ride in helicopters certificated only as Restricted Category aircraft.

**C-49 Definitions**

As used throughout this contract, the following terms shall have the meaning set forth below:

Additional Personnel. Additional personnel specifically ordered by the CO where it is to the Government's advantage to have additional availability of the aircraft (not to be confused with a relief crew furnished by Contractor to replace primary crew).

Aircraft Accident. An occurrence associated with the operation of an aircraft, which takes place between the time any person boards the aircraft with the intention of flight and all such persons have disembarked, and in which any person suffers death or serious injury, or in which the aircraft receives substantial damage.

Aircraft Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Aircraft Make and Model. A specific make and basic model of aircraft, including modification; e.g., a Bell 206

Aircraft Make, Model, and Series. A specific make, model, and series of aircraft including modification (e.g., a Bell 206B is not the same make, model, and series as a Bell 206L).

Airspace Conflict. A near mid-air collision, intrusion, or violation of airspace rules.

Alert Status. A status subject to flight and duty limitations, in which the Contractor has 1 hour to return to standby if ordered by the CO to do so.

Anchor. The Interagency approved device manufactured to be the fixed point attached to the helicopter for rappel and cargo letdown operations.

Assigned Work Location. The location designated by the CO from which an ordered flight will originate.

Authorized Crewmember. Those individuals specified in the "Schedule of Items" unless designated otherwise by the CO.

Authorized Flight or Flying Time. The actual time that a helicopter is off the ground for the purpose of the task or tasks to which assigned under an ordered flight when such time is recorded by the pilot and approved by a designated Government Official as having been properly performed.

Aviation Hazard. Any condition, act, or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Base Cost. The portion of the flight rate that is constant throughout the contract period and not affected by changes in fuel prices. Adjustments to the base cost will be made annually by the CO.

Call-When-Needed. A term used to identify the furnishing of services on an "as needed bases" or "intermittent use" in government procurement contracts. There is no guarantee the Government will place any orders and the Contractor is not obligated to accept any orders. However, once an order is placed and the Contractor takes steps to perform, both sides are bound by the terms and conditions of the Contract.

Cargo. Any material thing carried by the aircraft.

Chief-of-Party. Designated Government representative for all passengers on a flight.

Civil Twilight. Begins in the morning, and ends in the evening when the center of the sun is geometrically 6° below the horizon.

Contractor. An operator being paid by the Government for services.

Cruising Speed, Service Ceiling, and Cruising Range. Shall be the same as applied by the CAB and FAA, United States Department of Transportation and the aircraft manufacturer.

Duty. That period that includes flight time, ground duty (pre- and post- flight inspections) of any kind, and standby or alert status at any location.

Empty Weight. The last weight and moment entry on the aircraft weight and balance record. Empty weight is determined using weight and balance data which was determined by actual weighing of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Equipped Weight. Equipped weight equals the Empty Weight (as listed in the Weight and Balance Data) **plus** the weight of lubricants and onboard equipment required by contract (i.e., survival kit, rappel anchor).

The helicopter's contracted equipped weight is determined using weight and balance data which was determined by actual of the aircraft within 24-calendar months preceding the starting date of the contract and following any major repair or major alteration or change to the equipment list which significantly affects the center of gravity of the aircraft.

Helicopter contracted equipped weight shall not exceed 1% above the awarded contracted equipped weight during the Contract period, unless the Government requires additional equipment after award. Aircraft that fail to meet helicopter contracted equipped weight minimums, including the plus 1% allowance, shall be made unavailable under the terms of this Contract.

External Load. Any combination of load and line that is 50 feet or less in length.

Fatal Injury. Any injury, which results in death within 30-days of the accident.

Federal Aviation Regulations. Rules and regulations contained in Title 14 of the Code of Federal Regulations.

Ferry Flight. Movement of helicopter under its own power from point-to-point.

First Aid. Any medical attention that involves no medical bill. If a physician prescribes medical treatment for less than serious injury and makes a charge for this service, that injury becomes "medical attention."

