**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 3**
**ALASKA SUPPLEMENT (Cont)**

The appropriate type of fuel (Avgas or Jet fuel), in one of the following grades, will be available at each location:

| AVGAS | JET FUEL |
|---|---|
| 100 | Jet A |
| 100LL | Jet A-50 |
| | Jet B |
| | Jet-4 or JP-5 or JP-8 |

All lubricating oil, parts, and supplies shall be furnished and transported by the Contractor to the Assigned Work Location.

The Contractor shall furnish for each aircraft a portable hand or electrically-operated fuel pump, barrel stem, hoses, and filtration system for refueling in remote areas.

The filtration system shall include a unit which accomplishes water separation with positive shut-off. The size of the filtration system unit shall be compatible with pump size. One acceptable three-stage unit is FACET part number 050971. If this model FACET is used, the third stage monitor should be a Velcon part number CDF-210K which is rated to 10 GPM. Also acceptable are Velcon filter spin on 5 micron cartridges, part number 40505SP, rated to 13 GPM; or Velcon VF-31 with 1 micron cartridge element, part number ACO-21005B, rated to 15 GPM. All filtering components shall be changed annually or sooner if needed, and the date of the change shall be placarded on the canister.

Two complete spare filter changes shall be furnished by the Contractor.

AVAILABILITY OF MECHANICS –

The mechanic shall be present for all operations in Alaska. The mechanic shall accompany the helicopter to any assigned work location. The cost of the mechanic shall be included in the Daily Availability Rate.

(2) SECTION C **Payment for Availability**

Operations in Alaska will be scheduled by the Government in accordance with flight time/duty time limitations. The schedule will not exceed:

SINGLE CREW: Maximum 14 hour per day PIC, or PIC and SIC.

DOUBLE CREW: Maximum 24 hours per day.

Measurement of availability will be reduced, as specified below, for each hour or portion thereof service is listed as unavailable to the Government.

SINGLE CREW: 1/56 per quarter hour NTE 56/56 per day.

DOUBLE CREW: 1/96 per quarter hour NTE 96/96 per day.

Availability, as measured above, will be paid at the applicable rate appearing in the Schedule of Items.

(3) SECTION C, Transporting of Relief Crew

If ordered by the Government, the Contractor shall be reimbursed for the cost incurred in delivering personnel to the reporting base NOT TO EXCEED the round trip coach fare from Seattle-Tacoma International Airport. The ordering of additional personnel shall be annotated, (including date and time ordered) on the Flight Use Report and signed by the Government Representative placing the order. The Contractor agrees to deliver additional crew to the designated base within 48 hours after notification. Reimbursement shall be supported by paid receipts and the passenger coupon or legible certified true copies.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 3**
**ALASKA SUPPLEMENT (Cont)**

(4) AIRCRAFT FUEL. The cost of fuel furnished by the Contractor in lieu of Government Furnished fuel while operating in Alaska will be reimbursed to the Contractor as provided below:

GENERAL. The Contractor shall not charge any fuel acquired under this contract directly to the Government. All fuel not otherwise furnished by the Government must be paid by or charged to the Contractor. The purchase must be approved by the Contracting Officer. Fuel related costs shall be recorded as a line entry (i.e., date, fuel charge, dollar amount, and use-item code fuel charge [FC]), shall be summarized under "Other Charges/Credits" on the Aircraft Use Report (OAS-23), or Flight Use Report 6500-122, and shall be supported by paid legible, itemized invoices from the supplier. Certified true copies may be submitted in lieu of the original invoice.

Government furnished fuel used by the Contractor for maintenance flights, repositioning aircraft, crew transportation, or any other flight for the convenience of the Contractor, will be deducted from amounts due the Contractor at the rate specified in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart.

The flight rate will be reduced to reflect a dry rate by multiplying the fuel consumption for make and model of aircraft by current jet fuel price in the current Hourly Flight Rate Fuel Consumption and Weight Reduction Chart. Mobilization and demobilization will be at the wet rate. The dry rate will be effective upon the first Government-Furnished-Fueling.

FERRY FLIGHTS THROUGH CANADA. Flights through Canada will be paid at the wet rate.

(5) SECTION C, Payment for Transportation of Helicopter Fuel

Not applicable in Alaska.

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 4
## RESTRAINT SYSTEMS CONDITION INSPECTION GUIDELINES

A. Federal Aviation Regulations require that occupant restraints systems are to be replaced in aircraft manufactured after July 1, 1951; such systems shall conform to standards established by the FAA. These standards are contained in Technical Standard Order TSO-C22. Restraint system eligible for installation in aircraft may be identified by the marking TSO-C22, TSO-C114 on the webbing, or by a military designation number since military systems comply with the strength requirements of the TSO. Aircraft manufacturer installed restraint systems with part numbers are acceptable. Each system shall be equipped with an approved metal-to-metal latching device.

B. Federal Aviation Regulations provide minimum inspection guidance, other than to state, that mildew and fraying may render the restraint system un-airworthy and that suspected webbing should be tested for tensile strength. The tensile strength requirement for a single person system is 525 pounds (most systems are rated at 1,500 pounds).

C. Unacceptable Condition Criteria:

| Webbing | Hardware | Stitching | TSO Tags |
|---|---|---|---|
| Frayed (5%) | Inoperable | Broken | Missing |
| Torn | Damaged | Excessive Wear | Illegible |
| Crushed | Corroded | Missing | |
| Swollen | Excessive Wear | | |
| Creased | | | |
| Deteriorated | | | |

D. References:

14 CFR Part 91.205
14 CFR Part 21.607
AC 21-34
TSO-C22
TSO-C114

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT**

**A. Fixed Suppressant/Retardant Delivery Tank**

One (1) externally mounted, baffled, quick-disconnect (45-minutes) fixed suppressant/retardant delivery tank that meets or exceeds the following specification:

Capacity commensurate with the maximum related lifting capability of the helicopter equipped with the tank at sea level on a standard day. Further, the weight of the tank shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity. The drafting system will not exceed 3.5% of the weight of the water in the tank when it is filled to full capacity.

