REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

William W.Gross Director Division of Wage Determinations

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON, D.C. 20210

Wage Determination No.: 1995-0222
Revision No.: 20
Date of Last Revision: 05/24/2006

Nationwide: Applicable in the continental U.S. Alaska, Puerto Rico, Hawaii and Virgin Islands.

**Fringe Benefits Required Follow the Occupational Listing**

Employed on U.S. Government contracts for aerial photograher, aerial seeding, aerial spraying, transportation of personnel and cargo, fire reconnaissance, administrative flying, fire detection, air taxi mail service, and other flying services.

EXCEPT SCHEDULED AIRLINE TRANSPORTATION AND LARGE MULTI-ENGINE AIRCRAFT SUCH AS THE B-727, DC-8, AND THE DC-9.

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| (not set) - Aerial Photographer | 11 .39 |
| (not set) - First Officer (Co-Pilot) | 20 .77 |
| 31010 - Airplane Pilot | 22 .81 |

EXCEPT SCHEDULED AIRLINE TRANSPORTATION AND LARGE MULTI-ENGINE AIRCRAFT SUCH AS THE B-727, DC-8, AND THE DC-9.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.01 per hour or $120.40 per week or $521.73 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.32 per hour, or $52.80 per week, or $228.80 per month hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $3.01 per hour.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black

powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4 (c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

!) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

!) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

!) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

i) The contracting officer transmits the Wage and Hour decision to the contractor.

i) The contractor informs the affected employees.

nformation required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used o ε cially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

**Aerial Photographer**

The aerial photographer must be skilled in reading flight maps, capable of assisting the pilot to adhere to flight lines, be able to level and operate a cartographic camera and its auxiliary equipment mounted in the aircraft so that the photographs that are taken will have the required forward lap and side lap for use in photogrammetric mapping equipment, and possess a working knowledge of aerial films and camera filters to nsure proper exposure of the films.

**First Officer (Co-Pilot)**

s second in command of commercial airplane and its crew while transporting passengers, mail, or other cargo on scheduled or nonscheduled lights. Assists or relieves an airline captain in operating the controls of an airplane; monitoring flight and engine instruments; and maintaining air-to-ground communications.

1995022116.txt

REGISTER OF WAGE DETERMINATIONS UNDER THE SERVICE CONTRACT ACT
By direction of the Secretary of Labor

U.S. DEPARTMENT OF LABOR
EMPLOYMENT STANDARDS ADMINISTRATION
WAGE AND HOUR DIVISION
WASHINGTON D.C. 20210

William W.Gross, Director
Division of Wage Determinations

Wage Determination No.: 1995-0221
Revision No.: 16
Date Of Last Revision: 05/23/2006

NATIONWIDE: Applicable in the continental U.S., Hawaii and Alaska.

Alaska: Entire state.

Hawaii: Entire state.

Midwestern Region: Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota, Wisconsin

Northeast Region: Connecticut, Maine, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont

Southern Region: Alabama, Arkansas, Delaware, District of Columbia, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia

Western Region: Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, Wyoming

**Fringe Benefits Required Follow the Occupational Listing**

Employed on contracts for Emergency Incident and Fire Safety services.

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| (not set) - Emergency Medical Technician | |
| Alaska | 13.36 |
| Midwestern Region | 12.13 |
| Hawaii | 11.56 |
| Northeast Region | 13.38 |
| Western Region | 13.19 |
| Southern Region | 12.31 |
| (not set) - Environmental Protection Specialist | |
| Alaska | 30.84 |
| Hawaii | 28.55 |
| Northeast Region | 31.12 |
| Western Region | 27.33 |
| Midwestern Region | 25.95 |
| Southern Region | 26.43 |
| (not set) - Fire Safety Professional | |
| Alaska | 30.84 |
| Midwestern Region | 25.95 |
| Southern Region | 26.43 |
| Hawaii | 28.53 |
| Northeast Region | 31.12 |
| Western Region | 27.33 |
| 05190 - Motor Vehicle Mechanic | |
| Alaska | 23.92 |
| Southern Region | 16.51 |
| Hawaii | 15.90 |

