**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Superior Helicopter LLC<br>2794 Foothill Blvd.<br>Grants Pass, Oregon 97526 | ) | |
| and | ) | |
| Rainier Heli-Lift, Inc.<br>12515 Willows Road NE, Suite 125<br>Kirkland, Washington 98034, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 1:07-cv-518 |
| United States of America, | ) | Bid Protest |
| Defendant. | ) | |

**NOTICE OF NO OBJECTION TO OR COMMENTS ON THE CWN CONTRACTS FILED BT THE UNITED STATES.**

We have reviewed the filing by the United States on August 20,2007 of the call-when-needed ("CWN") contracts and associated documents. Please be advised that the plaintiffs have no objection or comments on any part of that filing.

Respectfully submitted,

S/Gilbert J. Ginsburg
Gilbert J. Ginsburg
Attorney & Counselor-At-Law

1250 24th Street, NW
Suite 350
Washington, DC 20037
Phone: (202) 776-7772
Fax: (202) 776-7773
Email: gilgins@aol.com

Attorney of Record for Plaintiffs
Superior Helicopter LLC and
Rainier Heli-Lift, Inc.

Of Counsel:

Timothy Sullivan
Katherine S. Nucci
Thompson Coburn LLP
1909 K St. N.W.
Suite 600
Washington D.C. 20006
Phone: (202) 585-6900
Fax: (202) 508-1028

Dated: August 24,2007