# In the United States Court of Federal Claims

**Nos. 07-518 C & 07-519 C**

**SUPERIOR HELICOPTER LLC AND RANIER HELI-LIFT, INC.,**
**Plaintiffs,**

**v.**

**THE UNITED STATES,**
**Defendant.**

**JUDGMENT**

**ERICKSON AIR-CRANE, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant.**

Pursuant to the Published Opinion and Order, filed August 30, 2007, granting plaintiffs' motions for judgment on the administrative record, and denying the government's motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the override of the automatic stay issued by the Forest Service on July 9, 2007 is set aside and dissolved. No costs.

Brian Bishop
Clerk of Court

**August 30, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.