Flight Crew. Those Contractor personnel required by the Federal Aviation Administration to operate the aircraft safely while performing under contract to the Government.
Flight Rate. The contract unit price per hour of flight time as found in the Table of Flight Rates or Schedule of Items. (Includes base cost plus fuel costs.)

Flight Time. Begins when the aircraft leaves the ground in takeoff for a given flight and ends when the aircraft has landed.

Forced Landing. A landing necessitated by failure of engines, systems, components, or incapacitation of a crewmember, which makes continued flight impossible, and which may or may not result in damage.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Fuel Cost. The variable portion of the flight rate that is subject to change due to fuel price change.

Fuel Endurance. Fuel required including a 20-minute reserve.

Fully Operational. Helicopter, pilot(s), other personnel, repairs, operating supplies, service facilities, and incidentals necessary for the safe operation of the helicopter both on the ground and in the air.

Fully Rated Capacity. The number of passenger seats or pounds of cargo load authorized in the applicable Type Certificate Data Sheet.

General Aviation. That portion of civil aviation that encompasses all facets of aviation except air carriers.

Ground Mishap, Aircraft. An aircraft mishap in which there is no intent to fly; however, the power plants and/or rotors are in operation and damage incurred requiring replacement or repair of rotors, propellers, wheels, tires, wing tips, flaps, etc., or an injury is incurred requiring first aid or medical attention.

Hazard. Any condition, act or set of circumstances that exposes an individual to unnecessary risk or harm during aviation operations.

Helitanker. An aerial delivery system that is a helicopter configured for the dispensing of fire retardant or fire suppressant material. Airtanker Board criteria shall apply to helicopters with a minimum capacity of 700 gallons or more.

Hover-in-ground-effect (HIGE). Maximum pressure altitude and temperature at which a helicopter can hover (at maximum gross weight) using the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Hover-out-of-ground Effect (HOGE). Maximum pressure altitude and temperature which a helicopter can hover (at maximum gross weight) without the effects of ground cushion per the Flight Manual/Supplements and STC performance charts.

Incident. An occurrence other than an accident, associated with the operation of an aircraft, which affects or could affect the safety of operations.

Incident-With-Potential. An incident that narrowly misses being an accident and in which the circumstances indicate significant potential for substantial damage or serious injury. Final classification will be determined by the agency Aviation Safety Manager.

Instrument Flight Rules (IFR). As defined in 14 CFR Part 91.

Internal Cargo Compartments. An area within the helicopter specifically designed to carry cargo.

Law Enforcement. Those duties carried out by agency personnel together with personnel from cooperating agencies, to enforce various Federal laws applicable to trespass (those activities relating to timber, grazing, fire, occupancy and others). Other activities can include those that are illegal under the antiquities acts and the manufacturing, production, and trafficking of substances in violation of the Controlled Substances Act (16 U.S.C. 559b-f)) and other illegal activities occurring on agency jurisdictional lands. Specific law enforcement activities can include surveillance (visual, infrared, or photographic), transportation of law enforcement personnel and persons in custody and transportation of property (both internally and externally). All helicopter activities including landings will occur at locations that are secured by law enforcement personnel or are locations removed from law enforcement actions.

Life-Threatening. A situation or occurrence of a serious nature, developing suddenly and unexpectedly and demanding immediate action to prevent loss of life.

Limited Use Helicopter. A limited use helicopter is an Interagency term used to denote a standard category helicopter that is designated and utilized in a limited role (not for passenger transport .)

Long-line. A line extended from the cargo hook of a helicopter which is 50-feet or greater in length.

Maintenance Deficiency. An equipment defect or failure which affects or could affect the safety of operations, or that causes an interruption to the services being performed.

Mishap, Aviation. Mishaps include aircraft accidents, incidents-with-potential, aircraft incidents, aviation hazards and aircraft maintenance deficiencies.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Night. The time between the end of evening civil twilight and the beginning of morning civil twilight, as published in the American Air Almanac, converted to local time.