1. Door(s)

   The Tank door(s) shall be designed such that:

   a. The frontal area of the retardant column is minimized.

   b. The door(s) does not appreciably deflect the retardant when fully opened.

   c. The tank and doors shall be leak proof, i.e. ½ gallon or less in a 24-hour period

   d. The doors shall be closeable in flight if the aircraft is not capable of landing with the door(s) open without damaging the door(s).

2. Venting

   a. The tank shall be vented so that no more than 0.25 PSI negative pressure will be created in the tank head space during the fastest drop sequence.

   b. The vent shall not leak during filling or normal flight maneuvers.

3. Fill Port(s)

   a. The fill port shall be a 3-inch Kamlock ® fitting (male) and shall be located on the right and left side of the aircraft.

   b. The fill port shall not leak or overflow during ground operations or during normal flight maneuvers.

   c. The tank shall accept filling at a rate sufficient to allow the tank to be filled to capacity in no more than 1-minute.

4. Controls

   a. The door open switch shall be the same switch that opens the water bucket.

   b. When required, the tank close switch shall be the same switch that closes the water bucket.

   c. All tanks shall be equipped with an independently controlled and operated emergency dump system enabling the entire load to be dropped in less than 6-seconds. This system shall use mechanical, pneumatic, or fluid pressure for operation.

   d. Emergency systems operated by pneumatic or fluid pressure shall be isolated from the normal tank system pressure. Normal function or failure of the normal system shall not affect the emergency system pressure. Emergency systems dependent on normal operating aircraft or tank systems for initial charge shall have a pressure gauge or indicator readily visible to the crew. Emergency systems dependent on precharged bottles shall have a positive means of checking system charge during preflight.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)**

e. The primary emergency dump control shall be positioned within easy reach of the pilot and copilot while strapped in their respective seats. Electrically operated controls shall be wired direct to a source of power isolated from the normal aircraft electrical bus and protected by a fuse or circuit breaker of adequate capacity.

5. Certifications

a. The aircraft will be certificated in the normal or transport category except when restricted operations are authorized by the CO.

b. Weight and balance computations shall be made with the tank full, empty, and removed, showing the helicopter to remain within acceptable center of gravity limits at all times.

**B. Fixed Suppressant/Retardant Tank with Self-Filling Capability**

1. A Fixed Retardant Delivery Tank with self-contained hover drafting system. As a minimum, each system shall meet the following requirements:

a. Fill time (60-seconds)

b. Built to Aviation Industry Standards

2. Shall not adversely effect any aircraft system

3. Capacity commensurate with the maximum rated lifting capability of the helicopter equipped with the tank and drafting system at sea level on a standard day. Further, the weight of the tank and drafting system shall not exceed 12.5% of the weight of the water in the tank when it is filled to full capacity.

4. Each system will be approved by the CO prior to use. A copy of approval criteria is available from the CO.

**C. Suppressant/Retardant Mixing Equipment**

1. Installation

The unit shall be designed for ease of installation and loading and shall not require any modifications to the helicopter. Modifications are defined as any change to the integrity of the structural components of the helicopter airframe, such as drilling holes in tubing or distorting the metal.

2. Containment

Any unit mounted inside the helicopter (other than those that have STC's or 337's) shall have a containment vessel around the pumping and concentrate storage supply. The containment vessel shall be able to hold 125% of the concentrate supply. The discharge hose and fittings shall be able to withstand 150 PSI or two times the rated maximum pressure output of the pump, whichever is greater. The discharge hose that is inside the cabin shall have a containment sleeve of clear hose to check for leaks.

3. Restraint

The foam pumping unit containment vessel and concentrates shall be affixed to the helicopter in a means to prevent injury to any occupants. The design shall meet the maximum inertia forces specified in 14 CFR Part 23.561(b)(2).

4. Hose Routing

The hose used to carry the concentrate shall be routed out the side of the helicopter away from the pilot. Hoses will be routed in a manner that will not interfere with flight controls.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 5**
**ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)**

5. Breakaway Fittings

Any hose shall have a disconnect that will pull away from the hose when the bucket is released. The disconnect shall be close to the helicopter to keep the hose from beating against the helicopter. The disconnect shall hold the pressure of the line and be able to activate at 1/3 of the bucket empty weight.

6. Compatibility of Materials

The materials used in construction of any foam dispensing unit shall be compatible with all foams. Materials shall be resistant to corrosion, erosion, etching, or softening. To evaluate the materials, submerge in foam concentrate for 96 hours then in a 1½% solution for 96-hours. Material samples shall be measured, weighed and visually examined to insure that deterioration of the materials and the assembly does not occur with operational use. Unacceptable conditions may be, but are not limited to cracking, crazing, softening, joint separation, bulging, diminished wall thickness, glue or mastic breakdown, or defective fasteners, gaskets or fittings.

7. Foam Quantity

Unit is to be of the optimum size compatible with the make and model helicopter. However, the unit shall carry a minimum of 5 (five) gallons of concentrate for each 100 gallons of bucket capacity. Downloading may be accomplished when desirable during operations.

8. Power

Power source for the dispenser shall be obtained from the helicopter by installing a MS 3116F-12-3P, 3 pin connector on the cord to the unit pin A shall be +28 VDC and pin B for ground (this is the same plug used for the infrared imaging system). Electrical power required to operate the concentrate pump shall not be in excess of that normally available from the plug used as the source of power.

9. Vibration

The unit shall not cause undue vibration in the helicopter during operation or in flight. The unit shall be padded to keep from causing any single stress points on any parts not designed for such.

10. Operation

The pilot shall be able to operate the unit with a minimal level of attention. The system shall be automated to the point where the pilot has one control to operate. Once the control is set for flow rate there should be no further adjustment necessary to the unit.

11. Flow Rate

The system shall be capable of dispensing a variable amount of concentrate, in flight, to achieve a mixture ratio ranging from 0.1 to 1.0% by volume in 0.1% increments.