| | | |
|---|---|---|
| | Northeast Region | 17.73 |
| | Western Region | 19.10 |
| | Midwestern Region | 18.89 |
| 05220 | - Motor Vehicle Mechanic Helper | |
| | Alaska | 17.31 |
| | Hawaii | 12.24 |
| | Northeast Region | 13.80 |
| | Western Region | 12.93 |
| | Midwestern Region | 12.25 |
| | Southern Region | 10.66 |
| 11300 | - Refuse Collector | |
| | Alaska | 10.42 |
| | Hawaii | 9.64 |
| | Western Region | 8.68 |
| | Midwestern Region | 8.92 |
| | Southern Region | 6.75 |
| | Northeast Region | 10.18 |
| 21071 | - Forklift Operator | |
| | Alaska | 19.87 |
| | Midwestern Region | 14.28 |
| | Southern Region | 11.80 |
| | Hawaii | 15.48 |
| | Northeast Region | 13.96 |
| | Western Region | 15.27 |
| 21150 | - Stock Clerk (Shelf Stocker; Store Worker II) | |
| | Northeast Region | 11.17 |
| | Western Region | 11.49 |
| | Alaska | 12.84 |
| | Hawaii | 10.12 |
| | Southern Region | 10.86 |
| | Midwestern Region | 11.34 |
| 23160 | - Electrician, Maintenance | |
| | Alaska | 28.44 |
| | Midwestern Region | 21.35 |
| | Northeast Region | 22.89 |
| | Hawaii | 24.51 |
| | Southern Region | 18.25 |
| | Western Region | 21.79 |
| 23440 | - Heavy Equipment Operator | |
| | Alaska | 23.26 |
| | Midwestern Region | 18.89 |
| | Southern Region | 16.51 |
| | Hawaii | 16.55 |
| | Northeast Region | 17.73 |
| | Western Region | 19.10 |
| 23470 | - Laborer | |
| | Alaska | 14.12 |
| | Midwestern Region | 11.49 |
| | Southern Region | 9.34 |
| | Hawaii | 13.70 |
| | Northeast Region | 11.59 |
| | Western Region | 10.85 |
| 23530 | - Machinery Maintenance Mechanic | |
| | Midwestern Region | 16.37 |
| | Alaska | 26.54 |
| | Western Region | 16.23 |
| | Northeast Region | 17.12 |
| | Hawaii | 26.19 |
| | Southern Region | 12.96 |
| 23580 | - Maintenance Trades Helper | |
| | Alaska | 19.40 |
| | Midwestern Region | 15.41 |
| | Hawaii | 14.97 |

| | |
|---|---|
| Western Region | 13.37 |
| Southern Region | 13.03 |
| Northeast Region | 14.39 |
| 27070 - Firefighter | |
| Alaska | 10.75 |
| Northeast Region | 7.39 |
| Hawaii | 8.76 |
| Midwestern Region | 6.72 |
| Southern Region | 6.78 |
| Western Region | 7.39 |
| 31030 - Bus Driver | |
| Midwestern Region: 1 1/2 to 4 tons | 16.08 |
| Midwestern Region: over 4 tons | 16.81 |
| Midwestern Region: under 1 1/2 tons | 12.04 |
| Southern Region: 1 1/2 to 4 tons | 14.70 |
| Southern Region: over 4 tons | 15.23 |
| Southern Region: under 1 1/2 tons | 8.18 |
| Alaska | 19.52 |
| Hawaii | 12.67 |
| Northeast Region: 1 1/2 to 4 tons | 16.49 |
| Northeast Region: over 4 tons | 17.21 |
| Northeast Region: under 1 1/2 tons | 12.79 |
| Western Region: 1 1/2 to 4 tons | 15.14 |
| Western Region: over 4 tons | 15.57 |
| Western Region: under 1 1/2 tons | 9.54 |
| 31361 - Truckdriver, Light Truck | |
| Alaska | 18.27 |
| Midwestern Region | 12.04 |
| Southern Region | 8.18 |
| Hawaii | 9.99 |
| Northeast Region | 12.79 |
| Western Region | 9.54 |
| 31362 - Truckdriver, Medium Truck | |
| Alaska | 19.81 |
| Midwestern Region | 16.08 |
| Southern Region | 14.64 |
| Hawaii | 12.66 |
| Northeast Region | 16.49 |
| Western Region | 15.14 |
| 31363 - Truckdriver, Heavy Truck | |
| Alaska | 20.91 |
| Northeast Region | 17.21 |
| Southern Region | 15.23 |
| Hawaii | 13.82 |
| Western Region | 16.14 |
| Midwestern Region | 16.81 |
| 31364 - Truckdriver, Tractor-Trailer | |
| Midwestern Region | 20.00 |
| Southern Regioon | 16.01 |
| Northeast Region | 17.33 |
| Western Region | 16.48 |
| Alaska | 22.02 |
| Hawaii | 14.06 |

---

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $3.01 per hour or $120.40 per week or $521.73 per month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 after 15 years. Length of service includes

the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

VACATION (Hawaii): 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years, and 4 weeks after 15 years. Length of service

includes the whole span of continuous service with the present contractor or successor, wherever employed, and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HEALTH & WELFARE (Hawaii): $1.32 per hour, or $52.80 per week, or $228.80 per month
hour for all employees on whose behalf the contractor provides health care benefits pursuant to the Hawaii prepaid Health Care Act. For those employees who are not receiving health care benefits mandated by the Hawaii prepaid Health Care Act, the new health and welfare benefit rate will be $3.01 per hour.

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance

operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All
operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual

cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the

contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

** OCCUPATIONS NOT INCLUDED IN THE SCA DIRECTORY OF OCCUPATIONS **

Emergency Medical Technician
Provides para-professional medical services activities, including medical, minor surgical, evacuation and related administrative task under supervision of the physician in charge.