Occupant: Any crew or passenger that is aboard an aircraft.

Official Sunset and Sunrise. The times when the upper edge of the disk of the Sun is on the horizon, considered unobstructed relative to the location of interest. Atmospheric conditions are assumed to be average and the location is in a level region on the Earth's surface.

Operational Control. The condition existing when an entity exercises authority over initiating, conducting or terminating a flight.

Operating Agency. An executive agency or any entity thereof using agency aircraft, which it does not own.

Operator. Any person who causes or authorizes the operation of an aircraft, such as the owner, lessee, or bailee of an aircraft.

Passenger. Any person aboard an aircraft who does not perform the function of a flight crewmember or crewmember.

Passenger Seating Capacity. Number of passenger seats excluding pilot(s).

Payload. The maximum allowable weight (passengers and/or cargo) that can be carried in any one mission.

Pilot-In-Command. The pilot responsible for the operation and safety of the aircraft during the time defined as flight time.

Point-of-Hire. Point-of-Hire shall be the Contractor's Principle Base of Operations as specified in Section B or the location of aircraft at time-of-hire.

Precautionary Landing. A landing necessitated by apparent impending failure of engines, systems, or components, which makes continued flight inadvisable.

Principle Base of Operations. The primary operating location of a 14 CFR Part 121, 133, 135 or 137 certificate holder as established by the certificate holder.

Rappeller. A person who has been trained and certified to rappel from a helicopter, in accordance with agency specified policy and direction contained in the Interagency Helicopter Rappelling Guide.

Rappel Spotter. A person who has been trained and certified, in accordance with agency-specified policy and direction contained in the Interagency Helicopter Rappel Guide, to direct and manage a rappel operation

Restricted Category. An aircraft that has been manufactured in accordance with the requirements of and accepted for use by an Armed Force of the United States and later modified for special purposes such as agriculture, forest and wildlife conservation, aerial surveying, patrolling, or any the operation specified by the FAA Administrator.

SAFECOM. Use to report any condition, observance, act, maintenance problem, or circumstance, which has potential to cause an aviation related mishap. The purpose of the SAFECOM form is not intended to be punitive in nature. It will be used to disseminate safety information to aviation managers, and also to aid in accident prevention by trend monitoring and tracking. See www.safecom.gov

Serious Injury. Any injury which: (1) requires hospitalization for more than 48-hours, commencing within 7-days from the date the injury was received; (2) results in a fracture of any bone (except simple fractures of fingers, toes or nose); (3) causes severe hemorrhages, nerve, muscle or tendon damage; (4) involves any internal organ; or; (5) involves second or third-degree burns, or any burns affecting more than 5% of the body surface.

Sling Load. Jettisonable external load that is lifted free of land or water during the rotorcraft operation.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

Special Use Missions:

Air Tactical Coordination (Air Attack). Coordination with other tactical aircraft during fire and other project operations.

Fire Surveillance/Reconnaissance. Patrolling in search of and scouting wildland fires; checking fuel types and fire behavior.

Reconnaissance (Non-Fire). Observation and fact-finding reconnaissance, i.e. wildlife monitoring, snow surveys, search and rescue, timber and range surveys, insect and disease surveys, law enforcement, and aerial photography.

Other. Cooperative use with other agencies, and other purposes mutually agreed upon by the Contractor and the Contracting Officer.

Standard Category Helicopter. A turbine powered helicopter which is certificated in the normal or transport category, operated and maintained in accordance with 14 CFR Part 135 by an operator holding an Air Carrier Certificate. These helicopters may be used for all types of operations such as passengers, reconnaissance, tank or bucket operations, and cargo.