12. Concentrate Loading

Loading using 5-gallon containers is preferred. Bulk loading shall be performed so such loading will avoid any spillage on the helicopter or come in contact with the helicopter. Servicing shall be accomplished during normal refueling time for the helicopter and take no longer than the refueling operation. Loading operations are to be performed by Contractor personnel.

13. Approved Foam Products can be found at:: Wildland Fire Chemical Systems (WFCS) www.fs.fed.us/rm/fire

   a. When transporting retardant or equipment containing retardant residue, Contractor shall take precautions to prevent retardant from coming in contact with the aircraft structure.

   b. Offered equipment will be approved by the CO prior to any use under the Contract.

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

EXHIBIT 5
ADDITIONAL SUPPRESSION/PRESCRIBED FIRE EQUIPMENT (Cont)

**D. Additional equipment offered shall meet the following requirements:**

1. Power source for a Helitorch or remote cargo hook. (as applicable)

   a. An MS 3101A-24-11S, 9-pin connector shall be provided. Pin D shall be airframe ground. Pin E shall be switched 28VDC, protected by a 50 amp circuit breaker that can be manually opened and reset. The water bucket open switch shall also activate this circuit.

   b. The connector shall be mounted adjacent to the cargo hook (within 12 inches). A wire rope lanyard or other similar device shall be provided for support of the connector so that tension loads will not be placed on the electrical wiring.

   c. This connector has multiple circuit capacity sufficient to provide power and control for Contractor-furnished equipment such as the required water bucket. Water buckets shall be wired through this connector.

   Note:

   9-pin wiring diagram for suppressant/retardant buckets (See: www.fs.fed.us/fire/niicd/documents.html )

2. Remote Cargo Hook

   a. As a minimum, the remote cargo hook shall be completely disassembled and inspected with repairs made as required; lubricated and perform a full-load operational check every 24 calendar months.

   b. All work shall be done in accordance with manufacturer's maintenance manuals, as applicable.

3. Long-lines (as applicable)

   a. Rotation resistant wire rope

      (1) Rotation resistant wire rope with swagged fittings rated in accordance with ANSI Standards

      (2) Fabrication and installation methods shall be in accordance with aircraft and ANSI Standards.

   b. Synthetic Long Line

      (1) Helicopter synthetic long-lines shall be constructed from the HMWPE (High Molecular Weight Polyethylene Equipment) or HMPE (High Molecular Polyethylene Equipment) family of rope fibers including brand names such as Spectra® by Allied Signal or fibers with similar properties.

   (2) Rope Diameter. Minimum rope diameter shall be ½-inch

      (3) Working or Rated Load

         A. The working or rated load of a rope is the maximum static load that will be lifted by the rope. Working loads are based on a percentage of the approximate breaking or ultimate strength of the rope when new and unused. The working load shall be appropriate to the lifting capability of the helicopter.

         B. For reference, lifting capability for each category of helicopter is as follows:

| | |
|---|---|
| Type I | 8000 to 30,000 lbs or greater |
| Type II | 1600 lbs to 4500 lbs |
| Type III | 750 lbs to 1600 lbs |

      (4) Factor of Safety

         A factor of safety of 7 shall be used for helicopter synthetic long-lines. Therefore, all ropes shall have an ultimate strength of seven times the rated or working load. For example, if a Type II helicopter line will have

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

a working load of 4,500 pounds, the rope shall have a strength, when new, of at least 31,500 pounds. Rope diameters will vary depending on strength and type of rope.

(5) Knots and Splices

Knots are not permitted in the synthetic long-line. Knots can decrease rope strength by as much as 50%. Splices may be used in the assembly of the long-line, but no mid-line splicing repairs may be done. Re-splicing at the end of the line is permitted only if the rope is in good condition, and the new splice is done per manufacturer's recommended splicing practices. Splices should always follow the manufacturer's recommended splicing practices.

(6) Maintenance and Inspections

Manufacturer's recommended maintenance and inspection procedures shall be complied with.

4. Wire Cutters (if installed)

Wire cutting devices to provide catastrophic failure protection from striking horizontal wires and cables. At least 85 percent of the frontal area of the helicopter shall be protected.

RFP 49-05-08

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 6**
**HIGH VISIBILITY MARKINGS ON MAIN ROTOR BLADES**

**Acceptable Paint Schemes**

A. Starting at blade tip, paint first 1/6th of blade length with gloss white. Paint second 1/6th of blade length with orange. Paint third 1/6th of blade length with gloss white. Paint next 1/3rd of blade length with orange. Paint remaining 1/6th of blade length with gloss white.

**Hub**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **White** | **Orange** | **White** | **Orange** | **White** | **White** | **Orange** | **White** | **Orange** | **White** |
| 1/6 | 1/6 | 1/6 | 1/3 | 1/6 | 1/6 | 1/3 | 1/6 | 1/6 | 1/6 |

B. One black and one white blade.

C. Paint schemes previously approved under Interagency Fire and Aviation Contract.

D. Paint schemes and color variations specified by manufacturer in a service bulletin, instructions, or other manufacturer published document or text.

RFP 49-05-08

SECTION C
DESCRIPTION/SPECIFICATIONS/EXHIBITS

EXHIBIT 7
ADDITIONAL AVIONICS EQUIPMENT

A. GPS Data Connector

One GPS Data Port Connector. A GPS data port connector shall be installed for the purpose of external data retrieval by a GIS laptop computer. The connector shall be a DB-9F type D sub-connector, shall be wired for RS-232C serial format for laptop computers (pin 2-transmit data, pin 3-receive data if applicable, and pin 5-ground) and shall be mounted in a location convenient to the observer.

B. Additional GPS Antenna

The Contractor shall allow the Government to utilize a portable GPS in the helicopter. In order to facilitate this, the Contractor shall provide a low-profile GPS aviation antenna (Freeflight Systems pert number 16248-20 (telephone number (254)662-0000) or equivalent) mounted atop the helicopter per the manufacturers installation manual, with associated cable and type "N" female connector, terminated within the aircraft in a location convenient to the observer.