Environmental Protection Specialist
(Occupation Description Not Available)

Fire Safety Professional
(Occupation Description Not Available)

05-2439 OR,EUGENE

WAGE DETERMINATION NO: 05-2439 REV (02) AREA: OR,EUGENE

HEALTH AND WELFARE LEVEL - INSURANCE ONLY **OTHER WELFARE LEVEL WD:05-2440

*************************************************************************

| | |
|---|---|
| REGISTER OF WAGE DETERMINATIONS UNDER<br>THE SERVICE CONTRACT ACT<br>By direction of the Secretary of Labor | U.S. DEPARTMENT OF LABOR<br>EMPLOYMENT STANDARDS ADMINISTRATION<br>WAGE AND HOUR DIVISION<br>WASHINGTON D.C. 20210 |
| William W.Gross Division of<br>Director Wage Determinations | Wage Determination No.: 2005-2439<br>Revision No.: 2<br>Date Of Revision: 09/12/2006 |

State: Oregon

Area: Oregon Counties of Benton, Coos, Crook, Curry, Deschutes, Douglas, Jackson, Jefferson, Josephine, Klamath, Lake, Lane, Lincoln, Linn

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | MINIMUM WAGE RATE |
|---|---|
| 01000 - Administrative Support And Clerical Occupations | |
| 01011 - Accounting Clerk I | 11.76 |
| 01012 - Accounting Clerk II | 13.43 |
| 01013 - Accounting Clerk III | 15.02 |
| 01020 - Administrative Assistant | 18.22 |
| 01040 - Court Reporter | 14.71 |
| 01051 - Data Entry Operator I | 10.56 |
| 01052 - Data Entry Operator II | 11.61 |
| 01060 - Dispatcher, Motor Vehicle | 15.36 |
| 01070 - Document Preparation Clerk | 11.30 |
| 01090 - Duplicating Machine Operator | 11.30 |
| 01111 - General Clerk I | 10.98 |
| 01112 - General Clerk II | 12.32 |
| 01113 - General Clerk III | 13.83 |
| 01120 - Housing Referral Assistant | 16.39 |
| 01141 - Messenger Courier | 10.99 |
| 01191 - Order Clerk I | 11.25 |
| 01192 - Order Clerk II | 14.27 |
| 01261 - Personnel Assistant (Employment) I | 13.42 |
| 01262 - Personnel Assistant (Employment) II | 14.69 |
| 01263 - Personnel Assistant (Employment) III | 16.07 |
| 01270 - Production Control Clerk | 16.56 |
| 01280 - Receptionist | 11.79 |
| 01290 - Rental Clerk | 11.70 |
| 01300 - Scheduler, Maintenance | 13.15 |
| 01311 - Secretary I | 13.15 |
| 01312 - Secretary II | 14.71 |
| 01313 - Secretary III | 16.39 |
| 01320 - Service Order Dispatcher | 13.68 |
| 01410 - Supply Technician | 18.22 |
| 01420 - Survey Worker | 12.77 |
| 01531 - Travel Clerk I | 11.88 |
| 01532 - Travel Clerk II | 12.86 |
| 01533 - Travel Clerk III | 13.84 |
| 01611 - Word Processor I | 11.75 |
| 01612 - Word Processor II | 13.19 |
| 01613 - Word Processor III | 15.23 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer, Fiberglass | 22.45 |

| | |
|---|---|
| 05010 - Automotive Electrician | 16.52 |
| 05040 - Automotive Glass Installer | 15.39 |
| 05070 - Automotive Worker | 15.75 |
| 05110 - Mobile Equipment Servicer | 13.88 |
| 05130 - Motor Equipment Metal Mechanic | 17.28 |
| 05160 - Motor Equipment Metal Worker | 15.75 |
| 05190 - Motor Vehicle Mechanic | 17.28 |
| 05220 - Motor Vehicle Mechanic Helper | 13.08 |
| 05250 - Motor Vehicle Upholstery Worker | 14.97 |
| 05280 - Motor Vehicle Wrecker | 15.75 |
| 05310 - Painter, Automotive | 17.76 |
| 05340 - Radiator Repair Specialist | 15.75 |
| 05370 - Tire Repairer | 11.59 |
| 05400 - Transmission Repair Specialist | 17.28 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 11.23 |
| 07041 - Cook I | 9.78 |
| 07042 - Cook II | 10.84 |
| 07070 - Dishwasher | 8.09 |
| 07130 - Food Service Worker | 8.76 |
| 07210 - Meat Cutter | 14.77 |
| 07260 - Waiter/Waitress | 8.98 |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 13.76 |
| 09040 - Furniture Handler | 10.59 |
| 09080 - Furniture Refinisher | 13.76 |
| 090 - Furniture Refinisher Helper | 11.14 |
| 110 - Furniture Repairer, Minor | 12.48 |
| 09130 - Upholsterer | 13.76 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner, Vehicles | 9.85 |
| 11060 - Elevator Operator | 9.66 |
| 11090 - Gardener | 13.50 |
| 11122 - Housekeeping Aide | 9.66 |
| 11150 - Janitor | 10.65 |
| 11210 - Laborer, Grounds Maintenance | 11.27 |
| 11240 - Maid or Houseman | 8.57 |
| 11260 - Pruner | 10.35 |
| 11270 - Tractor Operator | 12.91 |
| 11330 - Trail Maintenance Worker | 11.27 |
| 11360 - Window Cleaner | 11.45 |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 15.82 |
| 12011 - Breath Alcohol Technician | 15.33 |
| 12012 - Certified Occupational Therapist Assistant | 21.04 |
| 12015 - Certified Physical Therapist Assistant | 21.04 |
| 020 - Dental Assistant | 16.18 |
| 12025 - Dental Hygienist | 35.27 |
| 12030 - EKG Technician | 23.30 |
| 12035 - Electroneurodiagnostic Technologist | 23.30 |
| 12040 - Emergency Medical Technician | 15.82 |
| 12071 - Licensed Practical Nurse I | 13.33 |
| 12072 - Licensed Practical Nurse II | 14.96 |
| 12073 - Licensed Practical Nurse III | 17.10 |
| 12100 - Medical Assistant | 14.59 |
| 12130 - Medical Laboratory Technician | 13.73 |
| 12160 - Medical Record Clerk | 13.59 |
| 12190 - Medical Record Technician | 15.55 |
| 12195 - Medical Transcriptionist | 13.71 |
| 12210 - Nuclear Medicine Technologist | 33.71 |
| 12221 - Nursing Assistant I | 9.12 |
| 12222 - Nursing Assistant II | 10.26 |
| 12223 - Nursing Assistant III | 11.20 |
| 12224 - Nursing Assistant IV | 12.57 |
| 12235 - Optical Dispenser | 13.87 |
| 12236 - Optical Technician | 11.85 |
| 12250 - Pharmacy Technician | 13.03 |
| 12280 - Phlebotomist | 13.59 |
| 12305 - Radiologic Technologist | 22.69 |
| 12311 - Registered Nurse I | 19.07 |
| 12312 - Registered Nurse II | 23.33 |