Substantial Damage. Any damage or failure which adversely affects the structural strength, performance or flight characteristics of the aircraft, and which would normally require major repair or replacement of the affected component. Engine failure or damage limited to an engine if only one engine fails or rotor or propeller blades, and damage to landing gear, wheels, tires, flaps, engine accessories, brakes, or wing tips are not considered "substantial damage" for the purpose of this part.

Type I Helicopter. 15 or more passenger seats or 5,000 lbs payload, and 700 gallons retardant capacity.

Type II Helicopter. Between 9 to 14 passenger seats or 2,500 to 4,999 lbs payload and 300 to 699 gallons retardant capacity.

Type III Helicopter. Between 4 to 8 passenger seats or 1,200 to 2,499 lbs payload and 100 to 299 gallons retardant capacity.

Vertical Reference/External Load. Direct visual reference, by the pilot, of an external load/cargo being slung from beneath the helicopter with a line attached to the cargo hook and being removed or placed from the earths surface with precision.

Visual Flight Rules (VFR). As defined in 14 CFR Part 91.

**C-50 Abbreviations**

| | |
|---|---|
| A&P | Airframe & Powerplant (Mechanic) |
| AC | Advisory Circular |
| AD | Airworthiness Directive |
| AFF | Automated Flight Following |
| ASP | Aviation Safety Plan |
| ATC | Air Traffic Control |
| ATCO | Air Taxi/Commercial Operators |
| CAB | Civil Aeronautics Board |
| CG | Center of Gravity |
| CO | Contracting Officer |
| CFR | Code of Federal Regulations |
| COR | Contracting Officer's Representative |
| COTR | Contracting Officer's Technical Representative |
| CWN | Call-when-Needed (Contract) |
| DOI | Department of the Interior |
| DOT | Department of Transportation |
| ELT | Emergency Locator Transmitter |
| EPA | Environmental Protection Agency |
| ETA | Estimated Time of Arrival |
| FAA | Federal Aviation Administration |
| FAR | Federal Acquisition Regulations |
| FPMR | Federal Property Management Regulations |
| GPM | Gallons-Per-Minute |
| FSS | Flight Service Station |
| HIP | Helicopter Inspector Pilot |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

| | |
|---|---|
| IATB | Interagency Airtanker Board |
| HOS | Helicopter Operations Specialist |
| ICAO | International Civil Aviation Organization |
| IFR | Instrument Flight Rules |
| IMC | Instrument Meteorological Conditions |
| M&IE | Meals and Incidental Expenses |
| MSL | Mean Sea Level |
| NTSB | National Transportation Safety Board |
| NOTAM | Notice to Airmen |
| PA | Public Address System |
| PASP | Project Aviation Safety Plan |
| PIC | Pilot-in-Command |
| PTT | Push-To-Talk |
| RAO | Regional Aviation Officer |
| RASM | Regional Aviation Safety Manager |
| RON | Remain-Over-Night |
| SIC | Second-in-Command/Co-Pilot |
| STC | Supplemental Type Certificate |
| TBO | Time Between Overhaul |
| TCAS | Traffic Collision Avoidance System |
| USDA-FS | United States Department of Agriculture-Forest Service |
| VFR | Visual Flight Rules |
| VNE | Velocity Never Exceed |
| VSWR | Voltage Standing Wave Ratio |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 1**
**FIRST AID KIT AERONAUTICAL**

Each kit shall be in a dust-proof and moisture-proof container. The kit shall be on board the aircraft and accessible to the occupants. The contents shall include the following minimum items:

| **Item Description** | **Passenger Seats (0 – 9)** | **Passenger Seats (10 – 50)** |
|---|---|---|
| Adhesive bandage strips (3 inches long) | 8 | 16 |
| Antiseptic or alcohol wipes (packets) | 10 | 20 |
| Bandage compresses, (4-inch) | 2 | 4 |
| Triangular bandage compresses, 40 inch (sling) | 2 | 4 |
| Roller bandage, 4 inch x 5 yards (gauze) | 2 | 4 |
| Adhesive tape, 1 inch x 5 yards (standard roll) | 1 | 2 |
| Bandage scissors | 1 | 1 |
| Body Fluids Barrier Kit: | 1 | 1 |
| ▪ 2-pair of latex gloves | | |
| ▪ 1-face shield | | |
| ▪ 1-mouth-to-mouth barrier | | |
| ▪ 1-protective gown | | |
| ▪ 2-antiseptic towelettes | | |
| ▪ 1-biohazard disposal bag | | |
| | | |