C. Fuel Service Vehicle Radio

1. A VHF-FM two-way mobile radio, with a matched broadband antenna (Antenna Specialists ASPR7490, Maxrad MWB5803, or equivalent), shall be installed in the fuel-servicing vehicle. The radio's operational bandwidth shall include the 150 MHz to 174 MHz frequency band, with user-programmable channels. Selection of either wideband (25.0 kHz) or narrowband (12.5 kHz) channel spacing is required on each channel. The radio shall be frequency-synthesized, equipped with a CTCSS sub-audible tone encoder having a minimum of 32 selectable tones meeting the current TIA/EIA-603A standard, and develop a minimum of 30 watts carrier output power.

2. The use of appropriate portable VHF-FM radios (Relm BK EPH/GPH/DPH series; Motorola XTS3000 & XTS5000; Thales Racal 25; EF Johnson 5100; and Datron Guardian 25, or equivalent) with suitable output power booster units is permissible.

3. Transceivers shall be set to operate in the narrowband mode unless local requirements dictate otherwise. All radios must have the ability to be programmed in the field by the operator without the aid of a computer or radio shop.

4. The following mobile radios are known to meet the above requirements:

| | |
|---|---|
| BK Radio | EMH or GMH ("Smartmic" option required) |
| ICOM | IC-F320* |
| Kenwood | TK-760H* |
| Relm | APCO 25* |

Note: *Dealer modification required for programmability.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS**

A. General

1. An approved fuel servicing vehicle (FSV) (truck, pump-house, or trailer) shall be provided with each helicopter. The FSV shall be inspected annually and shall be stationed at the Assigned Work Location unless dispatched by the Contracting Officer. Vehicle shall display a current USDA-FS or USDI-OAS inspection sticker.

2. The fuel-servicing vehicle shall be capable of transporting fuel over rough mountainous terrain to include grades of up to 9%.

3. Fuel tank/chassis combinations which are not compatible and/or that exceed the gross vehicle weight rating (GVWR) when tank(s) are full are not permitted.

4. Fuel servicing vehicles shall be properly maintained, cleaned, and reliable. Tanks, plumbing, filters, and other required equipment shall be free of leaks, rust, scale, dirt, and other contaminants. Trailers used for storage and transport of fuel shall have an effective wheel braking system.

5. Spare filters, seals, and other components of the fuel-servicing vehicle filtering system shall be stored in a clean, dry area in the fuel service vehicle. A minimum of one set is required to be with the vehicle.

6. The fuel servicing vehicle tank capacity shall be sufficient to sustain 8-hours of flight (14-hours of flight when the aircraft is doubled crewed and required in the Schedule of Items). Barrels are not acceptable. The fuel servicing vehicle manufacturers' gross vehicle weight (GVW), with a full fuel tank, shall not be exceeded.

7. All tanks will be securely fastened to the vehicle frame in accordance with DOT regulations and shall have a sump or sediment settling area of adequate capacity to provide uncontaminated fuel to the filter.

8. A 10-gallon per minute filter and pump is the minimum size acceptable. Filter and pump systems sizes shall be compatible with the helicopter being serviced.

9. The filter manufacturer's Operating, Installation and Service Manual shall be with the fuel-servicing vehicle. Filters shall be changed in accordance with the filter manufacturer's manual, at a minimum of every 12-months, whichever is less, and documented. The filter vessel shall be placarded indicating filter change date and documented in service vehicle log.

10. Gasoline engine driven pumps shall be designed to pump fuel, have shielded ignition system, Forest Service approved spark arrestor muffler, and a metal shield between the engine and pump. Other exposed terminal connections shall be insulated to prevent sparking in the event of contact with conductive material.

B. Equipment

1. Each aircraft fuel servicing tank vehicle shall have two fire extinguishers, each having a rating of at least 20-B:C with one extinguisher mounted on each side of the vehicle. Extinguishers shall comply with NFPA 10 Standards for Portable Fire Extinguishers.

2. Fuel tanks shall be designed to allow contaminants to be removed from the sediment settling area.

3. Only hoses compatible with aviation fuel shall be used for servicing. Hoses shall be kept in good repair. The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

4. Fuel nozzle shall include a 100-mesh or finer screen, a dust protective device, and a bonding cable with clip or plug. Except for closed circuit systems, no hold-open devices will be permitted.

5. An accurate fuel-metering device for registering quantities in U.S. gallons of fuel pumped shall be provided. The meter shall be positioned in full view of the fuel handler while fueling the helicopter.

6. Fuel servicing vehicle shall have adequate bonding cables.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

7. Fuel servicing vehicle shall comply with DOT and EPA requirements for transportation and storage of fuel, and shall carry sufficient petroleum product absorbent pads or materials to absorb or contain up to a 5-gallon petroleum product spill. The Contractor is responsible for proper disposal of all products used in the cleanup of a spill in accordance with the EPA, 40 CFR 261 and 262.

8. Operator shall provide locking devices for all filler ports on all fuel storage tanks.

C. Markings

1. Each fuel-servicing vehicle shall have "NO SMOKING" signs with 3-inch minimum letters visible from both sides and rear of vehicle.

2. Each vehicle shall also be conspicuously and legibly marked to indicate the nature of the fuel. The marking shall be on each side and the rear in letters at least 3 inches high on a background of sharply contrasting color such as Avgas by grade or jet fuel by type. Example: Jet-A white on black background.

3. All fuel servicing vehicles shall be placarded in accordance with 49 CFR 172.

D. Filtering System (Three-Stage or Single-Stage is acceptable)

1. The first and third stage elements of a three-stage system and the elements of a single-stage system shall be new and installed by the Contractor during the annual inspection and witnessed by the Government Inspector, upon request.

2. The separator element (Teflon screen) of the three-stage system shall be inspected and tested as prescribed by the manufacturer during the inspection. The filter assembly shall be placarded with that data.

3. If equipped with a drain, the bottom of the filter assembly shall be mounted to allow for draining and pressure flushing into a container. If the unit is drained overboard, the fuel shall not come in contact with the exhaust system or the vehicle's wheels. If the unit is equipped with a water sight gauge, the balls shall be visible.