| | |
|---|---|
| 12313 - Registered Nurse II, Specialist | 23.33 |
| 12314 - Registered Nurse III | 28.24 |
| 12315 - Registered Nurse III, Anesthetist | 28.24 |
| 12316 - Registered Nurse IV | 33.83 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 19.00 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 17.37 |
| 13012 - Exhibits Specialist II | 21.38 |
| 13013 - Exhibits Specialist III | 24.81 |
| 13041 - Illustrator I | 17.37 |
| 13042 - Illustrator II | 21.31 |
| 13043 - Illustrator III | 24.59 |
| 13047 - Librarian | 22.72 |
| 13050 - Library Aide/Clerk | 13.68 |
| 13054 - Library Information Technology Systems Administrator | 21.52 |
| 13058 - Library Technician | 15.38 |
| 13061 - Media Specialist I | 13.71 |
| 13062 - Media Specialist II | 15.33 |
| 13063 - Media Specialist III | 17.10 |
| 13071 - Photographer I | 14.61 |
| 13072 - Photographer II | 16.69 |
| 13073 - Photographer III | 19.44 |
| 13074 - Photographer IV | 22.35 |
| 13075 - Photographer V | 27.06 |
| 13110 - Video Teleconference Technician | 13.35 |
| 14000 - Information Technology Occupations | |
| [illegible]41 - Computer Operator I | 13.89 |
| 14042 - Computer Operator II | 15.53 |
| 14043 - Computer Operator III | 17.32 |
| 14044 - Computer Operator IV | 19.25 |
| 14045 - Computer Operator V | 21.31 |
| 14071 - Computer Programmer I (1) | 16.13 |
| 14072 - Computer Programmer II (1) | 20.00 |
| 14073 - Computer Programmer III (1) | 24.46 |
| 14074 - Computer Programmer IV (1) | 27.62 |
| 14101 - Computer Systems Analyst I (1) | 23.45 |
| 14102 - Computer Systems Analyst II (1) | 27.62 |
| 14103 - Computer Systems Analyst III (1) | 27.62 |
| 14150 - Peripheral Equipment Operator | 12.98 |
| 14160 - Personal Computer Support Technician | 24.02 |
| 15000 - Instructional Occupations | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | 20.94 |
| 15020 - Aircrew Training Devices Instructor (Rated) | 27.62 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | 30.38 |
| 15050 - Computer Based Training Specialist / Instructor | 22.76 |
| [illegible]060 - Educational Technologist | 32.18 |
| [illegible]070 - Flight Instructor (Pilot) | 30.38 |
| 15080 - Graphic Artist | 20.58 |
| 15090 - Technical Instructor | 15.81 |
| 15095 - Technical Instructor/Course Developer | 22.33 |
| 15110 - Test Proctor | 14.18 |
| 15120 - Tutor | 14.18 |
| 16000 - Laundry, Dry-Cleaning, Pressing And Related Occupations | |
| 16010 - Assembler | 8.60 |
| 16030 - Counter Attendant | 8.60 |
| 16040 - Dry Cleaner | 11.16 |
| 16070 - Finisher, Flatwork, Machine | 8.60 |
| 16090 - Presser, Hand | 8.60 |
| 16110 - Presser, Machine, Drycleaning | 8.60 |
| 16130 - Presser, Machine, Shirts | 8.60 |
| 16160 - Presser, Machine, Wearing Apparel, Laundry | 8.60 |
| 16190 - Sewing Machine Operator | 11.99 |
| 16220 - Tailor | 12.83 |
| 16250 - Washer, Machine | 9.44 |
| 19000 - Machine Tool Operation And Repair Occupations | |
| 19010 - Machine-Tool Operator (Tool Room) | 15.77 |
| 19040 - Tool And Die Maker | 20.83 |
| 21000 - Materials Handling And Packing Occupations | |
| 21020 - Forklift Operator | 14.00 |
| 21030 - Material Coordinator | 17.04 |
| 21040 - Material Expediter | 17.04 |