Note:

Splints are recommended if space permits.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 2**
**SURVIVAL KIT AERONAUTICAL (LOWER 48)**

The contents shall include the following minimum items:

| Item | Item |
|---|---|
| Knife | Signal Mirror |
| Signal Flares (6-each) | Matches (2-small boxes in waterproof containers) |
| Food (2-days emergency rations per occupant) | Water (1-quart per occupant) (not required when operating over areas with adequate drinking water) |
| Space Blanket (1-per occupant) | Candles |
| Collapsible Water Bag | Whistle |
| Magnesium Fire Starter | Nylon Rope or Parachute Cord (50-feet) |
| Water Purification Tablets | |

Suggested Survival Kit Items Dependent Upon Terrain and Climate:

| Item | Item |
|---|---|
| Container w/carrying Handle or Straps | Individual First Aid Kit |
| Large Plastic Bags | Signal Panels |
| Flashlight with Spare Batteries | Hand Saw or Wire Saw |
| Collapsible Shovel | Sleeping Bag (1-per two occupants) |
| Survival Manual (Arctic/Desert) | Snowshoes |
| Insect Repellant | Axe or Hatchet |
| Insect Headnet (1-per occupant) | Gill Net/Assorted Fishing Tackle |
| Personal ELT | Sunscreen |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 3
## ALASKA SUPPLEMENT

The following provisions shall apply when operating in Alaska. All other provisions not expressly changed herein continue to apply.

NOTE: Contractors from the lower 48 dispatched to Alaska need to have insurance coverage for Alaska, in addition to having Operations Specifications that permit Alaska operations.

(1) SECTION C, **General Equipment**

Additional Equipment:

One set of approved Tundra Boards or Snow Pads with accompanying FAA certification.

Complete set of current aeronautical charts and navigation publications covering areas of operation within Alaska and Canada.

Survival kit:

All aircraft will carry survival equipment. Survival kits will contain at least the following items and additional items required by local regulation as is appropriate for local climate and terrain conditions.

The minimum equipment to be carried during the summer months:

| Item | Item |
|---|---|
| Ax or hatchet (1), and Knife (1) | Water Purification Tablets |
| Magnesium Fire Starter | Mosquito repellant containing DEET |
| Whistle | Mosquito headnet for each occupant (1) |
| Signal Mirror | Candles (5 each) |
| Signal Flares (6-each) | Space Blanket (1 per occupant) |
| Matches (2-small boxes in waterproof containers) | Nylon Rope or Parachute Cord (50-feet) |
| Food (Each occupant sufficient to sustain life for 1-week) | An assortment of fishing tackle such as hooks, flies, lines, sinkers, etc. |
| Personal Locator Beacon (PLB) (Note: required only if Aircraft ELT requires tools to be removed) | |

In addition to the above, the following shall be carried as minimum equipment from October 15 to April 1 of each year:

| Item | Item |
|---|---|
| Pair of Snowshoes (1) | Sleeping bag per two occupants (1) |
| Wool blanket or equivalent for each occupant over 4-years of age (1) | |

Note: A hand-held 760 channel VHF transceiver radio is recommended. It should be attached, or immediately accessible, to a crewmember rather than placed in the aircraft survival kit.

FUEL SERVICING VEHICLE SPECIFICATIONS -

A fuel servicing vehicle and driver are not required.

The Government will furnish, transport, and store all aircraft fuel required at no expense to the Contractor.

Grades of Government-furnished fuel vary from location to location, and the Contractor shall use the grade available.