4. Three-Stage (filter, water separator, monitor) System:

   Fueling systems shall utilize a three-stage system such as a Facet Part Number 050970-M2 for 20 gallon-per-minute (gpm) pump, or equal. A Facet Part Number 050971-M2 for a 10 gallon-per-minute pump, or equal. An acceptable third-stage (monitor) unit is Velcon CDF-220 Series for 20-gpm flow or Velcon CDF-210E for 10 gpm systems.

5. Single-Stage System or Three-in-One Filter Canister:

   Fueling systems shall utilize a single element system such as a Velcon filter canister with Aquacon cartridge of a size compatible with pumps flow rate.

6. Differential pressure gauge(s) shall be installed and readable. Example: Velcon VF-61 canister with an ACO-51201C cartridge.

E. Fuel Servicing

1. General

   a. The Contractor shall supply all aircraft fuel unless the Government exercises the option of providing fuel. All fuel provided by the Contractor will be commercial grade aviation fuel. Only fuels meeting the specifications of American Society for Testing and Materials (ASTM) D-1655 (Type Jet A, A-1 or B), MIL T-5624 (Grade JP-4 or JP-5) for turbine engine powered aircraft are authorized for use.

   b. Fueling operations, including storage and handling, shall comply with the airframe and engine manufacturer's recommendations and all applicable FAA standards. NFPA Standard No. 407, Aircraft Fuel Servicing, shall be followed except that no passengers may be on board during fueling operations. Additionally, if storage facilities contain more than 1,320-gallons in total or any one single container contains more than 660-gallons, then the regulations of the EPA shall apply. (See 40, CRF 112).

   c. Fuel shall pass through a filtering system in accordance with the filter manufacturer's recommendations

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

2. Rapid Refueling

a. There are two approved methods (CCR and Open Port) for fueling helicopters with engine(s) running.

(1) Closed Circuit Refueling (CCR). This method of refueling uses a CCR system designed to prevent spills, minimized fuel contamination, and prevent escape of flammable fuel vapors.

(2) Open Port. This method of refueling allows flammable fuel vapors to escape.

b. Rapid refueling of helicopters is permitted if requested by the Government, and the Contractor follows NFPA 407 procedures, and the contractor has an approved rapid refueling procedure. For 14 CFR Part 133 and 137 operators a copy of company rapid refueling procedures must be submitted prior to rapid refueling. Rapid refueling authorization shall be annotated on the aircraft approval card. Additionally, the Contractor shall meet the following requirements:

(1) A pilot shall be seated at the controls of the aircraft during refueling operations.

(2) The aircraft shall be shut down after every 4-hours of continuous operation.

(3) Personnel providing onsite fire protection are briefed on the Contractor's rapid refueling procedures.

(4) Government personnel shall not refuel Contract aircraft unless the pilot requests Government assistance due to an emergency situation; or when the Government provides the fuel servicing system and dispensing personnel.

(5) The hose shall be at least 50 feet in length, minimum of ½ the rotor diameter plus 20 feet for rapid refueling.

(6) A Closed Circuit refueling adapter shall be provided to allow fueling of aircraft with standard fueling ports.

F. <u>Fuel Quality Control Procedures</u>

Compliance with fuel quality control requirements is the responsibility of the contractor. NFPA 407 shall be followed for Aircraft Fuel Servicing.

1. Daily

a. Check for and remove any water from fuel tanks. A water check will be performed each morning before the vehicle is moved, after every reloading of fuel, washing of equipment, and after a heavy rain or snowstorm.

b. Drain all filter/separator drain valves and check for water and other contaminants. Draw off any accumulation of water.

c. Draw off a sample from the fuel nozzle. Sample shall be collected in a clean, clear glass jar and examined visually. Any visual water, dirt, or filter fibers are not acceptable.

2. During Helicopter Fueling Process

a. Check sight gauge for water, if equipped

b. Visually inspect fueler for leaks. Repair as necessary

3. Weekly

a. With pump operating, pressure flush filter assembly. Continue flush operation until sample is clear, clean, and bright.

b. Time flow rate with full open flow from nozzle. Record gallons-per-minute to nearest 1/10 gallon.

c. Check condition of covers, gaskets, and vents.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 8**
**FUEL SERVICING EQUIPMENT REQUIREMENTS (Cont)**

d. Inspect all fire extinguishers for broken seals, proper pressure, and recharge date. Recharge as necessary.

e. Inspect hoses for abrasions, separations, or soft spots. Weak hoses will be replaced.

4. Record Keeping. The fuel handler shall keep a daily record containing the following information: (as a minimum)

a. Condition (clean, clear, bright, etc.) of fuel sample at:

1. Nozzle Sample

2. Filter Sump Sample

3. Tank Sump Sample

b. Flow rate in gallons per minute to the nearest 1/10 gallon

c. Filter change (reason & date)

d. Record of source, location, when and quantity of fuel loaded into servicing vehicle

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 9
## PILOT OPERATIONS BRIEFING CERTIFICATE

It is important for Contract pilots to be familiar with the Contract specifications and applicable Code of Federal Regulations. Pilot operation briefings will emphasize the following areas:

1. Aircraft Maintenance
2. Aircraft and Equipment Security
3. Operations
4. Conduct and Replacement of Personnel
5. Suspension and Revocation of Personnel
6. Substitution or Replacement of Personnel, Aircraft, and Equipment
7. Flight Hour and Duty Limitations
8. Accident Prevention and Safety
9. Mishaps
10. Personal Protective Equipment
11. Payments
12. Interagency Helicopter Load Calculation
13. Performance Report

***** CERTIFICATION STATEMENT *****

Name of Company: ______________________________________________

I certify that I have reviewed the Contract and shall comply with the pilot, aircraft, and operational specifications contained wherein.

| | |
|---|---|
| Director of Operations or Chief Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |
| Pilot Signature | Date |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 10**
**INTERAGENCY GUIDELINES FOR VERTICAL REFERENCE/EXTERNAL LOAD TRAINING STANDARDS**

A. Interagency helicopter standards require that Contractors develop a Vertical Reference/External Load training syllabus and that Contract pilots receive this training before applying for agency Special Use approval. The applicant shall have a minimum of 10-hours Vertical Reference/External Load flight training during initial qualification, and a minimum of 2-hours annual recurrent training prior to use under the Contract. The Contract pilot shall have a current proficiency endorsement from the company's chief pilot in order to qualify for a flight evaluation by an Interagency HIP.