| | |
|---|---|
| 21050 - Material Handling Laborer | 12.69 |
| 21071 - Order Filler | 11.51 |
| 21080 - Production Line Worker (Food Processing) | 14.00 |
| 21110 - Shipping Packer | 12.02 |
| 21130 - Shipping/Receiving Clerk | 12.02 |
| 21140 - Store Worker I | 11.28 |
| 21150 - Stock Clerk | 14.62 |
| 21210 - Tools And Parts Attendant | 14.00 |
| 21410 - Warehouse Specialist | 14.00 |
| 23000 - Mechanics And Maintenance And Repair Occupations | |
| 23010 - Aerospace Structural Welder | 20.82 |
| 23021 - Aircraft Mechanic I | 19.83 |
| 23022 - Aircraft Mechanic II | 20.82 |
| 23023 - Aircraft Mechanic III | 21.86 |
| 23040 - Aircraft Mechanic Helper | 14.20 |
| 23050 - Aircraft, Painter | 18.10 |
| 23060 - Aircraft Servicer | 17.19 |
| 23080 - Aircraft Worker | 17.76 |
| 23110 - Appliance Mechanic | 15.36 |
| 23120 - Bicycle Repairer | 11.43 |
| 23125 - Cable Splicer | 21.04 |
| 23130 - Carpenter, Maintenance | 17.48 |
| 23140 - Carpet Layer | 16.22 |
| 23160 - Electrician, Maintenance | 22.85 |
| 23181 - Electronics Technician Maintenance I | 21.18 |
| 2[illegible]182 - Electronics Technician Maintenance II | 23.23 |
| [illegible]33 - Electronics Technician Maintenance III | 24.32 |
| 2[illegible]260 - Fabric Worker | 16.10 |
| 23290 - Fire Alarm System Mechanic | 19.44 |
| 23310 - Fire Extinguisher Repairer | 15.10 |
| 23311 - Fuel Distribution System Mechanic | 18.10 |
| 23312 - Fuel Distribution System Operator | 14.66 |
| 23370 - General Maintenance Worker | 15.57 |
| 23380 - Ground Support Equipment Mechanic | 19.83 |
| 23381 - Ground Support Equipment Servicer | 17.19 |
| 23382 - Ground Support Equipment Worker | 17.76 |
| 23391 - Gunsmith I | 14.93 |
| 23392 - Gunsmith II | 16.88 |
| 23393 - Gunsmith III | 18.85 |
| 23410 - Heating, Ventilation And Air-Conditioning Mechanic | 19.03 |
| 23411 - Heating, Ventilation And Air Contditioning Mechanic (Research Facility) 0.01 | |
| 23430 - Heavy Equipment Mechanic | 19.85 |
| 23440 - Heavy Equipment Operator | 19.78 |
| 23460 - Instrument Mechanic | 19.08 |
| [illegible]65 - Laboratory/Shelter Mechanic | 17.86 |
| [illegible]70 - Laborer | 11.15 |
| 23510 - Locksmith | 18.09 |
| 23530 - Machinery Maintenance Mechanic | 20.03 |
| 23550 - Machinist, Maintenance | 18.10 |
| 23580 - Maintenance Trades Helper | 12.25 |
| 23591 - Metrology Technician I | 19.08 |
| 23592 - Metrology Technician II | 20.06 |
| 23593 - Metrology Technician III | 21.06 |
| 23640 - Millwright | 21.04 |
| 23710 - Office Appliance Repairer | 18.09 |
| 23760 - Painter, Maintenance | 14.56 |
| 23790 - Pipefitter, Maintenance | 21.04 |
| 23810 - Plumber, Maintenance | 19.60 |
| 23820 - Pneudraulic Systems Mechanic | 19.08 |
| 23850 - Rigger | 19.08 |
| 23870 - Scale Mechanic | 17.09 |
| 23890 - Sheet-Metal Worker, Maintenance | 19.71 |
| 23910 - Small Engine Mechanic | 16.88 |
| 23931 - Telecommunications Mechanic I | 19.91 |
| 23932 - Telecommunications Mechanic II | 20.94 |
| 23950 - Telephone Lineman | 19.91 |
| 23960 - Welder, Combination, Maintenance | 14.44 |
| 23965 - Well Driller | 19.08 |
| 23970 - Woodcraft Worker | 19.08 |
| 23980 - Woodworker | 14.18 |