B. The pilot shall be able to demonstrate proficiency with either 100 to 150-feet length lines, and:

C. Exhibit knowledge by explaining the elements of external load operations.

D. Perform a thorough preflight briefing of ground personnel to include hookup procedures, signals, pilot, and ground personnel actions in the event of an emergency or hook malfunction.

E. Visually determine that the cargo hook(s) and cables are installed properly and that electrical and manual releases are functioning properly.

F. Ascend vertically using vertical reference techniques while centered over the load until the load clears the ground, then maintain a stable hover with a load 10-feet (+ - 5-feet) above the ground for 30-seconds.

G. Control the hook movement and stop load oscillations while in a hover.

H. Maintain positive control of the load throughout the flight while maintaining specified altitude within 50-feet, airspeed within 10-knots and heading within 10°.

I. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover with the load 10 feet above the ground (+ -5-feet) for 30-seconds. The load will then be placed within a 10- foot radius of the specified release/touchdown point.

J. Maintain the proper approach angle and rate of closure to establish an out-of-ground effect hover within a confined area with the load 10-feet above the ground (+ - 5-feet) for 30-seconds. The load will then be placed within a 10-feet radius of the specified release/touchdown point.

I certify that ________________________________ meets the currency and performance requirements of our

Company's Vertical Reference/External Load Training Manual and recommend this pilot for a flight evaluation.

________________________________________ ______________

Chief Pilot Signature Date

________________________________________

Company

## SECTION C
## DESCRIPTION/SPECIFICATIONS/EXHIBITS

## EXHIBIT 11
## HELICOPTER MAKE/MODEL/SERIES LIST

Grouping of like makes and models of aircraft allows determination of pilot authority. Differences training shall be completed for each of the makes/models in a grouping. Make/model qualification and currency are met with time flown in any aircraft in grouping.

When make/model/series currency is specified in the procurement document, only that specific make/model/series may be used to determine currency.

| Make | Model |
|---|---|
| Agusta | A-119 |
| Bell | 47 Series (All Recips) |
| Bell | 47Series (Soloy) |
| Bell | 206A, 206B, 206B3 |
| Bell | 206L, 206L1, 206L3, 206L4 |
| Bell | 407 |
| Bell | 204, 205, UH-1, All Series |
| Bell | 212, 412 |
| Bell | 214 |
| | |
| Boeing | BV-107, BK-107 |
| Boeing | BV-234, CH-47 |
| Boeing | 369 (500) Series |
| Boeing | MD-600N |
| Boeing | MD-900, 902 |
| | |
| Enstrom | 28 Series |
| | |
| Eurocopter | SA-315, SA-316, SA-319 (Alouette/Lama) |
| Eurocopter | SA-318 |
| Eurocopter | AS 350 Series (Astar) |
| Eurocopter | AS-355 Series (Twin Star) |
| Eurocopter | SA-341 (Gazelle) |
| Eurocopter | SA-360 |
| Eurocopter | SA-365 (Dauphin) |
| Eurocopter | SA-330, AS-332 (Puma) |
| Eurocopter | MBB-105 Series |
| Eurocopter | BK-117 Series |
| Eurocopter | EC-135 |
| Eurocopter | EC-120 |
| | |
| Hiller | 12 Series (Recips) |
| Hiller | 12 Series (Soloy) |
| Hiller | FH-1100 |
| | |
| Hughes/Schweizer | 269 (300) Series (Recips) |
| Schwietzer | 330 |
| | |
| Sikorsky | S-55, H-19 (Recip), S-55T |
| Sikorsky | S-58, H-34 Series (Recip), S-58T Series |
| Sikorsky | S-62 |
| Sikorsky | S-61 Series, SH-3 |
| Sikorsky | S-64, CH-54 |
| Sikorsky | S-76 Series |
| Sikorsky | S-70, Uh-60 Series |

RFP 49-05-08

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 12**
**HELICOPTER SERVICES HOURLY FLIGHT RATES, FUEL CONSUMPTION AND WEIGHT REDUCTION CHART**
**JANUARY 16, 2005 FUEL SURVEY** (Version 2 dated 01/21/2005)
FOR CONTRACTS AWARDED 2005 – 2007 (CWN/EXCLUSIVE USE)