| | |
|---|---|
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 10.22 |
| 24580 - Child Care Center Clerk | 12.74 |
| 24610 - Chore Aide | 9.62 |
| 24620 - Family Readiness And Support Services Coordinator | 13.20 |
| 24630 - Homemaker | 16.36 |
| 25000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 19.16 |
| 25040 - Sewage Plant Operator | 20.07 |
| 25070 - Stationary Engineer | 19.16 |
| 25190 - Ventilation Equipment Tender | 14.11 |
| 25210 - Water Treatment Plant Operator | 20.07 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 17.27 |
| 27007 - Baggage Inspector | 10.03 |
| 27008 - Corrections Officer | 20.56 |
| 27010 - Court Security Officer | 20.56 |
| 27030 - Detection Dog Handler | 15.54 |
| 27040 - Detention Officer | 20.56 |
| 27070 - Firefighter | 20.00 |
| 27101 - Guard I | 10.03 |
| 27102 - Guard II | 15.54 |
| 27131 - Police Officer I | 24.00 |
| 27132 - Police Officer II | 26.67 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 12.41 |
| .42 - Carnival Equipment Repairer | 13.19 |
| 28043 - Carnival Equpment Worker | 10.12 |
| 28210 - Gate Attendant/Gate Tender | 12.14 |
| 28310 - Lifeguard | 10.82 |
| 28350 - Park Attendant (Aide) | 13.58 |
| 28510 - Recreation Aide/Health Facility Attendant | 9.91 |
| 28515 - Recreation Specialist | 14.17 |
| 28630 - Sports Official | 10.82 |
| 28690 - Swimming Pool Operator | 17.03 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 16.88 |
| 29020 - Hatch Tender | 16.88 |
| 29030 - Line Handler | 16.88 |
| 29041 - Stevedore I | 15.63 |
| 29042 - Stevedore II | 17.86 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist, Center (HFO) (2) | 32.38 |
| 30011 - Air Traffic Control Specialist, Station (HFO) (2) | 22.33 |
| 30012 - Air Traffic Control Specialist, Terminal (HFO) (2) | 24.59 |
| 021 - Archeological Technician I | 15.98 |
| 022 - Archeological Technician II | 17.91 |
| 30023 - Archeological Technician III | 22.15 |
| 30030 - Cartographic Technician | 21.51 |
| 30040 - Civil Engineering Technician | 22.37 |
| 30061 - Drafter/CAD Operator I | 12.35 |
| 30062 - Drafter/CAD Operator II | 15.38 |
| 30063 - Drafter/CAD Operator III | 18.08 |
| 30064 - Drafter/CAD Operator IV | 21.05 |
| 30081 - Engineering Technician I | 12.55 |
| 30082 - Engineering Technician II | 15.70 |
| 30083 - Engineering Technician III | 18.44 |
| 30084 - Engineering Technician IV | 21.42 |
| 30085 - Engineering Technician V | 26.20 |
| 30086 - Engineering Technician VI | 31.70 |
| 30090 - Environmental Technician | 18.15 |
| 30210 - Laboratory Technician | 19.03 |
| 30240 - Mathematical Technician | 20.35 |
| 30361 - Paralegal/Legal Assistant I | 15.33 |
| 30362 - Paralegal/Legal Assistant II | 18.63 |
| 30363 - Paralegal/Legal Assistant III | 22.74 |
| 30364 - Paralegal/Legal Assistant IV | 27.58 |
| 30390 - Photo-Optics Technician | 21.05 |
| 30461 - Technical Writer I | 12.95 |
| 30462 - Technical Writer II | 15.83 |
| 30463 - Technical Writer III | 19.16 |

| | |
|---|---|
| 30491 - Unexploded Ordnance (UXO) Technician I | 20.58 |
| 30492 - Unexploded Ordnance (UXO) Technician II | 24.90 |
| 30493 - Unexploded Ordnance (UXO) Technician III | 29.85 |
| 30494 - Unexploded (UXO) Safety Escort | 20.58 |
| 30495 - Unexploded (UXO) Sweep Personnel | 20.58 |
| 30620 - Weather Observer, Combined Upper Air Or Surface Programs (3) | 16.22 |
| 30621 - Weather Observer, Senior (3) | 18.28 |
| 1000 - Transportation/Mobile Equipment Operation Occupations | |
| 31020 - Bus Aide | 9.89 |
| 31030 - Bus Driver | 13.14 |
| 31043 - Driver Courier | 12.31 |
| 31260 - Parking and Lot Attendant | 9.08 |
| 31290 - Shuttle Bus Driver | 12.97 |
| 31310 - Taxi Driver | 11.52 |
| 31361 - Truckdriver, Light | 12.34 |
| 31362 - Truckdriver, Medium | 15.59 |
| 31363 - Truckdriver, Heavy | 15.04 |
| 31364 - Truckdriver, Tractor-Trailer | 15.04 |
| 9000 - Miscellaneous Occupations | |
| 99030 - Cashier | 9.13 |
| 99050 - Desk Clerk | 10.22 |
| 99095 - Embalmer | 20.02 |
| 99251 - Laboratory Animal Caretaker I | 9.13 |
| 99252 - Laboratory Animal Caretaker II | 9.77 |
| 99310 - Mortician | 20.02 |
| 99410 - Pest Controller | 13.98 |
| [illegible]0 - Photofinishing Worker | 10.82 |
| 99710 - Recycling Laborer | 9.98 |
| 99711 - Recycling Specialist | 11.62 |
| 99730 - Refuse Collector | 11.91 |
| 99810 - Sales Clerk | 11.40 |
| 99820 - School Crossing Guard | 11.28 |
| 99830 - Survey Party Chief | 21.52 |
| 99831 - Surveying Aide | 13.52 |
| 99832 - Surveying Technician | 18.40 |
| 99840 - Vending Machine Attendant | 14.48 |
| 99841 - Vending Machine Repairer | 17.03 |
| 99842 - Vending Machine Repairer Helper | 14.48 |

---

LJ CCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

EALTH & WELFARE: $3.01 per hour or $120.40 per week or $521.73 per month.