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | JAN 14, 2005 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| *AGUSTA* | A-119 KOALA | 55 | $852.00 | 230 |
| *AEROSPATIALE* | SA-315B | 58 | $1,258.00 | 180 |
| | SA-316B | 58 | $1,255.00 | 170 |
| | SA-318C | 56 | $1,143.00 | 80 |
| | SA-319B | 55 | $1,162.00 | 150 |
| | SA-332L-1 | 160 | $3,284.00 | N/A |
| | SA-341G | 56 | $1,122.00 | 170 |
| | AS-330J | 179 | $3,165.00 | N/A |
| | AS-350B/350BA | 45 | $819.00 | 130 |
| | AS-350B-1 | 46 | $819.00 | 160 |
| | AS-350B-2 | 48 | $807.00 | 160 |
| | AS-350B-3 | 50 | $852.00 | 175 |
| | AS-350D | 38 | $800.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $989.00 | 140 |
| | AS-365N-1 | 87 | $1,591.00 | 275 |
| | EC-120 | 31 | $611.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,017.00 | 220 |
| *BELL:* | 47/SOLOY | 23 | $507.00 | 120 |
| | 204B (UH1 Series)) | 88 | $1,197.00 | 200 |
| | 204 Super B | 90 | $1,238.00 | 200 |
| | 205A-1 | 89 | $1,235.00 | 260 |
| | 205A++ | 90 | $1,268.00 | 260 |
| | UH-1B | 88 | $1,179.00 | N/A |
| | UH-1F | 85 | $1,215.00 | N/A |
| | TH-1L | 88 | $1,213.00 | N/A |
| | UH-1H | 89 | $1,213.00 | N/A |
| | 206B-II | 25 | $615.00 | 100 |
| | 206B-III | 27 | $629.00 | 130 |
| | 206L-1 | 32 | $743.00 | 150 |
| | 206L-3 | 38 | $778.00 | 180 |
| | 206L-4 | 38 | $765.00 | 180 |
| | 212 | 100 | $1,442.00 | 390 |
| | 214B | 160 | $1,887.00 | 380 |
| | 214ST | 133 | $2,392.00 | 420 |
| | 222A | 70 | $1,451.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,505.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,487.00 | NOT ESTABLISHED |
| | 407 | 45 | $866.00 | 155 |
| | 412 | 110 | $1,590.00 | 390 |
| | 412HP | 110 | $1,585.00 | 390 |
| *BOEING:* | BV-107 | 180 | $3,017.00 | N/A |
| | BV-234 | 405 | $5,343.00 | N/A |
| *HILLER:* | *SL-3/4 | 21 | $503.00 | 90 |
| | H-1100B | 22 | $640.00 | 130 |
| | UH-12/SOLO | 23 | $566.00 | 100 |
| *KAMEN:* | H43-F | 85 | $1,202.00 | N/A |
| | K-MAX | 85 | $1,364.00 | N/A |
| *MBB:* | BO105CBS | 55 | $977.00 | 180 |
| | BK-117 | 77 | $1,330.00 | 160 |
| *McDONNELL-DOUGLAS:* | 500C | 23 | $640.00 | 110 |
| | 500D/E | 28 | $647.00 | 120 |
| | 520N | 32 | $674.00 | 100 |
| | 530F | 34 | $732.00 | 120 |
| | 600N | 41 | $817.00 | 155 |
| | 900/902 | 69 | $1,064.00 | 210 |
| *SIKORSKY:* | S-55T | 47 | $903.00 | 170 |
| | S-58D/E | 83 | $1,342.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,694.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,694.00 | 460 |
| | CH 54/S 64 | 525 | $5,538.00 | N/A |
| | S-61N | 170 | $2,885.00 | N/A |
| | S-62A | 70 | $1,033.00 | 300 |
| | S-70 | 160 | $2,762.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL | $3.44 | |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 13**
**INTERAGENCY HELICOPTER LOAD CALCULATION**

**Instructions**

A load calculation must be completed for all flights. A new calculation is required when operating conditions change (± 1000' in elevation or ± 5°C in temperature) or when the Helicopter Operating Weight changes (such as changes to the Equipped Weight, changes in flight crew weight or a change in fuel load).

All blocks must be completed. Pilot must complete all header information and Items 1-13. Helicopter Manager completes Items 14 & 15.

1. DEPARTURE – Name of departure location and current Pressure Altitude (PA, read altimeter when set to 29.92) and Outside Air Temperature (OAT, in Celsius) at departure location.

2. DESTINATION – Name of destination location and PA & OAT at destination. If destination conditions are unknown, use MSL elevation from a map and Standard Lapse Rate of 2° C/1000' to estimate OAT.

Check the box in Line 1 (Departure) or Line 2 (Destination) to indicate the most restrictive values used to obtain Computed Gross Weight in Line 7b.

3. HELICOPTER EQUIPPED WEIGHT – Equipped Weight equals the Empty Weight (as listed in the Weight and Balance Data) plus the weight of lubricants and onboard equipment required by contract (i.e. survival kit, rappel bracket).

4. FLIGHT CREW WEIGHT – Weight of the Pilot and any other assigned flight crewmembers on board (i.e. Co-pilot, flight engineer, navigator) plus the weight of their personal gear.

5. FUEL WEIGHT – Number of gallons onboard X the weight per gallon (Jet Fuel = 7.0 lbs/gal; AvGas = 6.0 lbs/gal).

6. OPERATING WEIGHT – Add items 3, 4 and 5.

7a. PERFORMANCE REFERENCES – List the specific Flight Manual supplement and hover performance charts used to derive Computed Gross Weight for Line 7b. Separate charts may be required to derive HIGE, HOGE and HOGE-J. HIGE: use Hover-In-Ground-Effect, External/Cargo Hook Chart (if available). HOGE & HOGE-J: use Hover-Out-Ground-Effect charts for all HOGE operations.

7b. COMPUTED GROSS WEIGHT - Compute gross weights for HIGE, HOGE and HOGE-J from appropriate Flight Manual hover performance charts using the Pressure Altitude (PA) and temperature (OAT) from the most restrictive location, either Departure or Destination. Check the box in Line 1 (Departure) or Line 2 (Destination) to indicate which values were used to obtain Computed Gross Weight.

8. WEIGHT REDUCTION – The Government Weight Reduction is required for all "non-jettisonable" loads. The Weight Reduction is optional (mutual agreement between Pilot and Helicopter Manager) when carrying jettisonable loads (HOGE-J) where the pilot has total jettison control. The appropriate Weight Reduction value, for make & model, can be found in the current helicopter procurement document (contract).

9. ADJUSTED WEIGHT – Line 7b minus Line 8.

10. GROSS WEIGHT LIMITATION – Enter applicable gross weight limit from Limitations section of the basic Flight Manual or the appropriate Flight Manual Supplement. This may be Maximum Gross Weight Limit for Take-Off and Landing, a Weight/Altitude/Temperature (WAT) limitation or a Maximum Gross Weight Limit for External Load (jettisonable). Limitations may vary for HIGE, HOGE and HOGE-J.

11. SELECTED WEIGHT – The lowest weight, either line 9 or 10, will be entered for all loads. Applicable limitations in the Flight Manual must not be exceeded.

12. OPERATING WEIGHT – Use the value entered in Line 6.

13. ALLOWABLE PAYLOAD – Line 11 minus Line 12. The maximum allowable weight (passengers and/or cargo) that can be carried for the mission. Allowable Payload may differ for HIGE, HOGE and HOGE-J.