ACATION: 2 weeks paid vacation after 1 year of service with a contractor or uccessor; 3 weeks after 5 years, and 4 weeks after 15 years. Length of service ncludes the whole span of continuous service with the present contractor or uccessor, wherever employed, and with the predecessor contractors in the erformance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

OLIDAYS: HOLIDAYS: A minimum of ten paid holidays per year, New Year's Day, artin Luther King Jr's Birthday, Washington's Birthday, Memorial Day, ndependence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and hristmas Day. (A contractor may substitute for any of the named holidays another ay off with pay in accordance with a plan communicated to the employees involved.) See 29 CFR 4174)

HE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE FOLLOWING BENEFITS (as

ıumbered):

l) Does not apply to employees employed in a bona fide executive, administrative, ɔr professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00 A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty, you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek, you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving regrading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms

of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

** NOTES APPLYING TO THIS WAGE DETERMINATION **

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting "arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fifth Edition, April 2006, unless otherwise indicated. Copies of the Directory are available on the Internet: A links to the Directory may be found on the WHD home page at <http://www.dol.gov/esa/whd/> or through the Wage Determinations On-Line (WDOL) Web site at <http://wdol.gov/>.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE (Standard Form 1444 (SF 1444))

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. (See Section 4.6 (C)(vi)) When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation) and computes a proposed rate).

2) After contract award, the contractor prepares a written report listing in order proposed classification title), a Federal grade equivalency (FGE) for each proposed classification), job description), and rationale for proposed wage rate), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent

information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide c sifications listed in the wage determination.

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: Modification No. NIFC-10
3. EFFECTIVE DATE: May 16, 2007
4. REQUISITION/PURCHASE REQ. NO.
5. PROJECT NO. *(If applicable)*

6. ISSUED BY CODE
**USDA Forest Service**
**National Interagency Fire Center - Contracting**
**Jack Wilson Bldg., 3833 S. Development Ave**
**Boise, ID 83705**

7. ADMINISTERED BY *(If other than Item 6)* CODE

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State, and ZIP Code)*

**SUPERIOR HELICOPTERS LLC**
**2794 FOOTHILL BLVD**
**GRANTS PASS OR 97526-4157**

(X)
☐ 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED *(SEE ITEM 11)*
☒ 10A. MODIFICATION OF CONTRACT/ORDER NO. **AG-024B-C-05-9005 (FS)** **1406-05-80-2513 (OAS)**
10B. DATED *(SEE ITEM 13)* **April 26, 2005**

CODE | FACILITY CODE

THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☒ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

☐ D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor ☐ is, ☒ is not required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.*

Call When Needed Type I Helicopter

PURPOSE OF THIS MODIFICATION:

**Effective June 1, 2007**

1) Payment Procedures have changed as follows:

**C-47 Payment Procedures**

A. Service Ordered and Received by the USDA Forest Service

1) All FS-6500-122's will be electronically packaged and submitted through the Aviation Business System (ABS) for payment processing. Payments will still be made semi-monthly for services approved. The 122's will be "bundled" every two weeks and sent to the vendor electronically for approval for submission through the ABS system and electronically forwarded to Albuquerque Service Center (ASC) for payment. The 122's processed during the first half of the month will be processed for payment about the 15th and those accumulated during the last half of the month will be processed about the 1st of the following month.

2) Preparation for access and use of ABS requires a USDA e-authentication username and password. Instruction for e-authentication and training for your ABS role is now available on the Internet at http://www.fs.fed.us/business/abs.

3) Submission of receipts will not be required for reimbursement purposes; however the contractor will provide verification if requested by the Government.

4) Instructions for completing the FS-6500-122 are included in the "122" booklet and the Interagency Helicopter Operations Guide (IHOG).

B. Services Ordered and Received by the DOI No change

**Effective May 16, 2007**

2) Exhibit 12 (page 60) remove and replace with the attached Hourly Flight Rates, Fuel Consumption, and Weight Reduction Chart.