14. PASSENGERS AND/OR CARGO – Enter passenger names and weights and/or type and weights of cargo to be transported. Include mission accessories, tools, gear, baggage, etc. A separate manifest may be used.

15. ACTUAL PAYLOAD – Total of all weights listed in Item 14. Actual payload must not exceed Allowable Payload for the intended mission profile, i.e. HIGE, HOGE or HOGE-J.

Both Pilot and Helicopter Manager must review and sign the form. Check if HazMat is being transported. Manager must inform the pilot of type, quantity and location of HazMat onboard.

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 13**
**INTERAGENCY HELICOPTER LOAD CALCULATION (Cont)**

| | | | | |
|---|---|---|---|---|
| **INTERAGENCY HELICOPTER LOAD CALCULATION** OAS-67/FS 5700-17 (11/03) | | | **MODEL** | |
| | | | **N#** | |
| **PILOT(S)** | | | **DATE** | |
| **MISSION** | | | **TIME** | |
| 1 | **DEPARTURE** | **PA** | | **OAT** |
| 2 | **DESTINATION** | **PA** | | **OAT** |
| 3 | **HELICOPTER EQUIPPED** | | | |
| 4 | **FLIGHT CREW WEIGHT** | | | |
| 5 | **FUEL WT** ( ______gallons X ______lbs per gal) | | | |
| 6 | **OPERATING WEIGHT** (3 + 4 + 5) | | | |
| | | **Non-Jettisonable** | | **Jettisonable** |
| | | **HIGE** | **HOGE** | **HOGE-J** |
| 7a | **PERFORMANCE REF** (List page/chart from FM) | | | |
| 7b | **COMP GROSS WT** (Req for all Non-Jettisonable) | | | |
| 8 | **WT REDUCTION** (Req for all Non-Jettisonable) | | | |
| 9 | **ADJUSTED WEIGHT** (7b minus 8) | | | |
| 10 | **GROSS WT LIMIT** (FM Limitations Section) | | | |
| 11 | **SELECTED WEIGHT** (Lowest of 9 or 10) | | | |
| 12 | **OPERATING WEIGHT** ((From Line 6) | | | |
| 13 | **ALLOWABLE PAYLOAD** (11 minus 12) | | | |
| 14 | **PASSENGERS/CARGO MANIFEST** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| 15 | **ACTUAL PAYLOAD** (Total of all weights listed in item 14) Line 15 must not exceed Line 13 for the intended mission | | | |
| PILOT SIGNATURE | | | | **HazMat** |
| MGR SIGNATURE | | | | **Yes__ No__** |

**SECTION C**
**DESCRIPTION/SPECIFICATIONS/EXHIBITS**

**EXHIBIT 14**
**HELICOPTER AND FUEL SERVICE TRUCK PRE-USE CHECKLIST**

| GENERAL | | |
|---|---|---|
| Date: | Aircraft Make/Model: | N #: |
| Vendor: | | |
| Pilot(s) Name(s): | | |
| Card Expiration Date(s): | | |
| Pilot(s) Carded For Intended Mission(s)? [ ] Yes [ ] No | | |
| A/C Card Expiration Date: A/C Carded For Intended Missions: [ ] Yes [ ] No | | |
| Departure Base: Departure Hobbs Reading: Arrival Hobbs Reading: | | |
| Copy of Contract on Board Aircraft: [ ] Yes [ ] No HazMat HB/Exemption/ERG: [ ] Yes [ ] No | | |

| LOGBOOK REVIEW | | |
|---|---|---|
| 50/100-Hr., Progressive, Or Other Inspection Program Up-To-Date: | [ ] Yes | [ ] No |
| Entries Indicating Damage To Aircraft: | [ ] Yes | [ ] No |
| Form HCM-5 "Turbine Engine Performance Analysis' Onboard Aircraft: | [ ] Yes | [ ] No |
| Power Check Completed/Results Satisfactory: | [ ] Yes | [ ] No |
| Comments: | | |

| CONDITION OF HELICOPTER | | |
|---|---|---|
| **Item** | **OK** | **Document Inoperable Or Damaged Equipment (Dents, Tears, Leaks, Etc.)** |
| Skin and Exterior | | |
| Windows | | |
| Doors | | |
| Upholstery | | |
| Cargo Compartment | | |
| Skids/Wheels | | |
| Fixed Tank | | |
| Other | | |
| Comments: | | |

| REQUIRED HELICOPTER EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT) | | | | | |
|---|---|---|---|---|---|
| **Item** | **Yes** | **No** | **Item** | **Yes** | **No** |
| Seat Belts and Harnesses | | | Strobe Light(s) | | |
| Hi-Visibility Paint on Main Rotor Blades | | | Survival Kit | | |
| VHF-FM Radio | | | First Aid Kit | | |
| VHF-AM 760 Channel | | | Fire Extinguisher(s) | | |
| Auxillary Radio Adapter | | | Cargo Hook | | |
| GPS | | | Convex Mirror | | |
| High Skid Gear | | | Buckets (Appropriate Sizes) | | |
| Nine-Pin Plug (Type III Helicopters Only) | | | Anti-Theft Security Measures in Place | | |
| Comments: | | | | | |

| REQUIRED SERVICE TRUCK EQUIPMENT INSTALLED AND OPERATIVE (CONSULT CONTRACT) | | | | | |
|---|---|---|---|---|---|
| **Item** | **Yes** | **No** | **Item** | **Yes** | **No** |
| Spare Set of Filters | | | Filter Change Data Placarded | | |
| Fire Extinguisher(s) Current Inspection | | | Bonding Cables | | |
| Hazmat Marking and Placards | | | Fuel Quality Control Log | | |
| Inspection Sticker | | | Absorbent Materials for Spills | | |
| Beginning Odometer Reading: | | | | | |
| Comments: | | | | | |

| **Signature of Inspecting Govt. Representative & Pilot** | **Print Name** | **Date** |
|---|---|---|
| | | |
| | | |