Except as provided herein, all terms and conditions referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (type or print): N/A

16A. NAME AND TITLE OF CONTRACTING OFFICER (type or print): **Frank Gomez**, Contracting Officer

15B. CONTRACTOR/OFFEROR
*(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
[signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED: 5/16/07

NSN 7540-01-152-8070
Previous edition unusable

30-105

**STANDARD FORM 30** (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# EXHIBIT 12

HELICOPTER SERVICES
HOURLY FLIGHT RATES, FUEL CONSUMPTION, AND WEIGHT REDUCTION CHART
EFFECTIVE MAY 16, 2007
FOR CONTRACTS AWARDED 2005 – 2007 (CWN/Exclusive Use)

Version 1
05/16/2007

| COMPANY | AIRCRAFT TYPE | FUEL CONSUMPTION (gal/hr) | FEB 16 2007 HOURLY FLIGHT RATE ($/HR) | LOAD CALCULATION Weight Reduction (lbs) |
|---|---|---|---|---|
| *AGUSTA* | A-119KOALA | 55 | $953.00 | 230 |
| *AEROSPATIALE* | SA-315B | 58 | $1,380.00 | 180 |
| | SA-316B | 58 | $1,377.00 | 170 |
| | SA-318C | 45 | $1,247.00 | 80 |
| | SA-319B | 45 | $1,267.00 | 150 |
| | SA-332L-1 | 160 | $3,609.00 | N/A |
| | SA-341G | 45 | $1,225.00 | 170 |
| | AS-330J | 179 | $3,506.00 | N/A |
| | AS-350B/350BA | 45 | $886.00 | 130 |
| | AS-350B-1 | 46 | $887.00 | 160 |
| | AS-350B-2 | 48 | $898.00 | 160 |
| | AS-350B-3 | 50 | $947.00 | 175 |
| | AS-350D | 38 | $880.00 | 130 |
| | AS-355F-1/355F-2 | 58 | $1,100.00 | 140 |
| | AS-365N-1 | 87 | $1,761.00 | 275 |
| | EC-120 | 31 | $675.00 | NOT ESTABLISHED |
| | EC-135 | 64 | $1,136.00 | 220 |
| *BELL:* | 47/SOLOY | 23 | $558.00 | 120 |
| | 204B (UH-1 Series) | 86 | $1,349.00 | 200 |
| | 204 Super B | 90 | $1,396.00 | 200 |
| | 205A-1 | 88 | $1,389.00 | 260 |
| | 205A-1++ | 90 | $1,428.00 | 260 |
| | UH-1B | 86 | $1,329.00 | N/A |
| | UH-1F | 88 | $1,369.00 | N/A |
| | TH-1L | 88 | $1,367.00 | N/A |
| | UH-1H | 88 | $1,367.00 | N/A |
| | 206B-II | 25 | $673.00 | 100 |
| | 206B-III | 27 | $690.00 | 130 |
| | 206L-1 | 32 | $813.00 | 150 |
| | 206L-3 | 38 | $858.00 | 180 |
| | 206L-4 | 38 | $844.00 | 180 |
| | 210 | 90 | $1,257.00 | NOT ESTABLISHED |
| | 212 | 100 | $1,617.00 | 390 |
| | 214B | 160 | $2,151.00 | 380 |
| | 214B1 | 145 | $1,720.00 | NOT ESTABLISHED |
| | 214ST | 133 | $2,648.00 | 420 |
| | 222A | 70 | $1,595.00 | NOT ESTABLISHED |
| | 222B | 83 | $1,666.00 | NOT ESTABLISHED |
| | 222UT | 83 | $1,647.00 | NOT ESTABLISHED |
| | 407 | 45 | $958.00 | 155 |
| | 412 | 110 | $1,785.00 | 390 |
| | 412HP | 110 | $1,780.00 | 390 |
| *BOEING:* | BV-107 | 180 | $3,352.00 | N/A |
| | BV-234 | 405 | $6,032.00 | N/A |
| *HILLER:* | *SL-3/4 | 21 | $551.00 | 90 |
| | H-1100B | 22 | $695.00 | 130 |
| | UH-12/SOLO | 23 | $619.00 | 100 |
| *KAMEN:* | H43-F | 85 | $1,352.00 | N/A |
| | K-MAX | 85 | $1,521.00 | N/A |
| *MBB:* | BO105CBS | 55 | $1,111.00 | 180 |
| | BK-117 | 77 | $1,477.00 | 160 |
| *McDONNELL-* | 500C | 23 | $697.00 | 110 |
| *DOUGLAS:* | 500D/E | 28 | $709.00 | 120 |
| | 520N | 32 | $742.00 | 100 |
| | 530F | 34 | $806.00 | 120 |
| | 600N | 41 | $902.00 | 155 |
| | 900/902 | 69 | $1,191.00 | 210 |
| *SIKORSKY:* | S-55T | 47 | $997.00 | 170 |
| | S-58D/E | 83 | $1,496.00 | N/A |
| | S-58T/PT6T-3 | 115 | $1,900.00 | 400 |
| | S-58T/PT6T-6 | 115 | $1,900.00 | 460 |
| | CH 53D | 425 | $5,190.00 | N/A |
| | CH 54/S 64 | 525 | $6,370.00 | N/A |
| | S-61N | 170 | $3,203.00 | N/A |
| | S-62A | 70 | $1,159.00 | 300 |
| | S-70 | 160 | $3,064.00 | N/A |
| AVERAGE GALLON PRICE: | | JET FUEL: | $4.71 | AVGAS $5.10 |